# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MOBILE HEALTHCARE FACILITIES,<br><br>    Plaintiff,<br><br>vs.<br><br>AVANTE HEALTH SOLUTIONS,<br><br>    Defendant. | Civil Action File<br>No.: 1:21-CV-4038-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Defendant Avante Health Solutions hereby certifies that on August 9, 2022, a true and correct copy of the following was served on counsel of record by electronic mail and United States mail:

- Amended Deposition Notice of Kyle Affeldt;
- Amended Deposition Notice of Marlin C. Anderson; and
- Amended Deposition Notice of Mobile Healthcare Facilities.

Respectfully submitted, this 15th day of August, 2022.

/s/ *Sarah Hannah Phillips*
Sarah Hannah Phillips
Georgia Bar No.  302869
Sarah E. Trevino
Georgia Bar No. 660094
sarahhannah.phillips@dentons.com
sarah.trevino@dentons.com

DENTONS US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
(404) 527-4000

Jason R. Scheiderer
(*admitted pro hac vice*)
jason.scheiderer@dentons.com
DENTONS US LLP
4250 Main St., Suite 1100
Kansas City, Missouri 64111
(816) 460-2400

*Attorneys for Avante Health Solutions*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Alan C. Manheim
Alan C. Manheim LLC
25 Alexander Street, Suite 3
Marietta, GA 30060
Email: alan@acmlaw.net

Brian S. Goldberg
Travis Martin Cashbaugh
Freeman Mathis & Gary, LLP -Atl
Suite 1600
100 Galleria Parkway
Atlanta, GA 30339-5948
Email: Brian.Goldberg@fmglaw.com
Email: tcashbaugh@fmglaw.com

/s/ *Sarah Hannah Phillips*
Sarah Hannah Phillips