# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **MOBILE HEALTHCARE FACILITIES LLC,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**AVANTE HEALTH SOLUTIONS,**<br><br>      **Defendant.** | **Civil Action File No.: 1:21-CV-04038-SEG** |

## NOTICE OF WITHDRAWAL BY TRAVIS M. CASHBAUGH AS COUNSEL FOR DEFENDANT

Please take notice that Travis M. Cashbaugh hereby withdraws his appearance as an attorney of record for Plaintiff Mobile Healthcare Facilities, LLC. Mr. Cashbaugh is no longer with the firm Freeman Mathis & Gary, LLP. Defendant will continue to be represented by Brian S. Goldberg of Freeman Mathis & Gary, LLP. Mr. Cashbaugh requests that his name be removed from all service lists in this action.

This 22nd day of August, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Travis M. Cashbaugh*
Brian S. Goldberg
Georgia Bar No. 128007
Brian.Goldberg@fmglaw.com
Travis M. Cashbaugh
Georgia Bar No. 380162

tcashbaugh@fmglaw.com

*Attorneys for Plaintiff*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960

## **CERTIFICATE OF COMPLIANCE**

I certify that I have prepared this document in Times New Roman, 14-point font, and that this document otherwise complies with Local Rule 5.1(C).

This 22nd day of August, 2022.

/s/ Travis M. Cashbaugh
TRAVIS M. CASHBAUGH
Georgia Bar No. 380162

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF WITHDRAWAL** to the Clerk of Court using the *CM/ECF* system which will automatically send electronic mail notification of such filing and service to all counsel of record.

This 22nd day of August, 2022.

*/s/ Travis M. Cashbaugh*
TRAVIS M. CASHBAUGH
Georgia Bar No. 380162

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960