IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MOBILE HEALTHCARE
FACILITIES, LLC,

                    Plaintiff,

vs.

AVANTE HEALTH SOLUTIONS,

                    Defendant,

Civil Action File
No.: 1:21-cv-4038-SEG

## DEFENDANT AVANTE HEALTH SOLUTIONS' MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Sarah E. Trevino
Georgia Bar No. 660094
Sarah Hannah Phillips
Georgia Bar No. 302869

**DENTONS US LLP**
303 Peachtree St., NE, Suite 5300
Atlanta, Ga 30308
Telephone: 404-527-4000
E-mail: sarah.trevino@dentons.com
sarahhannah.phillips@dentons.com

Jason R. Scheiderer
(admitted *pro hac vice*)

**DENTONS US LLP**
4250 Main St., Suite 1100
Kansas City, Missouri 64111
Telephone: 816-460-2400
E-mail: jason.scheiderer@dentons.com

# TABLE OF CONTENTS

I.  INTRODUCTION ...........................................................................................1

II. STATEMENT OF FACTS .............................................................................1

    A.  The Parties ...........................................................................................1

    B.  MHF's Contract with the State of Texas...............................................3

    C.  MHF Facilities Contacts Avante to Order Equipment...........................4

    E.  MHF Still has in its Possession the Nine Beds and Thirty Six
        Ventilators And Has Done Nothing to Mitigate Any Claimed
        Damages. ............................................................................................10

    F.  MHF Cannot Point to Any Actionable Misstatements Made by
        Avante.................................................................................................11

III. ANALYSIS AND CITATION OF AUTHORITIES .....................................13

    A.  Summary Judgment Standard...............................................................13

    B.  Plaintiff's Claim for Breach of Sales Contract Fails...........................14

        (a)  Plaintiff Received the Exact Ventilators It Contracted
               For. ........................................................................................14

        (b)  Plaintiff Accepted the Beds and Use them in an Act
               Inconsistent of its Alleged Rejection of Same...........................16

    C.  Plaintiff's Fraud Claim Fails ..............................................................18

        (c)  Avante Made No Misrepresentation of Facts. .........................19

        (a)  Any Alleged Misstatements are Based on an Alleged
               Breach  of Contract. ...............................................................21

        (b)  MHF Cannot Show Reasonable Reliance Because it
               Failed  to Exercise No Diligence. .............................................22

D.    Any Claim Raised by Plaintiff for Negligent Misrepresentation
      is Futile  as it Would Fail as Matter of Law........................................24

E.    MHF's O.C.G.A. § 13-6-11 Claim Fails.............................................25

III.  CONCLUSION..............................................................................................26

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Ardus Medical, Inc. v. Emanuel Cnty. Hosp. Authority*,
558 F. Supp. 2d 1301 (S.D. Ga. May 7, 2008) .................................................17

*Boeing Co. v. Blaine Int'l Grp.*,
624 S.E.2d 227 (2005) .......................................................................................24

*Dasher v. Davis*,
274 Ga. App. 788 (2005) .............................................................................18, 19

*Fowler v. Overby*,
223 Ga. App. 803 (1996) .............................................................................22, 23

*Garrett v. Women's Health Care of Gwinnett, P.C.*,
243 Ga. App. 53 (2000) .....................................................................................25

*Gen. Elec. Capital Corp. v. Nucor Drilling, Inc.*,
551 F. Supp. 2d 1375 (M.D. Ga. 2018) .............................................................16

*Gill v. Blue Bird Wanderlodge*,
No. 2004 WL 5311476, 2004 U.S. Dist. LEXIS 27437 (M.D. Ga
Feb. 24, 2004) .............................................................................................16, 17

*Greenberg v. BellSouth Telecomms., Inc.*,
498 F.3d 1258 (11th Cir. 2007) .........................................................................13

*Griffith v. Stovall Tire & Marine, Inc.*,
174 Ga. App. 137 (1985) ...................................................................................16

*Hardage v. Lewis*,
199 Ga. App. 632 (1991) ...................................................................................22

*Hartsfield v. Union City Chrysler-Plymouth*,
218 Ga. App. 873 (1995) ....................................................................23

*Jeffery v. Sarasota White Sox, Inc.*,
64 F.3d 590 (11th Cir.1995) ............................................................14

*Jung v. Cheoun*,
216 Ga. App. 490 (1995) ....................................................................22

*Lakeside Investments Group v. Allen*,
253 Ga. App. 448 (2002) ....................................................................18

*Middleton v. Troy Young Realty*,
257 Ga. App. 771, 572 S.E.2d 334 (2002) ...................................22, 23

*Presidio Enterprises Inc. v. Warner Bros. Distributing Corp.*,
784 F.2d 674 (5th Cir.1986) ............................................................19

*ReMax North Atlanta v. Clark*,
244 Ga. App. 890 (2000) ....................................................................20

*Riddle v. Driebe*,
153 Ga.App. 276 (1980) ....................................................................19

*Smith v. McClung*,
215 Ga.App. 786 (1994) ....................................................................19

*St. James Entm't LLC v. Crofts*,
837 F.Supp.2d 1283 (N.D. Ga. 2011)...............................................14

*Trust Co. Bank of Augusta N.A. v. Henderson*,
185 Ga. App. 367 (1987) ....................................................................25

*Unified Serv., Inc. v. Home Ins. Co.*,
218 Ga. App. 85 (1995) ....................................................................21

*United States v. Four Parcels of Real Prop.*,
941 F.2d 1428 (11th Cir. 1991) ...................................................13, 14

*Wheat Enterprises, Inc. v. Redi-Floor, Inc.*,
231 Ga. App. 853 (1998) ....................................................................25

**Statutes**

O.C.G.A. § 13-6-5 ................................................................................16

O.C.G.A. § 13-6-11 ..............................................................................25

**Other Authorities**

Affeldt Dep., Ex. 67 ..................................................................7, 8, 9, 10

Fed. R. Civ. P. 56(c) ............................................................................13

# I.     INTRODUCTION

Plaintiff asserts a claim for breach of contract, fraud, and negligent misrepresentation[1], claiming that it relied on Avante to tell it what products it should order for its mobile health facilities.  However, the record shows that, Plaintiff received exactly what it contracted for.  Moreover, any damages for breach of contract cannot be sustained as Plaintiff did nothing to mitigate its alleged damages.  As to its tort claims, first, none of these claims can lie in tort because they are based on an alleged breach of contract.  Second, the evidence of record shows that Avante made no misstatements of fact. Third, Plaintiff cannot show any reasonable reliance on these alleged statements because it had ample opportunity to conduct due diligence and failed to do so. Thus, Defendant is entitled to summary judgment as to all claims.

# II.     STATEMENT OF FACTS

## A.     The Parties

Plaintiff Mobile Health Facilities ("MHF") is a company that provides "mobile healthcare solutions."  (ECF 101, ¶ 1.) MHF's core business is providing

---

[1] Plaintiff moved to amend its complaint on September 12, 2022.  (ECF No. 38.) This Court has not yet ruled on that motion.  In an abundance of caution, Defendant moves for summary judgment on that added claim as well.

trailers for mobile healthcare facilities. (Dep. of Affeldt ("Affeldt Dep."), excerpts attached hereto as Exhibit A, 23:3-7.)  Over the past couple of years, MHF has provided facilities to a customer in Phoenix, Arizona; for the Tohono O'odhma Tribe; and for the Arapah-Sioux Tribe in Montana.  (*Id.*, 21:42-22:6, 22:17-22, 26:19-27:11.)  It provides the "option" of a turnkey facility that contains medical equipment to 15-20% of its customers.  (*Id.* 28:6-15).  However, the subject facility—provided to TDEM—was the first critical care turnkey unit MHF has ever provided.  (*Id.,* 83:13-84:1.)

Kyle Affeldt is the CEO of MHF and Marlin Anderson is the CIO.  (*Id.*, 54:11-55:17).  Mr. Affeldt is the sole person at MHF who designs the facilities. (*Id.*, 41:15-42:17.)  He selects and purchases equipment based on his previous position as Vice President for a company that built mobile surgery facilities. (*Id.,* 42:8-17.)  He is "very knowledgeable in all of the different types of medical requirements for facilities" and considers himself as having "expertise" in "all of the different types of medical requirements for facilities."  (*Id*.)  Mr. Affeldt testified that based on this expertise, he would never "hand that [decision] off to somebody that has very little experience in it." (*Id.)* He decides what equipment to buy through "internet searches" and through an independent medical consultant Nurse Feist.  (*Id.*, 34:16-20; 94:14-24.)

Avante is a medical equipment supplier, and provides the sale of ICU equipment, surgical equipment, and even veterinarian equipment.  (*Id.,* 54:11-55:17.)  Misty Hampton is sales representative at Avante. (Dep. of Misty Hampton ("Hampton Dep."), excerpts attached hereto as Exhibit B, 14:13-14.). Ms. Hampton provides consulting services in that she "provides [customers] with specifications, any sort of technical . . . terms from the manual" and can provide features if asked.  (Hampton Dep., 178:9-18.)  She provides customers with as much information provided to Avante from the manufacturer.  (*Id.*).  She is not an "expert" in medical equipment. (*Id.*, 186:18-20.)  While she considers herself to have some knowledge in medical equipment she is not "an expert in ventilators." (*Id.*, 185:12-14.)

## B.    MHF's Contract with the State of Texas

During the height of COVID-19, MHF began discussions with Colonel Coldwell of TDEM to supply Texas with mobile facilties.  (Affeldt Dep., 18:17-19:8.) During these discussions, MHF contends that TDEM told MHF "everything they wanted, medical equipment wise."  (*Id.*, 36:19-37:5.)  MHF admitted to TDEM that the equipment was dependent on "what was available at the time of purchase."  (*Id.*, 37:1-5.)

On approximately August 25, 2020, Mobile Healthcare Facilities secured a $11.35 million contract with the State of Texas ("TDEM Contract") to set up mobile healthcare facilities to combat the COVID-19 pandemic. (*Id.*, Exhibit 65). The equipment list for the TDEM Contract includes:

(9) Styker II Refurbished Electrical Hospital Beds for $40,500.

(9) TBD Ventillators [*sic*] for $144,000.

(*Id.*, Ex. 67, p. 5.)

## C.   MHF Facilities Contacts Avante to Order Equipment.

Mr. Affeldt began researching MHF's equipment needs. (Affeldt Dep., 39:10-19.) MHF contacted Avante around August 25, 2020 in regard to ordering ultrasound systems as well as other equipment. (*Id.*, Ex. 64.) On September 8, 2020, MHF requested a quote for "36 ea. Ventilators." (Hampton Dep., Ex. 4.) Days later, Avante sent MHF Quote for, among other things, 36 Puritan Bennett PB840 Ventilators and 36 Avante Premio Plus E250 Hospital Beds.[2] (*Id.*, Ex. 8.)

---

[2] After Avante provided the initial quote, MHF provided Avante with a copy of the Purchase Order with Texas so Avante knew "this deal is real." (Hampton Dep., Ex. 9.)

MHF discussed the PB840 ventilators with an "outside consultant" and requested she verify if they were ICU complaint.  (Affeldt Dep., 43:16-44:5; 44:12-18.)

On September 13, 2020, Ms. Hampton e-mailed MHF to notify them of the following:

- Ms. Hampton: "Also, after speaking with our production director, we need to revise your quote to replace the PB840 vent with the Vivo 65 shown here: https://www.breas.com/products/vivo/vivo-65-usa/" (*Id.*, Ex. 66.)
- MHF responded: "Is the reason current inventory? How does this ventilator compare to the PB840?" (*Id.*)
- Ms. Hampton responded: "Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product." (*Id.*)
- MHF: "Excellent!" (*Id.*)

Neither MHF nor Mr. Affeldt did anything to independently verify the suitability of the Vivo 65 ventilators.  (*Id.*, 95:16-20.)  Mr. Affeldt did no research. (*Id.*, 93:20-94.) He did not speak to TDEM or Nurse Feist.  (*Id.*, 94:14-24.)  He never even asked Avante if the Vivo 65 could be used in an ICU setting.  (*Id.*, 95:5-13)

After approval from MHF, Avante prepared an amended quote which included:

SKU                    DESCRIPTION

-5-

40VIVO65N          BREAS VIVO 65 RESPIRATORY VENTILATOR

| QTY | UOM | PRICE EACH | AMOUNT |
|---|---|---|---|
| 36.0000 | EA | 10,000.0000 | 360,000.000 |

(Hampton Dep., Ex. 21.)  MHF has testified that the entire agreement consists of the Quote/Purchase Order and Payment.  (Affeldt Dep., 192:15-8) ("Q. Tell me, what are the documents that make up your agreement with Avante? A. Purchase order and payment. Q. And those are the documents that comprise the contract? A. From my perspective, yes.").  MHF has testified that it agreed to the terms of this new quote. (*Id.*, 193:13-17 ("Q.  You agree, though, that the purchase order is for the Vivo 65, right? A.  That was based on what they said was a better product than what I originally had in the original purchase order.")

Ms. Hampton informed MHF that "the hospital beds he had ordered were no longer available. So I had provided him with options that we had in stock that could meet his timeline."  (Hampton Dep., 100:5-9.)  In fact, Ms. Hampton provided MHF with internet hyperlinks to two beds they had in stock: (1) the Avante Premio M3 bed, and the Premio RB bed.  (MHF001310, attached as Exhibit C.)  MHF later selected the $2,000.00 Premio RB Patient Bed via telephone conversation.  (MHF001306, attached as Exhibit D).

-6-

**D.      Months Later, TDEM Drastically Changes the Scope of the Project.**

On November 14, 2020, MHF e-mailed STRAC/TDEM an equipment list which contained the original purchase quote that had the beds listed as Stryker beds and the Ventilators as TBD.  (Affeldt Dep., Ex. 67, p. 5.)  It also contained the following updated information:

| Electrical Hospital Beds | vante Health Solution | PREMO E250 | https://avantens.com/p/avante-premio-e250-electric-hospital-bed/1516 | 36 | | X | Too Many and Too bulky to ship and then reship. To be shipped directly to Texas during set up |
|---|---|---|---|---|---|---|---|
| Ventillators | vante Health Solution | BREAS VIVO 65 RESPIRATORY VENTILATOR | https://www.breas.com/products/vivo/vivo-65-usa/ | 36 | X | | Ship to BrewCo a week prior to Shipping to Texas |

(*Id.*, p. 8.)

STRAC, mentioning nothing about the venitaltors or beds, listed items it wanted to swap out.  (*Id.*, Ex. 69.) MHF's response was:

> Sara, . . . We understand the challenges TDEM has been under with all of the natural disasters (Hurricanes) and COVID-19 this fall and their manpower required to handle all of these emergencies. **However, this has made it difficult for us to receive the planning and direction we needed early on in this project. Not until this last week when your team came on-board, has there been the required focus on this project and communications with us so we can ensure the products meets your expectations.** However, we are up to the task of making the necessary adjustments to make it all work as quickly as possible without reducing the level of product quality.

(*Id.*, Ex. 68) (emphasis added).

MHF admitted that TDEM had "**drastically change[d] the mission and scope of this project**," and

> **the sourcing of these pieces of equipment was never specific by TDEM.**  All of these items were sourced and put onto a quote by Mobile Healthcare Facilities primarily as just a conveneince service to TDEM.  [MHF] don't typically source this kind of equipment because it is also another way to quickly lose money.  In adidtion to no specifications for the equipment, this project had another problem form the receipt of the Purchase Order.

(*Id.*, Ex. 69.) MHF admitted that this was when STRAC changed its mind and "wanted to use one of the manufacturers that it had experience with"—the Zoll ventilator.  (*Id.*, 129:20-22.)   Like the PB840, but unlike the Vivo 65, MHF actually conducted some diligence concerning the Zoll ventilator that STRAC desired. (*Id.*, 130:5-19.) At no point did STRAC say it wanted to change to a Zoll ventilator because it was approved or rated for use in an ICU. (*Id.*, 131:13-22.) MHF began contacting Zoll to purchase their ventilators. (*Id.*, Ex. 71.)

The next day, on November 20, 2020, MHF e-mailed Avante and told Avante "My customer does not like the following pieces of equipment that we purchased from you since they already have and use a different manufacturer for these types of units and only after all of this time tell me what."  (*Id.*, Ex. 70, 140:5-18.)  In an attempt to fix both MHF's and TDEM's lack of specifications and communication with each other, MHF tried to place the blame on Avante.

After having the publicly available hyperlink to the Vivo 65 website for two months, MHF finally read the information contained with the link and notified Avante:

> I just went on the Bres website and it states "The device is intended to be used in home, institution, hospitals and portable applications such as wheelchairs and gurneys. It may be used for both invasive and non-invasive ventilation. The Vivo 65 is not intended to be used as a transport or critical care ventilator. Therefore, it is TRUE!

(*Id.*, Ex. 73.)

True to form, MHF shows zero honesty when ordering products or making changes. As example, on December 7, 2020, Joe Palfini of TDEM asked MHF "How much would it be to add two invasive blood pressure modules and an end tidal CO2 with cables for each of the nine monitors in each trailer?" (MHF000509, attached as Exhibit E.)  Rather than make that change order, MHF, very dishonestly, then e-mailed Avante stating that MHF was "What also just came to my attention, you also sold me the wrong patient monitors. What we were to also have are the monitors that also have two invasive blood pressure modules and an end tidal Co2 module with cables"—knowing full well that TDEM changed its mind and MHF ordered the wrong one. (MHF000660, attached as Exhibit F.)

**E.    MHF Still has in its Possession the Nine Beds and Thirty Six Ventilators And Has Done Nothing to Mitigate Any Claimed Damages.**

Although MHF states that it initially rejected the first twenty-seven beds it received, it accepted a second shipment of nine beds.  (*Id.*, 74:17-22; 75:9-15.) Because MHF believes "showing potential customers past successful projects is a good way to earn business," it unpacked, and promoted those nine beds on its website.  (*Id.*, 206:19-207:9.)   In fact, as of today, those are still in MHF's possession and still being promoted on its website.  (*Id.*, Ex. 80, p. 4.)  Although MHF testified that it never put those beds in its facilities, when confronted with their website photographs, MHF stated "I said we never used them" (*Id.*, 211:14-24.)  MHF admitted it set the beds up as a display, and took photos to promote on its website. (*Id.*, 212:2-19.)

MHF admits that although it is attempting to recover damages for the ventilators, it still has the ventilators in its possession. (*Id.*, 151:18-152:10.)  MHF has done nothing to mitigate any alleged damages. It never attempted to sell the ventilators.  (*Id.*, 151:18-21.)   Nor did it ever attempt to donate the ventilators during the height of COVID-19 when hundreds of thousands of people were dying throughout the world due to, in part, a critical shortage of ventilators. (*Id.*, 152:8-10.)

-10-

**F.      MHF Cannot Point to Any Actionable Misstatements Made by Avante.**

In its Complaint, and Second Amended Complaint, MHF relies on the

following statements in support of its fraud and negligent misrepresentation

claims:

> a) Avente [sic] would supply MHF with critical care grade ventilators
>    for use in ICU settings;
> b) That the Vivo 65 ventilators were better for MHF's objectives and
>    needs than the PB840 ventilators;
> c) That Avante would deliver Avante Premio Plus E250 Electric
>    Hospital Beds pursuant to the order placed by MHF; and
> d) That the ventilators provided would perform to the use intended and
>    required by MHF specifically, for critical care patients.

(Dkt. 1-1, ¶ 43.)

In its Interrogatory responses, MHF contended that

> [D]uring a phone conversation with Avante, Kyle Affeldt, Plaintiff's
> CEO, detailed to Avante the specific needs of Plaintiff for certain
> medical equipment, including the customer Plaintiff was serving (i.e.,
> Texas Division of Emergency Management) and the location and use
> for the medical equipment (i.e., for critical care use in a mobile ICU
> setting). **Avante assured Mr. Affeldt that they fully understood the
> needs and requirements of Plaintiff in fulfilling this order for use
> in a mobile ICU setting.** Plaintiff also provided Avante with written
> documentation detailing its current contract for medical equipment for
> ICU facilities with the Texas Division of Emergency Management.
> Additionally, Mr. Affeldt communicated with Avante's CEO directly
> about Plaintiff's needs, products offered by Avante, and discussed
> specifically Plaintiff's current needs in fulfilling the contract with the
> Texas Division of Emergency Management. The contents of these
> communications, and others, as acknowledged by Avante, made clear

-11-

that Plaintiff required medical equipment, including ventilators, suitable for critical care use and fitness in an ICU setting.

(*Id.*, Ex. 63.)

However, at its deposition, MHF testified that

a) It could not recall anyone at Avante saying "I'm an expert" (*Id.*, 57:3-18) ("I can't recall [Avante] actually saying "Oh, I'm an expert.")

b) It could not recall "any human being at Avante saying that Avante has expertise in the area of providing critical care equipment (*Id.*, 58:7-11);

c) Avante did **not** state "I fully understand the needs and requirements of MHF" as alleged. (*Id.,* 59:18-60:2.);

d) When asked to separate what MHF thought people **should have known** versus what was actually stated to him, he admitted that he did not know exactly what Avante told him concerning the contract or the products. (*Id.*, 60:21-61:19);

e) That there exists no communication in MHF specifically asked "can this be used in an ICU," (*Id.*, 64:2-8);

f) The only thing Avante represented was that "Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product" (*Id.*, Ex. 66; 64:16-18);

g) MHF never asked if the Vivo was approved in the ICU, and Avante never stated it was. (*Id.*, 65:22-66:2.)

Based on these facts, Plaintiff asserts a claim for breach of contract, fraud, and attempts to amend its complaint for negligent misrepresentation.

-12-

## III.   ANALYSIS AND CITATION OF AUTHORITIES

### A.   Summary Judgment Standard

Summary judgment should be granted if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).  A genuine issue of material fact is shown when the nonmoving party produces evidence so that a reasonable factfinder could return a verdict in his favor.  *Greenberg v. BellSouth Telecomms., Inc.*, 498 F.3d 1258, 1263 (11th Cir. 2007).

"The moving party bears the initial burden of demonstrating the absence of a genuine dispute of material fact." *Id.* (citing *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986)). If the nonmoving party would have the burden of proof at trial, there are two ways for the moving party to satisfy this initial burden. *United States v. Four Parcels of Real Prop.,* 941 F.2d 1428, 1437–38 (11th Cir. 1991). The first is to produce "affirmative evidence demonstrating that the nonmoving party will be unable to prove its case at trial." *Id.* at 1438 (citing *Celotex,* 477 U.S. at 324, 106 S. Ct. 2548). The second is to show that "there is an absence of evidence to support the nonmoving party's case." *Id.* (quoting *Celotex,* 477 U.S. at 323, 106 S. Ct. 2548).

If the moving party satisfies its burden by either method, the burden shifts to the nonmoving party to show that a genuine issue remains for trial. *Id.* At this point, the nonmoving party must "'go beyond the pleadings,' and by its own affidavits, or by 'depositions, answers to interrogatories, and admissions on file,' designate specific facts showing that there is a genuine issue for trial." *Jeffery v. Sarasota White Sox, Inc.,* 64 F.3d 590, 593–94 (11th Cir.1995) (quoting *Celotex,* 477 U.S. at 324, 106 S. Ct. 2548).

## B.   Plaintiff's Claim for Breach of Sales Contract Fails.

Under Georgia law, the essential elements of a breach of contract claim are "(1) breach and (2) the resultant damages (3) to the party who has the right to complain about the contract being broken." *St. James Entm't LLC v. Crofts*, 837 F.Supp.2d 1283, 1289 (N.D. Ga. 2011) (quoting *Kuritzky v. Emory Univ*., 294 Ga. App. 370, (Ga. App.2008)).

### (a)   Plaintiff Received the Exact Ventilators It Contracted For.

Plaintiff alleges that it entered into a written agreement for the sale of goods and that agreement consists of "the [p]urchase order and payment." (Compl., ¶ 27; Affeldt Dep., 192:15-8 ("Q. Tell me, what are the documents that make up your agreement with Avante? A. Purchase order and payment. Q. And those are the documents that comprise the contract? A. From my perspective, yes.")).

-14-

First, the Purchase Order dated September 11, 2020, notes that MHF agreed to purchase the following:

| SKU | DESCRIPTION |
| --- | --- |
| 40VIVO65N | BREAS VIVO 65 RESPIRATORY VENTILATOR |

| QTY | UOM | PRICE EACH | AMOUNT |
| --- | --- | --- | --- |
| 36.0000 | EA | 10,000.0000 | 360,000.000 |

However, very oddly, now Plaintiff asserts that Avante somehow breached the Contract—i.e., the Purchase Order—by delivering exactly 36 Breas Vivo 65 Respiratory Ventilators.  MHF admits it agreed to change the order of ventilators from the original PB840 to the Vivo 65, and that it received the Vivo 65. (Affeldt Dep., 193:13-17) ("Q.  You agree, though, that the purchase order is for the Vivo 65, right? A.  That was based on what they said was a better product than what I originally had in the original purchase order.")

While MHF insists that it agreed to the change order because Avante informed MHF that the Vivo 65 was a better product.  In fact, Avante said it was a "better quality product" because it "is new and also does not require an air compressor."  (Affeldt Dep., Ex. 66.)  MHF nonetheless contracted to receive the Vivo 65.  ***And it received just that***.  There cannot be a breach of contract between two sophisticated parties—one who provides mobile healthcare facilities

-15-

throughout the country and another who provides products ordered—where the party delivered *exactly* what was contracted.  (ECF 101, ¶ 1.)

Second, O.C.G.A. § 13-6-5 states "[w]here by a breach of contract a party is injured, he is bound to lessen the damages as far as is practicable by the use of ordinary care and diligence."  *See also Gen. Elec. Capital Corp. v. Nucor Drilling, Inc.*, 551 F. Supp. 2d 1375, 1381 (M.D. Ga. 2018).  Even if Avante had failed to supply what it agreed upon—which it did not—MHF sat on the ventilators for over a year in an environment where the entire world was in a critical shortage of ventilators.  MHF still has in its possession all thirty-six Vivo 65 ventilators. MHF has done nothing by way of attempting to re-sell the ventilators. (*Id.*, 151:18-21.) Nor did it ever attempt to donate the ventilators during the height of COVID-19. (*Id.*, 152:8-10.)

### (b) Plaintiff Accepted the Beds and Use them in an Act Inconsistent of its Alleged Rejection of Same.

MFH's using the beds on its website to promote its mobile healthcare units is an act which is inconsistent of its alleged rejection of such goods. Under Georgia law, "[A] buyer who purports to revoke his acceptance of goods may be found to have re-accepted them if, after such revocation, he performs acts which are inconsistent with the seller's ownership of the goods." *Griffith v. Stovall Tire & Marine, Inc.*, 174 Ga. App. 137, 5:02-CV-2004, (1985); *Gill v. Blue Bird*

*Wanderlodge*, No. 2004 WL 5311476, at *4, 2004 U.S. Dist. LEXIS 27437, at *16 (M.D. Ga Feb. 24, 2004) (plaintiff found to have reaccepted motor home where he drove it 13,000 miles after sending a letter of revocation); *see also Ardus Medical, Inc. v. Emanuel Cnty. Hosp. Authority*, 558 F. Supp. 2d 1301 (S.D. Ga. May 7, 2008) (could not show revocation where hospital still had the pumps in its possession).

In *Gill*, Plaintiff alleged—as here—that they rejected a motorhome.  2004 WL 5311476, *4-5.  However, Plaintiffs did not dispute their continued used of the motorhome after the alleged revocation and filing of the suit.  *Id*. Plaintiffs argued that the condition of the vehicle was not substantially changed and that their continued use was a question for the jury.  The court found that revocation of acceptance was a matter of law in circumstances such as this.  It granted summary judgment in favor of Defendant noting that Defendant had presented unrefuted evidence that Plaintiff continued to possess and use the vehicle after the purported revocation and after filing the suit.  "Plaintiffs continued acting as the owners of the vehicle" which was inconsistent with the theory of revocation. *Id.*

Similar to *Gill,* although MHF made complaints to Avante of brand of the nine beds it received, its continued use of the nine beds is inconsistent with any theory of revocation.  MHF unsealed and unpacked the beds and set them up for

-17-

promotional use on their website. (Affeldt Dep., 206:19-207:9.)  MHF stated that "showing potential customers past successful projects is a good way to earn business." (*Id*., 206:19-207:9.)  In fact, well after the suit was filed, the beds were still in MHF's possession and still being promoted on its website. (*Id.,* Ex. 80, p. 4.)  Although MHF testified that it never put those beds in its facilities, when confronted with their website photos, MHF stated "I said we never *used* them" (*Id*., 211:14-24.)  MHF admitted they set the beds up as a display, and took photos to promote on their website. (*Id*., 212:2-19.)

## C.    Plaintiff's Fraud Claim Fails

As to its fraud claim, MHF asserts that Avante misrepresented that it would supply ICU ventilators, that the ventilators were better for MHF's and needs than the PB840, that Avante would deliver Avante Premio Plus E250 Electric Hospital Beds pursuant to the order placed by MHF, that the ventilators were suitable for critical care patients. (Compl., Dkt. 1-1, ¶43.)

The elements of fraud are "(1) false representation by defendant; (2) scienter [or knowledge of the alleged falsehood]; (3) intent to induce the plaintiff to act or refrain from acting; (4) justifiable reliance by the plaintiff; and (5) damage to the plaintiff." *Lakeside Investments Group v. Allen,* 253 Ga. App. 448, 450 (2002). *See Dasher v. Davis,* 274 Ga. App. 788, 789 (2005) (accord). The absence of one

or more of these elements will sustain a grant of summary judgment to the defendant. *See id.* at 790.

**(c)     Avante Made No Misrepresentation of Facts.**

While MHF asserts that Avante misrepresented (1) that it would supply ICU ventilators, (2) that the ventilators were better for MHF's and needs than the PB840, (3) that Avante would deliver Avante Premio Plus E250 Electric Hospital Beds pursuant to the order placed by MHF, and (4) that the ventilators were suitable for critical care patients, the evidence of record proves otherwise.

"It is axiomatic that a false representation made by a defendant, to be actionable, must relate to an existing fact or a past event." *Id.* Speculation, subjective opinions and unfulfilled hopes do not support a claim for fraud. *Id.* at 132; *Riddle v. Driebe*, 153 Ga.App. 276, 281 (1980); *Smith v. McClung*, 215 Ga.App. 786, 788 (1994). The Fifth Circuit cogently stated the rule in holding that "...actions for fraud or misrepresentation  must be based on objective statements of fact, not expressions of personal opinion." *Presidio Enterprises Inc. v. Warner Bros. Distributing Corp.*, 784 F.2d 674, 679 (5th Cir.1986).

First, MHF admitted that it could not recall anyone at Avante actually stating that he or she was an expert in medical equipment.  (Affeldt Dep., 57:3-18, 57:15-

18; 58:7-11). Avante never stated that it "fully understand the needs and requirements of MHF" as alleged. (*Id.,* 59:18-60:2.)

Mr. Affeldt admitted that no misrepresentations were actually made, but rather, he believes the alleged "misrepresentations" are based on what Avante **should have known** versus what was actually stated to him. (*Id.*, 60:21-61:19.) He admitted that he did not know exactly what Avante told him concerning the contract or the products.  (*Id.*, 60:21-61:19).  That there exists no communication in MHF specifically asked "can this be used in an ICU,"  (*Id.*, 64:2-8).  MHF never asked if the Vivo was approved in the ICU, and Avante never stated it was. (*Id.*, 65:22-66:2.)

The only evidence of record of any representation concerning the ventilators made by Avante was that "Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product." (*Id.*, Ex. 66.)  However, the *opinion* that the Vivo 65 is a "better quality product" is clearly qualified by the statement of *fact* that it is new and does not require an air compressor.

In *ReMax North Atlanta v. Clark*, 244 Ga. App. 890 (2000), the Georgia Court of Appeals found that plaintiff's claim for misrepresentation failed where

plaintiff alleged the defendant gave a recommendation on the purchase of a home and stated: (1) the  home was a "good buy" and was in "good condition"; (2) the homeowner, who had added a room in the basement, was "real good at handy work and he did a lot of work for himself"; (3) the homeowner "was good at fixing things"; and (4) that the homeowners were "really good people," "nice people," "honest," and "she liked them."  However, the court found that general commendations about a property, that it is "in good condition" or "a good buy," are considered "puffing" or mere statements of opinion and thus not an actionable misrepresentation.  Similarly, Ms. Hamptons commendations about the Uuo65 ARE mere statements of opinion.

### (a)    Any Alleged Misstatements are Based on an Alleged Breach of Contract.

Under Georgia law, a tort action cannot be based on the breach of a contractual duty, only. *Unified Serv., Inc. v. Home Ins. Co.*, 218 Ga. App. 85 (1995).  MHF's alleged misstatement "That Avante would deliver Avante Premio Plus E250 Electric Hospital Beds pursuant to the order placed by MHF" cannot stand as a matter of law because it is clearly based on an alleged breach of a contractual duty.  *See supra*, pp. 14-17.  MHF makes no allegations concerning a breach of any duty by Avante imposed by law—nor can it.

-21-

**(b)     MHF Cannot Show Reasonable Reliance Because it Failed to Exercise No Diligence.**

MHF had ample opportunity to conduct its due diligence and research the ventilators and, yet, did not.  "In order to prove the element of justifiable reliance, the plaintiff must show that [she] exercised [her] duty of due diligence." *Fowler v. Overby*, 223 Ga. App. 803, 804 (1996). "While questions of due diligence often must be resolved by the trier of fact, that is not always the case. One may fail to exercise due diligence as a matter of law." *Id.* (Citations and punctuation omitted); *Jung v. Cheoun*, 216 Ga. App. 490, 492 (1995); *see Hardage v. Lewis*, 199 Ga. App. 632, 633 (1991).

Importantly, "Fraud cannot be the basis of an action if it appears that the party alleging the fraud had equal and ample opportunity to prevent it and yet made it possible through the failure to exercise due diligence."  *See Middleton v. Troy Young Realty*, 257 Ga. App. 771, 773(b), 572 S.E.2d 334 (2002).

Importantly, Mr. Affeldt admitted that he is the expert in medical equipment. He is "very knowledgeable in all of the different types of medical requirements for facilities" and considers himself as having the "expertise" in "all of the different types of medical requirements for facilities."  (*Id.*)  Mr. Affeldt testified that based

on this vast expertise, he would never "hand that [decision] off to somebody that has very little experience in it." *Id*.

But Mr. Affeldt did zero research concerning the Vivo 65 ventilators, including something as simple as clicking on the link provided by Avante. *See* Affeldt Dep., Ex. 66.) MHF admits that nothing was done to independently verify the suitability of the Vivo 65 ventilators. (*Id*., 95:16-20.) MHF admits to doing no research concerning the ventilators. (*Id*., 93:20-94.) MHF did not speak to TDEM or its independent medical expert, Nurse Feist. (Id., 94:14-24.) MHF never even asked Avante if the Vivo 65 could be used in an ICU setting. (95:5-13.) MHF had equal opportunity—if not a greater opportunity seeing as Mr. Affeldt considers himself an expert in medical equipment. Such lack of *any* diligence cannot be the basis of fraud. *See Middleton*, 257 Ga. App. 771, 773(b); *see also Fowler v. Overby*, 223 Ga. App. 803 (1996) (affirming denial of JNOV because despite the fact that Overby saw trash on the property, she made no effort to inspect the two-thirds of the property before she purchased it and there was no evidence that she was prevented from inspecting. Any damage was caused by her own lack of diligence); *see Hartsfield v. Union City Chrysler-Plymouth*, 218 Ga. App. 873 (1995) (finding a lack of diligence where Defendant misrepresented terms of a contract and "prevented Hartsfield from reviewing the document." Such "blind

reliance" on defendants' misrepresentations as to the terms of the contract shows a lack of due diligence which is unjustified as a matter of law.)

**D.    Any Claim Raised by Plaintiff for Negligent Misrepresentation is Futile as it Would Fail as Matter of Law.**

On September 12, 2022, Plaintiff moved for leave to file an amended complaint to add a claim for misrepresentation.  (ECF No. 38-1).  The claim is based on the exact alleged misrepresentations and facts as alleged in Plaintiff's claim for fraud.  The only factual allegations added in that complaint is that Ms. Hampton was not qualified to answer questions concerning the differences and that she did not know what the term "intensive care unit" meant.  (*Id.*, p. 8).

"To prove negligent misrepresentation, a plaintiff must show that (1) the defendant negligently supplied false information to foreseeable persons, known or unknown, (2) such persons reasonably relied upon that false information, and (3) economic injury proximately resulted from such reliance." *Boeing Co. v. Blaine Int'l Grp.*, 624 S.E.2d 227, 231 (2005) (footnote omitted).

As explained in detail above, Plaintiff's there exists no evidence of record that Avante made any misrepresentations of fact.  *Supra* pp.17-20.  Moreover, based on MHF's failure to conduct *any* diligence, MHF cannot show reasonable reliance as a matter of law.  *Supra* pp. 20-22.

**E.    MHF's O.C.G.A. § 13-6-11 Claim Fails.**

O.C.G.A. § 13-6-11 provides that "[t]he expenses of litigation generally shall not be allowed as a part of the damages." Expenses of litigation are only recoverable "where the defendant has acted in bad faith, has been stubbornly litigious, or has caused the plaintiff unnecessary trouble and expense." O.C.G.A. § 13-6-11. "[I]f there is no evidence of bad faith or stubborn litigiousness, a court should grant a defendant's motion for summary judgment on a claim for attorney fees." *Garrett v. Women's Health Care of Gwinnett, P.C.,* 243 Ga. App. 53, 55 (2000). Further, "[r]ecovery of attorney fees for stubborn litigiousness or unnecessary expense is not authorized where there is a *bona fide* controversy." *Wheat Enterprises, Inc. v. Redi-Floor, Inc.*, 231 Ga. App. 853, 857 (1998) (Italics added.). Determination of whether a genuine dispute exists may be made by the Court, not the jury. *See Trust Co. Bank of Augusta N.A. v. Henderson*, 185 Ga. App. 367, 372 (1987) ("While issues of stubborn litigiousness are normally for the jury, if there is a bona fide controversy, there can be no stubborn litigiousness as a matter of law."); *Garrett*, P.C., 243 Ga. App. at 55 ("[I]f there is a no evidence of bad faith or stubborn litigiousness, a court should grant a defendant's motion for summary judgment on a claim for attorney fees."). Here, a

patent *bona fide* controversy exists as to all of Plaintiff's alleged claims as noted above.

### III.   CONCLUSION

On the undisputed facts, Avante asks the Court enter judgment as a matter of law against all of MHF's claims.

Respectfully submitted this 21st day of October, 2022.

/s/ *Sarah Trevino*
Sarah E. Trevino
Georgia Bar No. 660094
Sarah Hannah Phillips
Georgia Bar No. 302869
**DENTONS US LLP**
303 Peachtree St., NE, Suite 5300
Atlanta, Ga 30308
Telephone: 404-527-4000
E-mail:
sarahhannah.phillips@dentons.com
Jason R. Scheiderer
(admitted *pro hac vice*)
**DENTONS US LLP**
4250 Main St., Suite 1100
Kansas City, Missouri 64111
Telephone: 816-460-2400
E-mail: Jason.scheiderer@dentons.com
 *Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing **DEFENDANT AVANTE HEALTH SOLUTIONS'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** complies with the font and point selections approved by this court in L.R. 5.1B.  This pleading was prepared using 14-point Times New Roman Font.

/s/ *Sarah Trevino*
Sarah E. Trevino
Georgia Bar No. 660094

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **DEFENDANT**

**AVANTE HEALTH SOLUTIONS' MEMORANDUM IN SUPPORT OF ITS**

**MOTION FOR SUMMARY JUDGMENT** was filed on October 21, 2022 via

the Court's ECF electronic filing system and will notify all participating registered

users as follows:

> Brian S. Goldberg
> Leo Kogan
> FREEMAN MATHIS & GARY, LLP
> 100 Galleria Parkway
> Suite 1600
> Atlanta, Georgia 30339
> E-mail: bgoldberg@fmglaw.com
> lkogan@fmglaw.com
>
> Alan C. Manheim
> 25 Alexander Street
> Suite 3
> Marietta, Georgia 30060
> E-mail: alan@acmlaw.net

> */s/ Sarah Trevino*
> Sarah Trevino
> Georgia Bar No. 660094

Exhibit A

# In the Matter Of:

## *MOBILE HEALTHCARE FACILITIES v*

### *AVANTE HEALTHCARE SOLUTIONS*

## *KYLE AFFELDT*

## *September 08, 2022*



1

1      UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF GEORGIA
2            ATLANTA DIVISION

3      Civil Action No. 1:21-CV-04038

4

5   MOBILE HEALTHCARE FACILITIES,
    LLC,
6
         Plaintiff,
7
       -vs-
8
    AVANTE HEALTHCARE SOLUTIONS,
9
         Defendant.
10   _____/

11

12

13            DEPOSITION OF
              KYLE AFFELDT
14

15

16      Thursday, September 8, 2022
         10:18 a.m. - 4:50 p.m.
17

18           Remote Location
        Via Zoom Videoconference
19         All Parties Remote

20

21

22

23

24      Stenographically Reported By:
            Erica Field, RPR
25

2

```
 1   APPEARANCES:

 2

 3   On behalf of the Plaintiff:
         FREEMAN, MATHIS & GARY
 4       100 Galleria Parkway
         Suite 1600
 5       Atlanta, Georgia 30339
         (770) 818-0000
 6       BY: BRIAN GOLDBERG, ESQUIRE
             LEO KOGAN, ESQUIRE
 7       bgoldberg@fmglaw.com
         lkogan@fmglaw.com

 8

 9   On behalf of the Defendant:
         DENTONS
10       4250 Main Street
         Suite 1100
11       Kansas City, Missouri 64111
         (816) 460-2400
12       BY: JASON SCHEIDERER, ESQUIRE
             SARAH TREVINO, ESQUIRE
13       jason.scheiderer@dentons.com
         sarah.trevino@dentons.com

14

15   VIDEOGRAPHER:   Deane Carstensen

16

17

18

19

20

21

22

23

24

25
```

MOBILE HEALTHCARE FACILITIES v
AVANTE HEALTHCARE SOLUTIONS

Kyle Affeldt
September 08, 2022

3

1                    INDEX OF PROCEEDINGS

2  WITNESS                                         PAGE
   DIRECT EXAMINATION BY MR. SCHEIDERER              5
3  CERTIFICATE OF REPORTER                         226
   ERRATA SHEET                                    227

7                         EXHIBITS

   EXHIBIT              DESCRIPTION              PAGE
8  Exhibit 60  Deposition Notice of Kyle          29
               Affeldt
9  Exhibit 61  Deposition Notice of Mobile        29
               Healthcare Facilities
10 Exhibit 62  Complaint                          51
   Exhibit 63  Plaintiff's Objections and         70
11              Responses to Defendant's First
               Set of Interrogatories
12 Exhibit 64  MHF000447                          79
   Exhibit 65  MHF000715                          81
13 Exhibit 66  MHF000531                          84
   Exhibit 67  MHF000876                         104
14 Exhibit 68  E-mail Forward TDEM Timing        108
   Exhibit 69  MHF000987                         112
15 Exhibit 70  MHF000465                         138
   Exhibit 71  MHF000998                         146
16 Exhibit 72  MHF001447                         154
   Exhibit 73  MHF000690                         164
17 Exhibit 74  MHF001306                         171
   Exhibit 75  MHF001310                         181
18 Exhibit 76  Title 26, Health and Human        185
               Services
19 Exhibit 77  CMS COVID-19 Emergency            187
               Declaration Blanket Waivers
20              for Health Care Providers
   Exhibit 78  MHF000756                         189
21 Exhibit 79  PageVault, About Us - Mobile      205
               Healthcare Facilities LLC
22 Exhibit 80  PageVault, TDEM COVID-19          207
               Mobile ICU/Emergency Room
23              Facilities - Mobile Healthcare
               Facilities LLC

24

25

18

```
 1   reservist?

 2        A.    Yeah, most of my career was with

 3   the reserves from 1977 to 2001.

 4        Q.    Since you started Mobile

 5   Healthcare Facilities in 2013, have you had

 6   any other source of employment?

 7        A.    No.

 8        Q.    Who are the people that you

 9   interacted with at Avante?

10        A.    Misty Hampton, most of the time.

11   And then Joel -- I'm not sure what his last

12   name was.  He was the president at the time.

13        Q.    Anyone else that you recall

14   communicating with or interacting with at

15   Avante?

16        A.    Not that I can recall.

17        Q.    Who were your points of contact

18   with the people you communicated with with

19   regard to the Texas Department of Emergency?

20        A.    First of all, it started with

21   Colonel Coldwell.  He was the one who

22   initially contacted us about delivering --

23   some ICUs for the State of Texas for COVID.

24   This was after the second wave of COVID hit.

25   After, the State of Texas and FEMA spent over
```

19

```
 1   $40 million to retrofit one of their sports

 2   arenas for 30 days.  So they had -- after

 3   that, the second wave hit, and they wanted to

 4   come in to having something more permanent

 5   long term.

 6        Q.    And when was that initial contact

 7   from Colonel Coldwell?

 8        A.    I believe it was July of 2020.

 9        Q.    Had you known Colonel Coldwell

10   prior to that first communication?

11        A.    No, I did not.

12        Q.    How did he find you?

13        A.    On our website.

14        Q.    Tell me what happened next.  You

15   received an initial communication with

16   Colonel Coldwell.

17              What were the next steps?

18        A.    The next steps was he then talked

19   with this his side -- with Texas Department

20   of Emergency Management.  We then actually

21   had our -- we actually delivered just a

22   trailer shell that was not modified yet into

23   an ICU and we took it down to Texas, and

24   showed the -- one of the state

25   representatives, one of the national guard
```

21

1      now, yes.

2             MR. GOLDBERG:  Nothing -- we did

3         not experience any interruption on our

4         side.  So I don't know if it's coming

5         from our side or not.

6             THE WITNESS:  I just saw his

7         picture freeze for a minute.

8   BY MR. SCHEIDERER:

9      Q.    So you had a mobile ICU unit for

10  a -- what tribe was it?

11     A.    Can I look?

12     Q.    Well --

13     A.    I'm really not sure what the --

14  because we delivered two different kinds of

15  units out there for COVID.  One was the

16  Tohono O'odham tribe, and that was after the

17  Texas one.  Fist one was -- just slipped my

18  memory exactly what the name of their tribe

19  is.  I can get that for you.

20     Q.    If it comes back to you, we can

21  address it then.

22            Do you remember the location of

23  that facility?

24     A.    That was one was just outside of

25  Phoenix, Arizona, and the other tribe

22

```
 1   was outside of -- there's another big city in

 2   Arizona.  I will have to look it up.

 3        Q.    So there was a facility that you

 4   worked on near Phoenix area of Arizona, that

 5   was the first one?

 6        A.    Yes.

 7        Q.    And when approximately did you set

 8   up that facility?

 9        A.    In 2019.  About May 2019.

10        Q.    And was that related today to the

11   COVID outbreak?

12        A.    Yes, it was.  That's when it just

13   hit.  It was really starting to kick in.  It

14   was either May or June.  It was when COVID

15   really started kicking in and they contacted

16   us.

17        Q.    And then there was a second

18   COVID-19 related facility in Arizona?

19        A.    The Tohono O'odham tribe.

20        Q.    And that was approximately what

21   time?

22        A.    That was in -- beginning of 2021.

23        Q.    For the Phoenix area one, how many

24   trailers or structures did you set up?

25        A.    One.  And for that one, they
```

Case 1:21-cv-04038-SEG   Document 45-1   Filed 10/21/22   Page 44 of 220
MOBILE HEALTHCARE FACILITIES v                                    Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                              September 08, 2022

23

1    didn't order any medical equipment, they used

2    their own.

3         Q.    So it was just a setup of the

4    trailer?

5         A.    It was the facility.  That's our

6    business.  Our core business is the mobile

7    facility.  That's our business.

8         Q.    Okay.  And when you say the

9    facility, you're talking about the physical

10   structure where the medical things are going

11   to happen?

12        A.    Absolutely.

13        Q.    And are there different types of

14   structures that you set up?

15        A.    Yes, we do anything from trailers

16   that are double expandable to trucks to

17   trucks that expand and trucks that don't

18   expand, depending on what medical capability

19   is required and what the customer wants and

20   how they're planning to use it.

21        Q.    And you said that's the core of

22   your business?

23        A.    Yes.

24        Q.    The facility that you set up in

25   2021 for the other drive in Arizona, what was

MOBILE HEALTHCARE FACILITIES v
AVANTE HEALTHCARE SOLUTIONS

Kyle Affeldt
September 08, 2022

26

1    A.    Yes, it is.

2    Q.    What is involved in that project?

3    A.    That project was -- I got the

4  contract through USAID.  They purchased it

5  through the US State Department.  They got

6  the fund.  They turned it over to USAID.  We

7  build it and then we had it -- part of our

8  contract was building it, then shipping it,

9  going over there, setting it up, and

10  training.

11    Q.    And how many structures does that

12  project have?

13    A.    They bought one.

14    Q.    Was that a project where you were

15  providing the structure but no medical

16  equipment?

17    A.    The only thing we provided was the

18  hospital beds.

19    Q.    Okay.  Are there any other

20  projects that Mobile Healthcare Facilities

21  has done that were related to the COVID

22  outbreak?

23    A.    No, that's it.  Oh, wait, there

24  was one with another tribe up in Montana

25  where they ordered a mobile general medicine

1   clinic that they could drive around to

2   their -- throughout their reservation to

3   provide, you know, immediate treatment, and

4   that also was under COVID money that the US

5   government provided that tribe.

6          Q.    And what tribe was that?

7          A.    That was the Arapaho -- it's

8   Arapaho/Sioux Indian tribe.

9          Q.    And approximately where was that

10  project?

11         A.    In Montana.

12         Q.    Any geography?

13         A.    I think it's called Fort Pearce.

14         Q.    Is that on the south side of

15  Montana?

16         A.    No.  It's in Montana.  It's about

17  50 miles of the border in North Dakota.

18         Q.    And that project was that, again,

19  just to -- you provided the structure?

20         A.    We provided the structure, we

21  provided the, like, diagnostic equipment, the

22  exam table.  Because it was just a general

23  medicine clinic, there wasn't a lot of other

24  equipment involved.

25         Q.    When was that project completed?

MOBILE HEALTHCARE FACILITIES v                                    Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                              September 08, 2022

28

1        A.    In 2021.

2        Q.    Are there any other projects that

3    you can think of that Mobile Healthcare

4    Facilities did that were related to COVID?

5        A.    No.  Other than the TDEM one.

6        Q.    Right, we'll spend some time with

7    that one.  Thinking about Mobile Healthcare

8    Facilities' overall business, what percentage

9    of your business involves purchasing and

10   supplying medical equipment versus providing

11   the facilities that medical equipment is

12   going to be housed in?

13       A.    We only provide medical equipment

14   to customers that want a turnkey full job,

15   which is probably 15 or 20 percent.

16       Q.    And of that 15 to 20 percent, how

17   many projects has Mobile Healthcare

18   Facilities done, other than the Texas one

19   that we are here about, where the customer

20   wanted a turnkey solution that involved an

21   intensive care or critical care unit?

22       A.    That's the only one.  TDEM was the

23   only one.

24       Q.    If I could ask the court reporter

25   to bring up the two deposition notices, the

34

```
 1              MR. SCHEIDERER:  I'm sorry.
 2         That's the wrong complaint.  We have
 3         two complaints here.  Let me give you
 4         the other number.  We'll come back to
 5         that because that's a different
 6         complaint.
 7    BY MR. SCHEIDERER:
 8         Q.    Let's go back -- we were talking
 9    about some of the facilities and projects
10    that Mobile Healthcare Facilities had done
11    related to the COVID outbreak.
12              Did Mobile Healthcare Facilities
13    have a preferred vendor for medical equipment
14    or a set of vendors for medical equipment?
15         A.    No.
16         Q.    How is it that you go about
17    deciding where you're going to buy medical
18    equipment when you need to?
19         A.    I usually go do Internet searches
20    for very reliable companies.  I thought
21    Avante was one.  Others like GE is another
22    one of our people we supply with.  B. Braun
23    or Fresenius for dialysis.  So we go to --
24    try to find the major suppliers on the
25    Internet that can provide the -- the
```

36

1    changed their name to Avante, so I felt very

2    comfortable with them.

3         Q.    Did you shop around at all?  Did

4    you look at other possible providers for the

5    Texas project?

6         A.    Absolutely.  I looked at Siemens,

7    GE, several other different companies of what

8    they had.  And I ordered some equipment from

9    others, like, for instance, the ultrasound

10   machines I ordered from them.

11        Q.    I want to take a couple of steps

12   back.  When we were talking about the first

13   you heard about this potential project from

14   Colonel Coldwell, and you had talked about

15   setting up and showing the facility's

16   capability down in Texas.  That was

17   approximately --

18        A.    Around August of 2020.

19        Q.    So after you showed off this --

20   the capabilities of this facility, what were

21   the next steps?

22        A.    The next step is they -- told me

23   everything they wanted, medical equipment

24   wise.  They gave me, kind of, a list of what

25   I -- type of items they wanted.  You know,

37

1  during COVID, I couldn't guarantee them any

2  specific brand because it was all depending

3  on what was available at the time of

4  purchase.  However, I said it would all meet

5  ICU standards.

6        Q.    And who said that to you?

7        A.    That was what I told the State of

8  Texas.  The State of Texas, after they got

9  the quote, took it, and it was a special

10  contract with them that the state would pay

11  25 percent of the total cost, and FEMA would

12  pay 75 percent of the cost of it.

13           And they were looking for a

14  long-term solution other than just the setup

15  in like another sporting event, so they could

16  eventually use this long-term not only for

17  COVID, but once COVID was over, for disaster

18  relief for hurricanes, tornadoes, et cetera.

19        Q.    And did you have an understanding

20  from the beginning of your interactions with

21  Texas that it wanted both the structures and

22  medical equipment?

23        A.    Yes.  They wanted a turnkey

24  project because they did not want -- because

25  of the 75 percent involvement with FEMA, they

38

```
 1   didn't want multiple vendors.  They wanted it

 2   to come out of one place because it made it

 3   much easier, especially under that tight

 4   timeline that they wanted to get it in.  They

 5   didn't want to have to deal with all the red

 6   tape to go through multiple vendors for

 7   multiple pieces of equipment.

 8        Q.   Did anyone from the State of Texas

 9   express to you an opinion whether they would

10   accept refurbished or only new products?

11        A.   They told me what was ever

12   available that met ICU requirements.

13        Q.   So even if it was a refurbished

14   product?

15        A.   That's right.

16        Q.   Did you ever tell the State of

17   Texas that you had never done a project like

18   this before?

19        A.   I told them that we have done

20   other projects where we delivered -- we

21   delivered a mobile dialysis unit that we

22   provided all the Fresenius machines, the

23   chairs, the water purification systems.  And

24   I told them I would go to a major equipment

25   supplier to help to work with them on getting
```

39

1    the right pieces of equipment.

2        Q.    Was there a timeline provided to

3    you from the State of Texas of when they

4    needed this complete?

5        A.    It had to be done by the end of

6    2020.

7        Q.    So after you had an understanding

8    of what Texas wanted, what were your next

9    steps?

10       A.    Immediate thing after they told me

11   what they wanted, I went and started

12   researching because I knew we had the mobile

13   facilities that we had to retrofit.  These

14   weren't brand new units either.  They were

15   actually modified from another type of

16   capability that we had to modify into an ICU.

17   We were doing that, at the same time finding

18   the medical equipment that they wanted to us

19   to go find for them.

20       Q.    And at Mobile Healthcare

21   Facilities, are there employees other than

22   yourself and Mr. Anderson?

23       A.    Yeah, at that time, I had two

24   other employees because our primary business

25   is we design and we outsource the

41

1        A.    Dustin Hanks and Tristan Gilliand.

2        Q.    And what were their titles or

3   their roles?

4        A.    One was service manager, and the

5   other one was the assistant service manager.

6        Q.    What does a service manager do for

7   Mobile Healthcare Facilities?

8        A.    They go out and verify -- before

9   we -- because of part of our TDEM contract

10  was to provide continuous service, but also,

11  during manufacturing, they do go out and do

12  the QAQC to verify all the steps along the

13  way of how we built it and ensure it met the

14  quality of standards.

15       Q.    Did -- does a service manager or

16  an assistant service manager have any

17  responsibility for the design of the

18  facility?

19       A.    No.

20       Q.    That's your job?

21       A.    That's my job.  That's why I'm the

22  engineer.

23       Q.    What about selection and

24  purchasing of equipment, is that something a

25  service manager would do?

42

1        A.    No, that's what I did.

2        Q.    So you're in charge of design, and

3   you're in charge of selecting and purchasing

4   medical equipment?

5        A.    Only if I have to.

6        Q.    Well, if the contract calls for

7   it?

8        A.    If the contract calls for it

9   because my background after I -- you know, I

10  left the Army in 2007.  I went to work as

11  vice president of operations for a company

12  that built mobile surgery facilities, so I

13  became very knowledgeable in all of the

14  different types of medical requirements for

15  facilities.  So I was the expertise, so I'm

16  not just going to hand that off to somebody

17  that has very little experience in it.

18       Q.    And you considered yourself

19  qualified to make purchasing decisions

20  related to medical equipment, correct?

21       A.    Only to a point.  That's why I go

22  to expert companies to get their

23  recommendations on what they recommend for

24  the type of operations we're going to be

25  providing.

43

1      Q.     Has Mobile Healthcare Facilities

2   ever had a consultant or an employee to

3   advise it on purchasing of medical equipment?

4      A.     No.  We never had an employee that

5   did that.

6      Q.     What about an outside consultant?

7      A.     All I did is some of the equipment

8   I would consult with my sister, who is a

9   registered nurse.

10     Q.     What's her name?

11     A.     Sue Ann Fiest.

12     Q.     Was she just consulting in a

13  family friendly way or was she actually paid

14  for consulting?

15     A.     No, just a family friendly way.

16     Q.     Did you consult with Ms. Fiest

17  related to the Texas project?

18     A.     I believe so.

19     Q.     What did you talk to her about?

20     A.     I said here's the type of

21  equipment that we are looking at purchasing.

22  This is what I found on the Internet.  This

23  is what they say an ICU is and the type of

24  equipment and she looked it over and said,

25  yes, that is.

44

1      Q.    Okay.  When did you have that sort

2  of a conversation or communication?

3      A.    In August, September of 2020.

4      Q.    I want to get a little bit more

5  detail on this.

6            So what stage were you when you

7  wanted to consult with Ms. Fiest?

8      A.    That's when I already had forced

9  out all of stuff including the PB840.  She

10 saw that piece of equipment and said yes,

11 that is capable.

12     Q.    Okay.  So you had already selected

13 the products you wanted to buy for this

14 project.  And then you went -- and then you

15 went to Ms. Fiest to ask her opinion on

16 these?

17     A.    Verify -- will -- are these ICU

18 compliant equipment.  She said yes.

19     Q.    Did you ask her --

20     A.    Then --

21     Q.    I'm sorry.

22     A.    Then I went to Avante and said

23 this is the equipment we want to buy.  They

24 then said okay, and they gave me a quote for

25 it.

54

1           THE WITNESS:  Yep.  Correct.

2   BY MR. SCHEIDERER:

3       Q.    And there's going to be a number

4   of multipage documents, and a lot of them,

5   I'm not going to ask you about every single

6   page.  So we'll try to give you a chance to

7   look at them and try to direct you to the

8   areas of inquiry.

9           If we could go back to Page 3,

10  Paragraph 8.  In there your lawsuit says:

11  Avante holds itself out as a premier supplier

12  of new and used critical care medical

13  equipment.

14          MR. GOLDBERG:  Sorry, Jason.

15      One second.  Our part of our screen us

16      being covered up by the -- let me just

17      adjust it.

18          THE WITNESS:  There we go.

19          MR. GOLDBERG:  Go ahead.  Sorry.

20  BY MR. SCHEIDERER:

21      Q.    I will just finish the sentence:

22  Suitable for use in the ICU.

23          Do you see that sentence?

24      A.    Yes.

25      Q.    You knew that Avante supplies lots

MOBILE HEALTHCARE FACILITIES v                               Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                           September 08, 2022

55

 1  of equipment other than for use in the ICU,

 2  right?

 3       A.    Yeah, including surgery, which is

 4  a lot more intense than ICU.

 5       Q.    So there's a lot of different

 6  types of equipment at Avante, true?

 7       A.    Yes.

 8       Q.    You knew that because you went to

 9  the Avante website, right?

10       A.    I first looked them up as DRE, and

11  it went to Avante.

12       Q.    You took time to look at the

13  Avante website, right?

14       A.    Yes, I did.

15       Q.    And you saw that there's a variety

16  of equipment available for purchase?

17       A.    Correct.

18       Q.    Okay.  Let's go to Paragraph 9,

19  and in the middle of that paragraph beginning

20  with the word:  Avante assure.

21            Do you see that sentence?

22            MR. GOLDBERG:  Hang on one

23       second.

24            THE WITNESS:  Shrink a little

25       bit.

1   lawsuit, right?

2        A.    Yes.

3        Q.    And I want you to tell me everyone

4   at Avante who assured you of their expertise

5   in the area of providing critical care

6   equipment.

7        A.    Well, I talked to Joel, the CEO at

8   the time.  He said we are experts.  I looked

9   up -- if you look at Misty, she claims

10  herself as an expert.

11       Q.    I want to know anyone that

12  specifically said Avante --

13       A.    I can't recall them saying "I'm an

14  expert."

15       Q.    Okay.  So you can't recall anyone

16  ever saying they were an expert, right?

17       A.    I can't believe -- I can't recall

18  them actually saying, "Oh, I'm an expert."

19       Q.    Okay.  And you were the only one

20  who interfaced with Avante at MHF, right?

21       A.    That's correct.

22       Q.    Do you recall anyone ever saying

23  that Avante has expertise in providing

24  critical care equipment?

25       A.    I believe it actually says it

58

1    somewhere on their website that their

2    expertise in many --

3         Q.    Did any --

4         A.    I'm not sure, but I recall

5    something about them saying something about

6    their expertise.

7         Q.    Do you have a memory, as you sit

8    here today, of any human being at Avante

9    saying that Avante has expertise in the area

10   of providing critical care equipment?

11        A.    I can't recall.

12        Q.    The next half of the sentence says

13   that they fully understood the needs and

14   requirements of MHF.

15            Do you see that?

16        A.    Yes.

17        Q.    And who at Avante said that they

18   fully understood the needs and requirements

19   of MHF?

20        A.    Joel, because I actually sent him

21   a copy of my Texas contract, and he read the

22   contract.  He knew exactly what the project

23   was for and what it was needed.  I sent him

24   that contract primarily to let him know the

25   contract was real, and I was trying to

MOBILE HEALTHCARE FACILITIES v
AVANTE HEALTHCARE SOLUTIONS

Kyle Affeldt
September 08, 2022

59

1    initially get terms because I wasn't -- I

2    didn't get any upfront money for all this

3    equipment I needed to buy.

4            So I was trying to get terms.  I

5    first talked with Misty.  I sent her the

6    contract, then I sent it to Joel and actually

7    had a conversation with Joel discussing this

8    project in detail that -- and what it was

9    for, and he had an actual copy of my contract

10   with the State of Texas.

11       Q.    Your conversation with Joel was by

12   telephone?

13       A.    Yes.

14       Q.    And it took place after you issued

15   your purchase order?

16       A.    After I received the purchase

17   order from the State of Texas, yes.

18       Q.    And you had one conversation with

19   Joel?

20       A.    I had one, maybe two.

21       Q.    And which conversation did he say:

22   I fully understand the needs and requirements

23   of MHF?

24       A.    I don't know if that was exact

25   wording, but it's close -- he knew exactly

60

1    what it was because we discussed it in detail

2    and exactly what the need was for.

3         Q.    And I want to know when that --

4         A.    Not only that, is he read it.

5         Q.    I want to know when that

6    conversation took place and what exactly you

7    remember Joel saying.

8         A.    I don't know the exact date.

9         Q.    What's your best approximation?

10        A.    September of 2020.

11        Q.    Did anyone from Avante other than

12   Joel ever say those things to you, that they

13   fully understood the needs and requirements

14   of MHF?

15        A.    I believe Misty did because she

16   knew exactly what -- because I gave her the

17   contract too.  And we discussed exactly what

18   it was and everything in every document I

19   had, every e-mail I had, said it was for a

20   mobile ICU.

21        Q.    And I want to separate from what

22   you think people should have known from what

23   they actually said to you they know.

24             Do you understand the difference?

25        A.    Yeah.

                                                                    61

1            MR. GOLDBERG:  I'm going to

2       object to the form, assuming that he

3       understands what you're asking for.

4   BY MR. SCHEIDERER:

5       Q.    So I'm going to ask my question

6   again.  And my first question was, did anyone

7   else other than Joel ever say to you that

8   they fully understood the needs and

9   requirements of MHF?  And you said Misty did.

10           So my next question is, when did

11  she say that, and what did she say?

12      A.    I don't know exactly -- that was

13  two years ago.  I don't know what exactly she

14  said.

15      Q.    What's your best memory of what

16  she said?

17      A.    She said yes, I understand this

18  is -- this equipment is for an ICU for the

19  State of Texas.

20      Q.    And after this conversation with

21  Misty, did you send an e-mail memorializing

22  that she has said to you that she understands

23  the need and requirements of MHF?

24      A.    She did.  Even in that rebuttal

25  back to me when I -- about the -- when I ask

62

1    about the PB840, she said, well, something

2    about we understand your need and your -- and

3    we recommend this.

4         Q.    Okay.  We'll look at the actual

5    e-mail on that.

6         A.    Yes.

7         Q.    Let's go to Page 4, and if we look

8    at Paragraph 11, and there it lists out the

9    ventilators and the patient beds.

10              Do you see that?

11        A.    Yes.

12        Q.    Are you aware of any refurbished

13   ventilators that are authorized by any

14   licensing or authorization board or medical

15   board or anything like that for use in an

16   ICU?

17        A.    Yeah, any -- all the ventilators

18   that are hospital-grade ventilators are.

19        Q.    And can you tell me the name of

20   any one of those ventilators that are

21   authorized for ICU use even though they're

22   refurbished?

23        A.    The PB840.

24        Q.    Do you believe that's authorized

25   for ICU use?

63

1       A.    Yes.

2       Q.    In what jurisdiction?

3       A.    The -- I'm not exactly sure what

4   jurisdiction.

5       Q.    Okay.  Let's turn to the next

6   page, and if we look at Paragraph 15 --

7             MR. GOLDBERG:  Hang on one

8       second.

9   BY MR. SCHEIDERER:

10      Q.    And directing your attention to

11  the first sentence, and it says that:

12  Mr. Affeldt specifically mentioned to

13  Avante's CEO.

14            That's Joel, right?

15      A.    Yes.

16      Q.    And other representatives?

17      A.    Misty.

18      Q.    Okay.  And anyone else?

19      A.    Those are the only two I talked

20  to.

21      Q.    That the medical equipment MHF

22  sought to purchase from Avante would be used

23  for critical care patients in mobile ICU

24  facilities.

25            Do you see that?

64

1        A.    Yes.

2        Q.    Are you aware of any e-mail from

3   you to Avante where you asked about any

4   specific product and said, can this be used

5   in an ICU?

6        A.    I don't recall.

7        Q.    You don't recall ever doing that?

8        A.    No.

9        Q.    Will you turn to Page 6 in

10  Paragraph 18, and it says there:  Avante

11  represented to Mr. Affeldt that the new Vivo

12  65 ventilators would save MHF money and were

13  a better quality product.

14            Do you see that?

15       A.    Yes.

16       Q.    You understood that the Vivo 65

17  ventilators were going to be new ventilators,

18  correct?

19       A.    Yes.

20       Q.    When you were presented with the

21  opportunity to buy the Vivo 65 ventilators,

22  did you ever send an e-mail to Avante asking

23  if those were approved for use in the ICU?

24       A.    I said, what is the difference

25  between a Vivo and the 840 that I ordered

65

```
 1   because I'm not an expert in ventilators, and

 2   I expected them representing what the --

 3   equipment they are selling.  So I said, they

 4   can tell me exactly what's different or

 5   what -- so I used their -- I relied on them

 6   and their expertise to tell me what is

 7   different or what would not be suitable.

 8        Q.    And I will --

 9        A.    Because they're the ones who

10   recommended it -- they knew -- they said they

11   know my needs, and this is what they

12   recommended.  And I asked, okay, but what is

13   the difference?  And I got back, it is a

14   better quality product.

15             So I took the expert's definition

16   right to me, as they know better than I do.

17   They know what it's used for, and they're

18   saying it's a better quality product.

19        Q.    And that's -- that's a long answer

20   to what I thought was a short question.  Let

21   me try to ask it again.

22             Did you ever e-mail Avante and

23   ask, is the Vivo 65 ventilator approved for

24   use in the ICU?

25        A.    No.  I guess they expected them to
```

74

1    construction of the facility themselves?

2         A.    Yes.

3         Q.    But Brewco was an outside vendor

4    to --

5         A.    To Mobile Healthcare Facilities,

6    yes.  They're our subcontractor.  They had

7    absolutely nothing to do with purchasing any

8    medical equipment.

9         Q.    And if we could go to Page 6,

10   Interrogatory 8, and I guess it's the second

11   number 8, but it's the bottom interrogatory.

12   We asked you to identify the location of the

13   medical equipment and its use from delivery

14   to present.

15            Do you see that?

16        A.    Yes.

17        Q.    The 27 beds that you say were

18   immediately returned, how did you go about

19   returning those?

20        A.    They came on a truck, we looked at

21   them, and we immediately turned that truck

22   around.

23        Q.    And specifically what did you do?

24   Did you send an e-mail?  Did you call

25   somebody?  What did you do?

75

1     A.    I had told the driver, turn

2   around, we're not accepting them.

3     Q.    And then the nine other beds, what

4   did --

5     A.    We -- go ahead.  I'm sorry.

6           MR. GOLDBERG:  Let him finish.

7           THE WITNESS:  I'm sorry.

8   BY MR. SCHEIDERER:

9     Q.    For the nine other beds, what did

10  you do with those?

11    A.    Right now, we took them back to

12  the STRAC warehouse where they're still -- as

13  far as I know, still sitting in that

14  warehouse today waiting for Avante to come

15  pick these up.

16    Q.    As far as you know, who is -- who

17  has that location, this STRAC hangar, who has

18  access to that?

19    A.    That would be Sara, that was on

20  the list of those people from STRAC.

21    Q.    Is Mobile Healthcare Facilities

22  renting a location or a place for those beds?

23    A.    No.

24    Q.    So how are they being stored?

25    A.    They're being stored still wrapped

83

1   there was no medical equipment with that one,

2   correct?

3        A.    That's correct.

4        Q.    So to be more precise, this is the

5   first and only contract that it was health

6   facilities that had for a mobile ICU unit

7   where Midwest Health -- Midwest -- sorry --

8   Mobile Healthcare Facilities was going to

9   actually supply the medical equipment that

10  would go into the facility?

11       A.    Say that one more time, please.

12       Q.    I will try.  I kind of garbled it

13  up.  Let me try again.

14            So this contract with Texas was

15  the first time that MHF had a contract for a

16  mobile ICU facility and where MHF was going

17  to supply the medical equipment within that

18  facility?

19       A.    That's correct.

20            MR. GOLDBERG:  I'm going to

21       object to form.

22            But you can answer the question,

23       assuming you understand.

24            THE WITNESS:  I understand.

25       A.    Yes, this is the first one we did

84

```
 1   as a full -- a full turnkey operation, yes.

 2            MR. SCHEIDERER:  Okay.  Let's

 3        look at another exhibit.  And this

 4        should be 2020.09.14.

 5            MR. GOLDBERG:  Read through it.

 6        (Exhibit 66 was marked for

 7         identification.)

 8   BY MR. SCHEIDERER:

 9        Q.   Do you have that document now on

10   your screen?

11            MR. GOLDBERG:  Yes, we can see

12        it.

13        A.   Yes.

14            MR. GOLDBERG:  He was just

15        looking through it.

16            MR. SCHEIDERER:  Okay.  And

17        there's more than one page here.

18        So...

19            MR. GOLDBERG:  Okay.

20            MR. SCHEIDERER:  Should be three

21        pages, I believe.

22   BY MR. SCHEIDERER:

23        Q.   Have you seen all three pages now?

24        A.   I just saw the first one.

25            MR. SCHEIDERER:  Could we look
```

94

1    from her but from her production manager.

2         Q.    And you --

3         A.    Who our design experts --

4    supposedly experts in the field of critical

5    care medical equipment.

6         Q.    And you did not click on the

7    hyperlink she sent you that went to the

8    website for the manufacturer of the Vivo 65.

9    You had not looked at that, correct?

10        A.    That's correct because I relied on

11   the experts to tell me this is a better --

12   when they said the expert told me it was a

13   better quality product, I believed them.

14        Q.    And you had also not talked with

15   anyone at the State of Texas about whether

16   the Vivo 65 would be approved at this point?

17        A.    No, because I didn't even tell

18   them I was buying the 864.

19        Q.    And you didn't talk with your

20   sister, the nurse, about the Vivo 65, right?

21        A.    No, because I took all -- when

22   they told me it was a better quality product,

23   I believed them as experts of -- in the

24   medical equipment supply.

25        Q.    And you responded to Misty that

MOBILE HEALTHCARE FACILITIES v                    Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                    September 08, 2022

95

1    same day with one word -- sorry, two words:

2    Excellent, thanks.

3         A.    Exactly.  Because she told me this

4    is better and it's great, thanks.

5         Q.    And at no point prior to you

6    purchasing the Vivo 65 did you ever ask

7    Avante if the Vivo 65 could be used in an ICU

8    setting?

9         A.    No, because they knew it was going

10   into an ICU setting because it says it on

11   everything going from them.  All

12   correspondence says it's going in the mobile

13   ICU.

14        Q.    And you never --

15        A.    All correspondence.

16        Q.    And you never did anything for

17   yourself to independently verify if the Vivo

18   65 could go in an ICU setting, correct?

19        A.    I did not because I relied on the

20   expertise of experts.

21        Q.    And then you also did not ever

22   talk with the State of Texas about whether --

23   given this circumstance of a COVID outbreak

24   and a mobile healthcare facility being

25   necessary in the first place, you never

129

1          Do you see that?

2     A.    Yes.

3     Q.    And that was the first time you

4  had ever gotten specific brands or

5  specifications from Texas about what they

6  wanted you to purchase, right?

7     A.    Correct.  For medical equipment,

8  yeah.

9     Q.    The number one is:  Ventilators

10 exchange to the Zoll AEV 731.

11         Do you see that?

12    A.    Yes.

13    Q.    And were you otherwise familiar

14 with that product at this time?

15    A.    No, I knew nothing of that

16 manufacturer because Zoll has provided STRAC

17 many of these different ventilators -- this

18 specific ventilator.  So STRAC was very used

19 to dealing with it.

20    Q.    So STRAC wanted to use one of the

21 manufacturers that it had experience with?

22    A.    Correct.

23    Q.    And anywhere in this e-mail from

24 Sara Jensen does she say anything at all

25 about ventilators that have to be appropriate

130

1  or functional in the critical care ICU

2  setting?

3       A.    That Zoll is.  That's why she

4  specified that one.  Not one for home use.

5       Q.    You at the time knew nothing about

6  that Zoll ventilator, right?

7       A.    Not until I got it from her and

8  said that's what it is, and then I looked it

9  up after -- and I actually talked to that

10  manufacturer after I had to refund the money

11  back to Texas for the noncompliant Vivos.  So

12  I actually contacted Zoll to see if I could

13  buy them from him with the money, and Zoll

14  wouldn't sell them to me.  They would only

15  sell them to STRAC.  So I just ended up

16  having to refund the -- all the money for

17  ventilators, and then STRAC then purchased

18  Zolls with the money I had to refund because

19  the Vivos were noncompliant.

20       Q.    All right.  So I want to go back

21  to my question, and then we'll follow-up on

22  the things you just said.

23            So nowhere in this e-mail does she

24  say that the reason why they want the Zoll

25  AEV 731 is because it is stated for use in an

131

1   ICU or critical care unit?

2          MR. GOLDBERG:  Can we see the

3      full e-mail?

4          MR. SCHEIDERER:  Yep.  Talking

5      about the e-mail that starts on

6      Page 988 and goes to Page 989.

7          MR. GOLDBERG:  Okay.

8          MR. SCHEIDERER:  Which we have

9      looked at the whole thing.

10         MR. GOLDBERG:  Can you repeat

11     your question, please?

12  BY MR. SCHEIDERER:

13     Q.    Nowhere in Sara Jensen's e-mail of

14  November 18, 2020, does she say that the

15  reason she wants the Zoll ventilator is

16  because it is approved or rated for use in an

17  ICU?

18     A.    No.  She just said that that's

19  what they use for ICU capability in all

20  critical care.  And that's a ventilator that

21  they have used for that specific capability

22  and are very familiar with it.

23     Q.    She doesn't say any of that in

24  this e-mail?

25     A.    No, she does not, but that's

140

1      Q.    Let's go to 465.  The bottom is

2  actually the start of your e-mail.  So you

3  see your e-mail on Friday November 20, 2020?

4      A.    Yep.

5      Q.    And you're writing to Misty

6  Hampton and others.  And if we go down the

7  page for the substance of the e-mail, you

8  state:  My customer does not like the

9  following pieces of equipment that we

10  purchased from you since they already have

11  and use a different manufacturer for these

12  types of units and only after all this time

13  tell me what.

14          Do you see that?

15      A.    Yes.

16      Q.    And that was true when you wrote

17  it, right?

18      A.    That's correct.

19      Q.    And then you say:  I want to

20  return these items to you.

21          Right?

22      A.    Correct.

23      Q.    And you say:  We have never used

24  any of these items or even plugged them in.

25          Right?

151

1      Q.     And how is it that you're aware of

2   that?

3      A.     Because of our service contract

4   with State of Texas.  We go and do service on

5   those mobile ICUs, and we see this equipment

6   at the location.

7      Q.     And are you able to recognize the

8   difference in appearance of a Zoll ventilator

9   versus any other kind of ventilator?

10      A.     Yes, because during our setup,

11   they actually brought Zoll ventilators into

12   the ICU during the pre-setup, after the other

13   ventilator wasn't approved no more because it

14   didn't meet the requirements.  They brought

15   in some others of their old Zolls into the

16   ICU and we even got pictures of it on our

17   website.

18      Q.     Did you ever attempt to sell the

19   Vivo 65 ventilators?

20      A.     No.  I wouldn't sell them to

21   anybody.

22      Q.     Why not?

23      A.     They don't meet ICU requirements.

24      Q.     What if someone wanted them for

25   home use?

152

1          A.     That's not our business.

2          Q.     So you never attempted to sell the

3     Vivo 65 ventilators to anybody?

4          A.     Absolutely not because we expected

5     Avante to -- take them back and refund our

6     money for providing us a noncompliant piece

7     of equipment.

8          Q.     Did you ever attempt to donate the

9     Vivo 65s?

10         A.     No, I did not.

11         Q.     And why not?

12         A.     Because as far as I'm concerned,

13    it's Avante's piece of equipment that they

14    need to be taken back.

15         Q.     Have you done anything to appraise

16    the value of the Vivo 65s that have been

17    sitting in storage?

18         A.     No.  They have been sitting in

19    their box unpackaged.  There's no desire on

20    our end to do anything but return these Zoll

21    ventilators to Avante.

22         Q.     Do you have any knowledge or

23    information about what the current value of

24    the Vivo 65 ventilators is?

25         A.     No, and I really don't care.

192

1       going off the record.  The time is

2       3:56.

3           (A brief recess was held from 3:56

4           p.m. to 4:13 p.m.)

5               THE VIDEOGRAPHER:  We are now

6       back on the record.  The time is 4:13.

7  BY MR. SCHEIDERER:

8       Q.   Mr. Affeldt, we are back on the

9  record.

10              Do you understand that?

11      A.   Yes.

12      Q.   And you understand that you're

13  still under oath?

14      A.   Yes.

15      Q.   Mr. Affeldt, you agree that Mobile

16  Healthcare Facilities has a contract with

17  Avante, right?

18      A.   We had a purchase order with them.

19      Q.   And you consider that to be a

20  contract, don't you?

21      A.   For the most part, yes.

22      Q.   In this lawsuit, you're suing for

23  breach of contract, right?

24      A.   I believe so, yes.

25      Q.   Tell me, what are the documents

MOBILE HEALTHCARE FACILITIES v                                    Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                                September 08, 2022

193

1    that make up your agreement with Avante?

2         A.    Purchase order and payment.

3         Q.    And those are the documents that

4    comprise the contract?

5         A.    From my perspective, yes.

6         Q.    And you believe you have an

7    enforceable contract with Avante, right?

8         A.    Yes.

9         Q.    And why is it that you believe

10   that Avante owes you money on that contract?

11        A.    Because they did not provide me

12   the equipment they were supposed to.

13        Q.    You agree, though, that the

14   purchase order is for the Vivo 65, right?

15        A.    That was based on what they said

16   was a better product than what I originally

17   had in the original purchase order.

18        Q.    We can look at the purchase order

19   again, if we need to.

20        A.    There was one just before it

21   that -- there was another one that had the

22   PB840 in it.

23        Q.    And we have talked about that

24   change to the Vivo 65, right?

25        A.    Based on what I got from the

206

1      Q.    Who is responsible for the content

2  of the website?

3      A.    That is Marlyn Anderson.

4      Q.    Do you have any role in the

5  language or the photos being used on the

6  website?

7      A.    Some.

8      Q.    Let's look at -- well, strike

9  that.

10           Let me start with this.  What's

11 the purpose of the website?

12     A.    To bring potential customers to

13 our business.

14     Q.    And so you want to promote the

15 successes of Mobile Healthcare?

16     A.    Yeah.  That's why if you go to the

17 one -- previous projects, it has a lot of our

18 latest projects in detail.

19     Q.    And you believe that showing

20 potential customers past successful projects

21 is a good way to earn business?

22     A.    Absolutely.

23     Q.    Do you do things to make sure that

24 everything you're stating to the public on

25 your website is truthful and accurate?

207

1      A.    We try to, but I have a IT

2  outsider that actually builds our website for

3  us.

4      Q.    But the content that provider puts

5  on there is provided by your company, right?

6      A.    Yeah, for the most part.

7      Q.    And has to be approved by your

8  company?

9      A.    By Marlyn, he's the IT guy.

10     Q.    And you wouldn't want to put

11 anything out there in the public that you

12 knew to be untrue or inaccurate, would you?

13     A.    We try not to.

14     Q.    You wouldn't want to do that,

15 would you?

16     A.    We wouldn't want to, but accidents

17 happen and missed things happen.

18         MR. SCHEIDERER:  Let's look at

19     another Exhibit, 8196949S.  Go to the

20     second page again.

21       (Exhibit 80 was marked for

22       identification.)

23 BY MR. SCHEIDERER:

24     Q.    Okay.  What is that page?

25     A.    That is the delivery of TDEM's

MOBILE HEALTHCARE FACILITIES v                     Kyle Affeldt
AVANTE HEALTHCARE SOLUTIONS                        September 08, 2022

211

1          to object to not allowing our client

2          to testify as to what -- to respond to

3          your question.

4                    So continue with your questions.

5                    MR. SCHEIDERER:  We'll look at

6          the other picture in a minute.  I want

7          to stay with this one for a minute.

8                    MR. GOLDBERG:  Okay.

9     BY MR. SCHEIDERER:

10         Q.    So the beds in this picture here,

11    those are the beds that are by Avante,

12    correct?

13         A.    Correct.

14         Q.    And I thought you'd testified

15    earlier that you never put those into the

16    facilities?

17         A.    I said we never used them.

18         Q.    So that's a different word.  You

19    didn't use them.  Is that right?

20         A.    Yeah, there was only three that we

21    took out of the nine originally delivered

22    that we ended up actually taking them out,

23    and that's when everybody is going, what is

24    this thing.

25         Q.    So you set those beds up in the

212

1   facility, right?

2        A.    Yes, just for a display.

3        Q.    And you showed those to your

4   customer, right?

5        A.    Yes.

6        Q.    And then you even took photos of

7   it for your website, right?

8        A.    We took photos based on -- we put

9   them on the website.  They probably should

10  have never been on there, but they're on

11  there.  It showed the whole use of the

12  facility, but that's why we put those other

13  ones on with the good beds.

14       Q.    And Mobile Healthcare Facilities,

15  no one made you take those photos, right?

16       A.    No.

17       Q.    And no one made you put them on

18  your website, right?

19       A.    No.

20       Q.    That was your choice and Marlyn's

21  choice, right?

22       A.    That was Marlyn's choice.

23       Q.    And you mentioned a ventilator

24  visible in this photo?

25       A.    That's correct, that's that one on

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MOBILE HEALTHCARE
FACILITIES, LLC,

       Plaintiff,

v.

AVANTE HEALTH SOLUTIONS

       Defendant.

Civil Action File
No.: 1:21-CV-04038

### <u>AMENDED NOTICE OF DEPOSITION OF KYLE AFFELDT</u>

To: Kyle Affeldt
c/o Brian S. Goldberg
Travis M. Cashbaugh
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000
bgoldberg@fmglaw.com
tcashbaugh@fmglaw.com

Alan C. Manheim
25 Alexander Street
Suite 3
Marietta, Georgia 30060
(770) 423-2222
alan@acmlaw.net

**PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Civil Procedure

30(b)(6), Avante Health Solutions ("Avante"), through its undersigned counsel, will



take the deposition of Kyle Affeldt ("Mr. Affeldt") upon oral examination before a Notary Public or other person authorized by law to administer oaths. The deposition will take place via Zoom on September 8, 2022, beginning at 10:00 a.m. EDT. The deposition will be recorded by stenographic and videographic means. The deposition will be taken for the purpose of discovery and all other purposes allowed by law. The deposition will continue for up to seven (7) hours as provided by Federal Rule of Civil Procedure 30, unless the parties agree otherwise.

This 9th day of August, 2022.

By: __/s/ Sarah Hannah Phillips__
Sarah Hannah Phillips
Georgia Bar No. 302869
sarahhannah.phillips@dentons.com
Sarah E. Trevino
Georgia Bar No. 660094
sarah.trevino@dentons.com
Dentons US LLP
303 Peachtree St NE, Suite 5300
Atlanta, GA  30308
(T): 404.527.4000

Jason R. Scheiderer (pro hac)
Jason.scheiderer@dentons.com
Dentons US, LLP
4250 Main St., Suite 1100
Kansas City, MO  64111
(T): 816.460.2400
Attorneys for Defendant

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

The undersigned attorney herby certifies that the foregoing NOTICE OF

DEPOSITION OF KYLE AFFELDT was prepared in accordance with N.D. Ga.

L.R. 5.1, using Times New Roman, font, 14 point.


*/s/ Sarah Hannah Phillips*
Sarah Hannah Phillips
Georgia Bar No. 302869

## **CERTIFICATE OF SERVICE**

The undersigned attorney herby certifies that he has this day served all counsel of record with the foregoing NOTICE OF DEPOSITION OF KYLE AFFELDT via email and U.S. mail.

This 9th day of August, 2022.

*/s/ Sarah Hannah Phillips*
Sarah Hannah Phillips
Georgia Bar No. 302869

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MOBILE HEALTHCARE
FACILITIES, LLC,

             Plaintiff,

v.

AVANTE HEALTH SOLUTIONS

             Defendant.

Civil Action File
No.: 1:21-CV-04038

## <u>RULE 30(B)(6) NOTICE OF DEPOSITION OF PLAINTIFF MOBILE HEALTHCARE FACILITIES, LLC</u>

To: Mobile Healthcare Facilities, LLC
c/o Brian S. Goldberg
Travis M. Cashbaugh
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000
bgoldberg@fmglaw.com
tcashbaugh@fmglaw.com

Alan C. Manheim
25 Alexander Street
Suite 3
Marietta, Georgia 30060
(770) 423-2222
alan@acmlaw.net

**PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Civil Procedure

30(b)(6), Avante Health Solutions ("Avante"), through its undersigned counsel, will



AFFELDT

EXHIBIT 61

09/08/22

take the deposition of Mobile Healthcare Facilities, LLC ("MHF") upon oral examination before a Notary Public or other person authorized by law to administer oaths. MHF is hereby directed and required to designate one or more officers, directors, managing agents, or other authorized persons to testify under oath on behalf of MHF at the time, date, and location stated above, and to testify under oath in this action as to all of the following subjects attached hereto as Exhibit A. The deposition will take place via Zoom in conjunction with the deposition(s) of Kyle Affeldt and Marlin Anderson (on September 8, 2022, and September 14, 2022, respectively, both beginning at 10:00 a.m. EDT), unless MHF designates another representative.  The deposition will be recorded by stenographic and videographic means. The deposition will be taken for the purpose of discovery and all other purposes allowed by law. The deposition will continue for up to seven (7) hours as provided by Federal Rule of Civil Procedure 30, unless the parties agree otherwise.

This 9th day of August, 2022.

US_ACTIVE\122086162\V-1

By: ___*/s/ Sarah Hannah Phillips*
Sarah Hannah Phillips
Georgia Bar No. 302869
sarahhannah.phillips@dentons.com
Sarah E. Trevino
Georgia Bar No. 660094
sarah.trevino@dentons.com
Dentons US LLP
303 Peachtree St NE, Suite 5300
Atlanta, GA  30308
(T): 404.527.4000

Jason R. Scheiderer (pro hac)
Jason.scheiderer@dentons.com
Dentons US, LLP
4250 Main St., Suite 1100
Kansas City, MO  64111
(T): 816.460.2400
Attorneys for Defendant

*Attorneys for Defendant*

## Exhibit A - Rule 30(b)(6) Deposition Topics

1.      MFH's discovery responses and document collection efforts in regards to written discovery requests;

2.      Identification and authentication of all documents and things produced by Avante;

3.      Discussions or correspondence with Avante or its representatives;

4.      MFH's claims alleged in its Verified Complaint;

5.      The bid, award, and performance of the purchase order from the State of Texas (the "Texas PO") to provide medical equipment for use in combating the COVID-19 pandemic referenced in paragraph 7 of the Verified Complaint;

6.      Discussions, correspondence, and documentation regarding the medical equipment that MHF sought to purchase from Avante for fulfillment of the Texas PO;

7.      Any other negotiations related to MHF's purchase of medical equipment for fulfillment of the Texas PO;

8.      Discussions, correspondence, and documentation regarding the quote (and any revisions thereto) for ultrasound machines provided by Avante to MHF;

9.      Discussions, correspondence, and documentation regarding the purchase order prepared by Avante for MHF's purchase of medical equipment

for fulfillment of the Texas PO;

10.     Discussion, correspondence, and documentation regarding the written agreement for the sale of goods as referenced in paragraph 27 of the Verified Complaint.

11.     Discussions, correspondence, and documentation regarding the purchase and payment for medical equipment from Avante for fulfillment of the Texas PO;

12.     Discussions, correspondence, and documentation regarding the patient beds that were purchased by and supplied by Avante as described in MHF's Verified Complaint;

13.     MHF's receipt, alleged rejection, storage, and/or return of medical equipment purchased from Avante with respect to the Texas PO;

14.     Correspondence or communications between you and the State of Texas and/or the Texas Division of Emergency Management related to the Texas PO and the equipment purchased from Avante; and

15.     Avante's claimed damages.

2

## **<u>CERTIFICATE OF COMPLIANCE</u>**

The undersigned attorney herby certifies that the foregoing RULE 30(B)(6)

NOTICE OF DEPOSITION OF MOBILE HEALTHCARE FACILITIES, LLC

was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, font,

14 point.

*/s/ Sarah Hannah Phillips*
Sarah Hannah Phillips
Georgia Bar No. 302869

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney herby certifies that he has this day served all counsel of record with the foregoing RULE 30(B)(6) NOTICE OF DEPOSITION OF MOBILE HEALTHCARE FACILITIES, LLC via email and U.S. mail.

This 9th day of August, 2022.

<u>*/s/ Sarah Hannah Phillips*</u>
Sarah Hannah Phillips
Georgia Bar No. 302869

EX. 2021-0099910-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21105813**
LEONARD - 53
AUG 02, 2021 03:03 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

MOBILE HEALTHCARE FACILITIES,
LLC,

               Plaintiff,

    v.

AVANTE HEALTH SOLUTIONS,

               Defendant.

CIVIL ACTION NO.: _____

### VERIFIED COMPLAINT

COMES NOW the plaintiff, Mobile Healthcare Facilities, LLC ("MHF"), by and through its undersigned counsel, and file this Verified Complaint against Defendant Avante Health Solutions ("Avante" or "Defendant"), showing as follows:

### PARTIES, JURISDICTION, AND VENUE

#### 1.

MHF is engaged in the business of providing mobile healthcare solutions. MHF is a corporation existing and duly organized under the laws of the State of Nevada, registered to do business in the State of Georgia. Its principal place of business is 5601 Maxon Marsh Drive, Powder Springs, Cobb County, Georgia 30127.

#### 2.

Avante is a corporation existing and duly organized under the laws of the State of Kentucky. Avante is not registered to do business in the State of Georgia.

- 1 -


AFFELDT
**EXHIBIT 62**
09/08/22

3.

As alleged more particularly herein, Avante committed tortious conduct in Georgia, has transacted business within the State of Georgia and is subject to the jurisdiction and venue of this Court under Georgia Long Arm Statute, O.C.G.A. § 9-10-91.

4.

Avante may be served at the address of its Registered Agent, CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601, or at the address of its principal place of business, 1800 Williamson Ct., Louisville, KY 40233.

5.

This Court has subject matter jurisdiction over this civil action.

6.

Venue is proper in this Court because a substantial part of the business between MHF and Avante was transacted in Cobb County and/or the tortious acts, omissions, and/or injuries occurred in Cobb County.

**BACKGROUND FACTS**

7.

In August 2020, MHF was awarded a purchase order from the State of Texas to provide medical equipment for use in combating the COVID-19 pandemic. Specifically, the purchase order, for the Texas Division of Emergency Management, required, among other items, ultrasound machines, ventilators, and hospital beds, for use in mobile intensive care units ("ICU") set up in response to the COVID-19 pandemic.

8.

Avante holds itself out as a premier supplier of both new and used critical care medical equipment, suitable for use in the ICU. Avante has customers in Georgia, regularly does business with Georgia residents, receives purchase orders from Georgia, and maintains a website reaching out to and allowing Georgia customers to make payment and/or complete orders. Avante has a business relationship with MHF's CEO Kyle Affeldt ("Mr. Affeldt") and the parties have previously transacted business with Mr. Affeldt. At all times relevant in this matter, and in previous business transactions, Plaintiff and Mr. Affeldt have been located and reside in the State of Georgia. As a result, in August 2020, Avante and MHF communicated about the ICU equipment MHF required and the ability of Avante to meet MHF's needs and objectives in providing critical care equipment to the Texas Division of Emergency Management.

9.

Specifically, on August 25, 2020, Avante sales representatives communicated with Mr. Affeldt about providing goods to MHF. During their phone conversation, Mr. Affeldt detailed to Avante the specific needs of MHF, including the customer MHF was serving (i.e., Texas Division of Emergency Management) and the location and use for the medical equipment (i.e., for critical care use in a mobile ICU setting). Avante assured MHF of its expertise in the area of providing critical care equipment and that they fully understood the needs and requirements of MHF. To that end, immediately following this phone conversation, Avante sent MHF a quote to its office in Cobb County, Georgia, for ultrasound machines and specifically acknowledged that such equipment would be MHF's "best option after considering your needs and the space constraints" imposed by the mobile ICU setting.

- 3 -

10.

Consistent with prior communications, on September 8, 2020, MHF provided Avante with written documentation detailing its current contract for medical equipment for ICU facilities with the Texas Division of Emergency Management. Specifically, Mr. Affeldt reported to Avante that MFH's "current contract is for the 4 mobile ICU Facilities. This contract is with the Texas Division of Emergency Management. They are being funded for this contract by FEMA under the COVID-19 emergency situation." At the same time, MHF requested a quote for various other critical care medical equipment advertised and offered by Avante, including thirty-six ventilators, and thirty-six patient beds. The contents of these communications, as acknowledged by Avante, made clear that MHF required medical equipment, including ventilators, suitable for <u>critical care use and fitness in an ICU setting</u>.

11.

In relevant part, MHF communications to Avante on September 8, 2020 identified with specificity that "what [MHF] [is] seeking are:

36 ea. Ventilators - https://avantehs.com/p/puritan-bennett-840-ventilator/545

36 ea. Patient beds - https://avantehs.com/p/avante-premio-e250-electric-hospital-bed/1516

12.

On September 11, 2020, Avante provided MHF with an itemized quote for the medical equipment MFH required to fulfill its contract with the Texas Division of Emergency Management, including thirty-six model "PB840" ventilators and thirty-six model "Avante Premio E250 Electric Hospital Bed[s]".

- 4 -

13.

In addition to being requested by MHF, Avante included the PB840 ventilators in the quote because of the PB840's critical care use and their fitness for such purpose.

14.

Following receipt of the itemized quote from Avante, Mr. Affeldt communicated with Avante's CEO directly about MHF's needs and products offered by Avante. The parties discussed specifically MHF's current needs in fulfilling the contract with the Texas Division of Emergency Management.

15.

Mr. Affeldt specifically mentioned to Avante's CEO and other representatives that the medical equipment MHF sought to purchase from Avante would be used for critical care patients in mobile ICU facilities, which were set up as a result of the COVID-19 pandemic. Avante's CEO and other representatives assured MHF of Avante's expertise in the area of providing critical care equipment and that Avante fully understood the needs and requirements of MHF, including that any ventilators would be used for critical care patients and thus needed to be fit for that purpose.

16.

On September 13, 2020, Avante communicated to MHF that it needed to revise it previous quote to replace the PB840 ventilators with another model of ventilators, the "Vivo 65."

17.

In response, Mr. Affeldt asked Avante the reason for the revised quote and replacing the PB840 with the Vivo 65. Specifically, Mr. Affeldt asked Avante, "[h]ow does this [Vivo 65] ventilator compare to the PB840?"

18.

Knowing that MHF required ventilators suitable for critical care use and fitness in an ICU setting, Avante represented to Mr. Affeldt that the new Vivo 65 ventilators would "sav[e] [MHF] money" and were a "better quality product." Avante induced MHF to believe that Avante's quoted products would meet MHF's needs and objectives based on the information presented and representations made by Avante.

19.

As a result, on September 24, 2020, MHF executed a purchase order prepared by Avante, supplying various medical equipment, including 36 ventilators to MHF, for a total purchase price of $682,000.00. The cost of the ventilators alone were $360,000.00. That same day, September 24, 2020, MHF issued a check to Avante in the amount of $682,000.00.

20.

In November 2020, Avante delivered 36 ventilators to MHF. Unbeknownst to MHF, the ventilators that were supplied by Avante were not suitable for critical care use. Instead, and despite specific representations to the contrary made by Avante that the ventilators would be suitable for MHF's needs and objectives, including critical care usage and fitness, Avante supplied ventilators that were neither intended nor manufactured for use in any critical care setting.

21.

Based upon numerous communications and representations made by Avante, MHF believed that they had received critical care grade ventilators from Avante as required by the parties agreement.

22.

On or about November 30, 2020, inspection of the ventilators revealed that they were not for use in a critical care setting. MHF contacted Avante to discuss Avante's failure to deliver ICU compliant ventilators. MHF reported to Avante that the ventilators were nonconforming and that MHF intended to return the same, and asked Avante for the return merchandise authorization ("RMA") related to the ventilators.

23.

As a direct and proximate result of the failure of the Avante ventilators to be suitable for use in a critical care setting, MHF has incurred substantial damages, including but not limited to the cost of the nonconforming ventilators, costs incurred in replacing the nonconforming ventilators, lost profits, and consequential damages.

24.

On or about December 7, 2020, Avante delivered 36 patient beds to MHF, but the patient beds that were supplied by Avante were not the "Avante Premio Plus E250 Electric Hospital Beds" that it had specifically ordered. Instead, MHF received a completely different "SS RetractabBed". A true and correct copy of pictures of the two types of beds is attached here as **Exhibit "A"** and incorporated herein by reference.

25.

As a direct and proximate result of the failure of Avante's failure to deliver the "Avante Premio Plus E250 Electric Hospital Beds" MHF has incurred substantial damages, including but not limited to the cost of the nonconforming hospital beds, costs incurred in replacing the hospital beds, lost profits, and consequential damages.

## COUNT ONE: BREACH OF SALES CONTRACT

### 26.

MHF reasserts and realleges the allegations contained in Paragraphs 1 through 25 of the Complaint as if more fully set forth herein.

### 27.

MHF and Avante entered into a written agreement for the sale of goods under the terms and conditions of the purchase order ("the Sale"). O.C.G.A. § 11-2-101 *et seq.*

### 28.

As part of the Sale, Avante agreed to and promised to supply critical care grade ventilators for use in ICU settings to MHF to fit its specific needs and objectives.

### 29.

As part of the Sale, Avante agreed to and promised to supply to Avante Premio Plus E250 Electric Hospital Beds MHF to fit its specific needs and objectives.

### 30.

MHF, in consideration of the particular goods to be delivered, agreed to pay Avante $682,000.00.

### 31.

Avante is and was at all times relevant to this transaction a merchant.

### 32.

Although MHF paid Avante the amount due under the purchase order, Avante failed to deliver conforming goods.

33.

Avante breached its contract with MHF by delivering goods that later proved to be defective or nonconforming.

34.

The nonconforming ventilators *and* patient beds supplied by Avante caused substantial damage to MHF.

35.

MHF has requested Avante cure the non-conforming ventilators and patient beds by issuing a refund and accepting a return of the ventilators at no cost to MHF.

36.

Avante has refused to cure delivery of the non-conforming ventilators and patient beds.

37.

MHF revoked its acceptance of the defective and non-conforming ventilators and patient beds pursuant to O.C.G.A. § 11-2-608(1).

38.

MHF's revocation has occurred within a reasonable time.

39.

As a direct result of Avante's breach of contract, MHF has suffered damages, including but not limited to the cost of the nonconforming ventilators and patient beds, costs incurred in replacing the nonconforming ventilators and patient beds , lost profits, and consequential damages.

40.

MHF is therefore entitled to recover damages under Georgia law and as allowed by O.C.G.A. §§ 11-2-711, 11-2-714, and 11-2-715, including its incidental and consequential damages, in an amount to be proven at trial.

## COUNT TWO: FRAUD

41.

MHF reasserts and realleges the allegations contained in Paragraphs 1 through 40 of the Complaint as if more fully set forth herein.

42.

Avante made material assertions to MHF to induce it into purchasing the ventilators and patient beds enter into the purchase order.

43.

Among these representations were that:

a)  Avente would supply MHF critical care grade ventilators for use in ICU settings;

b)  That the Vivo 65 ventilators were better for MHF's objectives and needs than the PB840 ventilators;

c)  That Avante would deliver Avante Premio Plus E250 Electric Hospital Beds pursuant to the order placed by MHF; and

d)  That the ventilators provided would perform to the use intended and required by MHF, specifically, for critical care patients.

44.

These representations were false and Avante knew or should have known they were false at the time they were made.

- 10 -

45.

Avante made the representations with the knowledge MHF would rely on them and to induce MHF into purchasing goods from Avante, and more specifically, to induce MHF to enter into the purchase order.

46.

MHF reasonably relied on these representations in deciding to purchase goods from Avante, and specifically, to enter into the purchase order for ventilators.

47.

MHF has been damaged as a result of Avante's fraud in an amount to be proven at trial.

## COUNT THREE: ATTORNEY'S FEES UNDER O.C.G.A. § 13-6-11

48.

MHF reasserts and realleges the allegations contained in Paragraphs 1 through 47 of the Complaint as if more fully set forth herein.

49.

MHF is entitled to an award of its reasonable attorney's fees and costs pursuant to O.C.G.A. § 13-6-11 because Avante has acted in bad faith, has been stubbornly litigious and/or has caused MHF unnecessary trouble and expense.

50.

Further evidence of Avante's bad faith includes, but is not limited to Avante's fraudulent attempt to recoup a 40% restocking fee and shipping costs even after acknowledging they had shipped the wrong hospital beds to MHF.

51.

MHF attempted to discuss resolution in good faith prior to filing suit on or about January 6, 2021 by letter from counsel. As evidence of bad faith, Defendant refused to accept a return of the nonconforming goods or issue a refund of the payment from MHF.

## **PRAYER FOR RELIEF**

WHEREFORE, MHF respectfully requests that this Court:

1.  That a judgment be entered against Avante in an amount to be determined at trial;

2.  Award MHF its actual and compensatory damages for the losses sustained as a result of Avante's conduct;

3.  Award MHF its attorney's fees, costs, and expenses of litigation pursuant to O.C.G.A. § 13-6-11 or otherwise; and

4.  Award MHF such other and further relief that the Court deems necessary and proper under the circumstances.

**The Plaintiff demands a trial by jury on all issues stated herein.**

Dated: This 2 day of August, 2021.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

/s/ Brian S. Goldberg
Brian S. Goldberg
Georgia Bar No. 128007
Travis M. Cashbaugh
Georgia Bar No. 380162

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: bgoldberg@fmglaw.com
E: tcashbaugh@fmglaw.com

**ALAN C. MANHEIM, LLC**


*/s/ Alan C. Manheim*
Alan C. Manheim
Georgia Bar No. **468875**


25 Alexander Street
Suite 3
Marietta, Georgia 30060
T: (770) 423-2222
F: (770) 428-8991
E: alan@acmlaw.net

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

MOBILE HEALTHCARE FACILITIES,
LLC,

Plaintiff,

v.

AVANTE HEALTH SOLUTIONS,

Defendant.

CIVIL ACTION NO.: _____

## VERIFICATION

Personally appeared before me, the undersigned notary public, Kyle Affeldt, who, being

duly sworn, states that the facts alleged in the foregoing Verified Complaint are true.

By: _____
Kyle Affeldt
CEO of Mobile Healthcare Facilities, LLC

Sworn to and subscribed before me
this 19th day of July 2021.

_____
Notary Public
My commission expires: 22 Aug 2021

JO ANN PEAK
Commission # GG 123356
Expires August 22, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

- 14 -

## EXHIBIT "A"

Photo representation of Hospital Beds Ordered vs. Received

### Ordered

"Avante E250 Premo Plus Electrical Hospital Bed"



### Received

"SS RetractaBed"



SS RetractaBed®

- 15 -

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21105813**
LEONARD - 53
AUG 02, 2021 03:03 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  <u>21105813</u>

$214.00 COST PAID

Mobile Healthcare Facilities, LLC
_____
**PLAINTIFF**

**VS.**

Avante Health Solutions
_____
**DEFENDANT**

## SUMMONS

TO: AVANTE HEALTH SOLUTIONS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Brian S Goldberg**
> **Freeman Mathis & Gary, LLP**
> **100 Galleria Parkway**
> **Suite 1600**
> **Atlanta, Georgia 30339**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 2nd day of August, 2021.**

Clerk of Superior Court

_____
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

21-2021-0099912-CV
✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

21105813

LEONARD - 53

AUG 02, 2021 03:03 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☑ **Superior** or ☐ **State Court of** Cobb **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** 08-02-2021 | **Case Number** 21105813 |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

Mobile Healthcare Facilities, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Avante Health Solutions

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Goldberg, Brian S       **Bar Number** 128007       **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☑ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                        **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.20

ID# 2021-0099913-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21105813**
**LEONARD - 53**
**AUG 02, 2021 03:03 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER    **21105813**

**Mobile Healthcare Facilities, LLC**
                          Plaintiff

                             Vs.

**Avante Health Solutions**
                          Defendant

### TYPE OF ACTION

- ○ Divorce without Agreement Attached
- ○ Divorce with Agreement Attached
- ○ Domestic Relations
- ○ Damages Arising out of Contract
- ☑ Damages Arising out of Tort
- ○ Condemnation
- ○ Equity
- ○ Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- ○ Zoning Appeals (denovo)
- ○ Appeal, Including denovo appeal – excluding Zoning

- ○ URESA
- ○ Name Change
- ○ Other
- ○ Recusal
- ○ Adoption

### PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ☑ NO
- ○ YES – If yes, please fill out the following:

    1. Case # _____

    2. Parties _____

    3. Assigned Judge _____

    4. Is this case still pending?    ○ Yes    ○ No

    5. Brief description of similarities:

                                                /S/   **Goldberg, Brian S**
                                                Attorney or Party Filing Suit

21-0117758-CV

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**21105813**
LEONARD - 53
SEP 08, 2021 02:52 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____ **21105813** _____

Date Filed _____

Attorney's Address **Goldberg, Brian S**
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway**
**Suite 1600**
**Atlanta, GEORGIA 30339-**

Name and Address of Party to be Served.
**AVANTE HEALTH SOLUTIONS**
c/o CT Corporation System, RA
306 W. Main Street, Suite 512
Frankfort, KY 40233

|  |  |  |  |
|---|---|---|---|
| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ |  |  |

Georgia, **COBB** COUNTY

MOBILE HEALTHCARE FACILITIES LLC; N/A, N/A;

Mobile Healthcare Facilities, LLC

Plaintiff

VS.

AVANTE HEALTH SOLUTIONS

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☑ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with CT (on)
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This _1_ day of _September_, 20 _21_

CM Ext 514
KOSO
Deputy

RECEIVED
Franklin County Sheriff

AUG 31 2021

Time: _2:30_ AM/**PM**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **MOBILE HEALTHCARE** | ) | |
| **FACILITIES LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO. 1:21-cv-04038 CAP** |
| **v.** | ) | |
| | ) | |
| **AVANTE HEALTH SOLUTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

COMES NOW, Plaintiff Mobile Healthcare Facilities, LLC ("Plaintiff") and hereby responds to Defendant Avante Health Solutions' ("Defendant") First Set of Interrogatories as follows:

## INTRODUCTION

1.    In responding to these Interrogatories, Plaintiff will comply with the Federal Rules of Civil Procedure and the Local Rules of this Court and will otherwise follow normal and ordinary rules of grammar, rather than definitions and instructions set forth by the requesting party.

2.    Please note the word usage and sentence structure of the following responses may be that of legal counsel who assisted in the preparation of these responses, and does not purport to be the precise language of the responding party. The information supplied in these responses is not based solely on the knowledge of

AFFELDT

EXHIBIT 63

exhibitsticker.com

09/08/22

the responding party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

3.     These responses, while based on diligent exploration by Plaintiff, reflect only the current state of Plaintiff's knowledge, understanding and belief with respect to the matters addressed.  These responses are neither intended as, nor shall in any way be deemed, an admission or representation that further information or documents do not exist.  Without in any way obligating themselves to do so, Plaintiff reserves the right to modify or supplement its responses with such pertinent information as it may subsequently discover.  Furthermore, these responses are given without prejudice to Plainitff's right to use or rely on at any time, including trial, subsequently discovered information or documents, or information or documents omitted from these responses as a result of, among other things, mistake, error, oversight, or inadvertence.

## **INTERROGATORIES**

**INTERROGATORY NO. 1**: Identify any and all persons with knowledge regarding the negotiations and performance of the State of Texas Contract.

**RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Plaintiff further objects on the grounds that this interrogatory cannot fully be answered until after the close of discovery, as it does not currently know each and every person who may have relevant information related to the subject-matter of this interrogatory. Subject to the foregoing objections, Plaintiff identifies the following individuals:**

- **Kyle D. Affeldt**
  **President ad CEO, Mobile Healthcare Facilities**
  **c/o Freeman Mathis & Gary, LLP**

- **Marlin C. Anderson**
  **Partner, Mobile Healthcare Facilities**
  **c/o Freeman Mathis & Gary, LLP**

- **Suzannah Jones**
  **Deputy Chief**
  **Texas Division of Emergency Management**
  **512-424-5825**

- **Darren K. Roberson, Sr., CTCD, CTCM**
  **Contract Administrator**
  **Texas Division of Emergency Management**
  **(O) 512-424-7856 | (M) 512-574-1426**

- **Cody L. Hays, CTCD, CTCM**
  **Unit Chief – Disaster Finance**
  **Texas Division of Emergency Management**
  **512-939-7611 (cell)**

- **Peter Coldwell, MD, FS, FAAFP**
  **COL, MC, TXARNG**
  **Joint State Surgeon**
  **Cell: 830-456-7943**

- **Sara M. Jensen**
  **Texas Emergency Medical Task Force Program Manager**
  **Southwest Texas Regional Advisory Council (STRAC)**
  **7500 U.S. Highway 90 West, AT&T Building, Suite 200**
  **San Antonio, TX 78227**
  **210-233-5826 – work**

**INTERROGATORY NO. 2**: Identify any and all Persons with knowledge of any requests for quotes for fulfilment of the State of Texas Contract sent to Avante or

any other potential vendors concerning any medical equipment requested from August 25, 2020 to present day.

**RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Plaintiff further objects on the grounds that this interrogatory cannot fully be answered until after the close of discovery, as it does not currently know each and every person who may have relevant information related to the subject-matter of this interrogatory. Subject to the foregoing objections, Plaintiff refers Defendant to its response to Interrogatory No. 1.**

**Responding further, pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory can be determined by examining the documents produced by Plaintiff contemporaneously herewith.**

**INTERROGATORY NO. 3**: Identify any and all Persons with knowledge of any responses to any requests for quotes for any medical equipment from August 25, 2020 through present day for fulfillment of the State of Texas Contract.

**RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Plaintiff further objects on the grounds that this interrogatory cannot fully be answered until after the close of discovery, as it does not currently know each and every person who may have relevant information related to the subject-matter of this interrogatory. Subject to the foregoing objections, Plaintiff refers Defendant to its response to Interrogatory No. 1.**

**Responding further, pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory can be determined by examining the documents produced by Plaintiff contemporaneously herewith.**

**INTERROGATORY NO. 4**: Identify and describe in detail all Documents and Communications related to the State of Texas Contract as it relates to any medical equipment and fulfilment of such.

**RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to the foregoing objection, Plaintiff states that,**

pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory can be determined by examining the documents produced by Plaintiff contemporaneously herewith.

**INTERROGATORY NO. 5**: Identify any party with whom You entered into a contract to purchase any medical equipment from August 25, 2020 to present day.

**RESPONSE**: Plaintiff objects to this Interrogatory as overly broad and unduly burdensome as it is not limited to the claims or defenses asserted by the parties.  Plaintiff objects to identifying confidential client and business information without the entry of a mutually agreeable protective order. Subject to the foregoing objections, Plaintiff states that it purchased medical equipment related to the State of Texas as follows:

1) **Avante Medical**
2) **CEVI Medical** – Replacement beds for the Avante Beds (Stryker FL28C Electric Hospital Bed -Refurbished) (36)
3) **GE Medical** – Ultrasound Machines (4)
4) **Proximus Medical** – Digital X-Ray Machines (4)
5) **Vitality Medical** – Medical Carts (4)

**INTERROGATORY NO. 6:** Identify and describe in detail all Documents and Communications concerning the Medical Equipment provided by Avante.

**RESPONSE:** Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to the foregoing objection, Plaintiff states that, pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory can be determined by examining the documents produced by Plaintiff contemporaneously herewith.

**INTERROGATORY NO. 7**: Identify and describe in detail the factual basis for the allegation in paragraph 21 of your Complaint that Mobile "believed that they had received critical care grade ventilators from Avante."

**RESPONSE:** Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to the foregoing objection, Plaintiff states that during a phone conversation with Avante, Kyle Affeldt, Plaintiff's CEO,

detailed to Avante the specific needs of Plaintiff for certain medical equipment, including the customer Plaintiff was serving (i.e., Texas Division of Emergency Management) and the location and use for the medical equipment (i.e., for critical care use in a mobile ICU setting). Avante assured Mr. Affeldt that they fully understood the needs and requirements of Plaintiff in fulfilling this order for use in a mobile ICU setting. Plaintiff also provided Avante with written documentation detailing its current contract for medical equipment for ICU facilities with the Texas Division of Emergency Management. Additionally, Mr. Affeldt communicated with Avante's CEO directly about Plaintiff's needs, products offered by Avante, and discussed specifically Plaintiff's current needs in fulfilling the contract with the Texas Division of Emergency Management. The contents of these communications, and others, as acknowledged by Avante, made clear that Plaintiff required medical equipment, including ventilators, suitable for critical care use and fitness in an ICU setting.

**INTERROGATORY NO. 8:** Identify and describe in detail any Documents or Communications in which you contend you rejected any of the products you received by Avante.

**RESPONSE: Plaintiff objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Subject to the foregoing objection, Plaintiff states that, pursuant to Fed. R. Civ. P. 33(d), the answer to this interrogatory can be determined by examining the documents produced by Plaintiff contemporaneously herewith.**

**INTERROGATORY NO. 8 (SIC)**: Identify and describe in detail the current location of the Medical Equipment and its use from delivery to present.

**RESPONSE: Beds – (36 Total) – 27 each immediately returned to Avante. These beds were never used. The remaining 9 beds are each located at STRAC Hanger: 310 Old Street, San Antonio, TX 78226. These 9 beds are still in original wrap and have never been used.**

**Ventilators (36 Total) – Each is still in original packaging and located at BrewCo Marketing Group Warehouse, 106 Brewer Drive, Central City, KY 42330. These 36 ventilators have never been used.**

Submitted this 7th day of January, 2022.

/s/ Brian S. Goldberg
_____
Brian S. Goldberg
Georgia Bar No. 128007
*Attorney for Plaintiff*

FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (678) 996-9140
F: (678) 236-9154
Brian.Goldberg@FMGLaw.com

/s/ Alan C. Manheim
_____
Alan C. Manheim
Georgia Bar No: 468875
*Attorney for Plaintiff*

25 Alexander Street
Suite 3
Marietta, GA  30060
T: (770) 423 2222
F: (770) 428 8991
alan@acmlaw.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day submitted the foregoing PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES via email and U.S. Mail, first-class, postage prepaid, to counsel of record as follows:

Sarah Hannah Phillips, Esq.  
Dentons US LLP  
303 Peachtree Street NE Suite 5300  
Atlanta, GA 30305  
sarahhannah.phillips@dentons.com

Jason R. Scheiderer, Esq.  
Dentons US LLP  
4250 Main Street, Suite 1100  
Kansas City, MO 64111  
Jason.scheiderer@dentons.com

This 7th day of January, 2022.

/s/ Brian S. Goldberg  
Brian S. Goldberg  
Georgia Bar No. 128007  
*Attorney for Plaintiff*

FREEMAN MATHIS & GARY LLP  
100 Galleria Parkway, Suite 1600  
Atlanta, GA 30339-5948  
T: (678) 996-9140  
F: (678) 236-9154  
Brian.Goldberg@FMGLaw.com

/s/ Alan C. Manheim  
Alan C. Manheim  
Georgia Bar No: 468875  
*Attorney for Plaintiff*

25 Alexander Street, Suite 3  
Marietta, GA  30060  
T: (770) 423 2222  
F: (770) 428 8991  
alan@acmlaw.net

**From:** Misty Hampton
**Sent:** Tue, 25 Aug 2020 15:58:42 +00:00
**To:** kyle@mhcfac.com
**Subject:** Ultrasound Quote
**Attachments:** Samsung HS40_TechSpec.pdf, HS40.pdf

Hi Kyle,

It was a pleasure speaking with you today! Thank you for considering Avante Health Solutions with regards to your need for ultrasound systems. I appreciate the time you spent with Monica and I to help us better understand your needs.

We truly believe the Samsung HS40 is going to be the best option, after considering your needs and space constraints. Attached is a brochure with additional specifications.

We are able to offer a 49% discount for the purchase of 10 systems! Included with each system is a two year warranty and one-day applications training. This information is available in your attached quotation.

Should you have any questions or if I can help with anything else, just let me know.

Thanks again and looking forward to hearing from you soon!

Misty

Misty Hampton
Sales Representative
Capital Equipment
T: **877-321-8201**
**AvanteHS.com**



One Source To Maximize Equipment Performance
Medical ⬜ Monitoring ⬜ Imaging ⬜ Ultrasound ⬜ Oncology
**Learn about our ISO quality standards**

CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying , distribution and use are prohibited; please notify us immediately and delete this copy from your system.



AFFELDT

EXHIBIT 64

09/08/22

MHF000447



**Texas Division of Emergency Management (TDEM)**
THIS PURCHASE IS IN RESPONSE FOR AN EMERGENCY REQUIREMENT AND IS AUTHORIZED UNDER
THE PROVISION OF TEXAS GOVERNMENT CODE, SECTION 418.014
DISASTER DECLARATION ISSUED BY GOVERNOR ABBOTT

| Include PO No. on Invoice(s) | | | | | |
|---|---|---|---|---|---|
| **Purchase Order No.** | 20-0003-585 | | | **DATE:** | 8/27/20 |
| **EMERGENCY PURCHASE** | | | **INCIDENT** | 20-0003 nCoV 2020 | |

| CONTRACTOR: | | CONTRACTOR CONTACT INFORMATION: | |
|---|---|---|---|
| VID#: | | Name: | Kyle D. Affeldt |
| **Mobile Healthcare Facilities, LLC** | | Phone: | 678-232-4316 |
| **5601 Maxon Marsh Dr.** | | Email: | kyle@mhcfac.com |
| **Powder Springs, GA 30271-7880** | | | |

| DESTINATION ADDRESS(ES) | DESTINATION Point(s) of Contact: |
|---|---|
| | |
| | |
| | |
| | |

| Expected Delivery Date: | | | | |
|---|---|---|---|---|
| | **Quantity** | **Description** | **Unit Price** | **Estimated Total** |
| 1. | 4 | **Mobile ICU w/ Truck Tractor** | $2,823,6335.00 | $11,294,540.00 |
| 2. | 4 | **Shipping** | $7,500.00 | $30,000.00 |
| 3. | 4 | **Support for Initial Start Up in Texas** | $8,000.00 | $32,000.00 |
| | | | **Estimated Total** | $11,356,540.00 |

| **Signature** | *Darren K. Roberson, Sr., CTCD, CTCM* | **Phone No.** | 512-574-1426 |
|---|---|---|---|
| **Printed Name** | Darren K. Roberson, Sr., CTCD, CTCM | **Title** | **Contract Administrator** |

**DECEPTIVE TRADE PRACTICES UNLAWFUL:** Pursuant to Section 17.46(b)(27) of the Texas Government Code, it is unlawful to take advantage of a disaster declared by the governor under Chapter 418 of the Texas Government Code by selling or leasing at, or making a demand for, an exorbitant or excessive price for fuel, food, medicine or another necessity.

**TAX EXEMPTION CERTIFICATE:** Under Texas Tax Code, Section 151.309(4), purchases made for the exclusive use of the State of Texas are exempt from the State and City Sales tax and Federal Excise tax.

**RIGHT TO AUDIT:** Pursuant to Section 2262.154 of the Texas Government Code, the State Auditor's Office, or successor agency, may conduct an audit or investigation of a contractor or any other entity or person receiving funds from the state directly under this Purchase Order or indirectly through a subcontract under this Purchase Order. The acceptance of funds hereunder acts as acceptance of the authority of the State Auditor's Office to conduct an audit or investigation in connection with those funds. Contractor must provide the State Auditor's Office with access to any information the State Auditor's Office considers relevant to the investigation or audit.

Purchaser may cancel any order in whole or in part, without liability if, (i) Products have not been shipped as of date of receipt of notice of cancellation, (ii) Product deliveries are not made at the time and in the quantities specified; (iii) Products infringe or are alleged to infringe any patent, trademark, copyright or trade secret right or (iv) Products fail to comply with any applicable law or regulation. To cancel, Purchaser shall give notice to the Vendor in writing, and to the extent specified therein, Vendor shall immediately terminate deliveries under the order.

**GOVERNING LAW AND VENUE:** This Purchase Order shall be governed by and construed in accordance with the laws of the State of Texas, without regard to the conflicts of law provisions. The venue of any suit arising under this Purchase Order is fixed in any court of competent jurisdiction of Travis County, Texas.

EMERG MGMT

AFFELDT
**EXHIBIT 65**
09/08/22

MHF000715

Contractor further agrees that it will comply with the above referenced documents which are hereby made a part of this Purchase Order. The Texas Division of Emergency Management (TDEM) is not bound by any oral statement or representation contrary to the written specifications of this Purchase Order. No substitutions are permitted without prior written approval of TDEM.

**DISPUTE RESOLUTION:** The dispute resolution process provided for in Chapter 2260, Texas Government Code shall be used by TDEM and the Contractor to attempt to resolve any claim for breach of contract made by the Contractor.

**ASSIGNMENT:** Contractor shall not assign its rights under the Purchase Order or delegate the performance of its duties under the Purchase Order without prior written approval from TDEM. Any attempted assignment in violation of this provision is void and without effect.

**NEGLIGENCE, ACTS AND OMISSIONS:** The Contractor shall defend, indemnify, and hold harmless the State of Texas, TDEM and all of its officers, agents and employees, representatives, contractors, assignees, and/or designees from and against all claims, actions, suits, demands, proceedings, costs, damages, and liabilities, arising out of, connected with, or resulting from any acts or omissions, negligence, or willful misconduct of the Contractor or any agent, employee, subcontractor, order fulfiller, or supplier of Contractor in the execution or performance of this Purchase Order.

**ACCURACY. COMPLETENESS AND NO FALSE STATEMENT:** Contractor represents and warrants that all statements and information prepared and submitted in relating to this Purchase Order are current, complete, true and accurate. Providing a false statement or material misrepresentations made during the performance required by this Purchase Order is a material breach of contract.

**NO FEDERAL ACTION RESULTING FROM A POST 2005 DISASTER:** Under Sections 2155.006 and 2261.053 of the Texas Government Code, Contractor certifies that the individual or business entity named in this response or Purchase Order is not ineligible to receive the specified contract and acknowledges that this Purchase Order may be terminated and payment withheld if this certification is inaccurate.

**WAIVER OF CONSEQUENTIAL DAMAGES:** NOTWITHSTANDING ANY OTHER PROVISION TO THE CONTRARY HEREIN, NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OR LOSS OF PROFITS, ANTICIPATED OR OTHERWISE, OR LOSS OF REVENUES IN CONNECTION WITH OR ARISING OUT OF, OR IN CONNECTION WITH, THE SUBJECT MATTER OF THIS PURCHASE ORDER.

| **INVOICE INSTRUCTIONS:** |
|---|
| **Include the Purchase Order number on invoices** <br> Contractor **must** attach original documentation validating the charges to each invoice to ensure timely payment. Invoices will not be processed for payment until all supporting documentation is received and validated. <br><br> The documentation attached to the invoice must directly correlate to the good or service for which the Contractor is requesting payment. <br><br> Examples of documentation, dependent upon the good or service provided, may include but is not limited to the following: <br> 1. Delivery tickets signed by the receiving jurisdiction (the tasking message tracking number from the Purchase Order must be noted on the delivery ticket) <br> 2. Personnel time reports, showing hours worked, including supervisor's signature <br> 3. Pick-up tickets signed by the sending/receiving jurisdiction <br> 4. Service tickets signed by the receiving jurisdiction <br> 5. Equipment hours or mileage logs <br> 6. Subcontractor invoices and related documentation <br> 7. Signed Bills of Lading <br> **Questions/Concerns Contact: Cody Hays at 512-939-7611** <br><br> ***PAYMENT TERMS ARE NETS 30 DAYS**** |
| **INVOICE ADDRESS** |
| **Texas Division of Emergency Management** |
| **1033 La Posada Dr., Suite 150** <br> **Austin, Texas 78752** |
| **fsc@soc.texas.gov** |

MHF000716

**From:**          kyle@mhcfac.com
**Sent:**          Mon, 14 Sep 2020 15:18:28 +00:00
**To:**             Misty Hampton
**Subject:**     Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Excellent!
Thanks
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton
**Date:** Monday, September 14, 2020 at 9:49 AM
**To:** Kyle Affeldt
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Your question was, "**Is the reason current inventory? How does this ventilator compare to the PB840?**"
Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product.

**From:** Kyle Affeldt
**Sent:** Monday, September 14, 2020 10:29 AM
**To:** Misty Hampton
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Morning Misty,
Answers to your questions are below in **BLUE**
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Sunday, September 13, 2020 at 7:32 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Kyle,



AFFELDT

EXHIBIT 66

09/08/22

Will all items ship to the same location? This is not explicitly indicated on the PO. A lift gate is required if you do not have a shipping dock.

What shipping method is preferred? **Ground**

  * Dock to dock delivery **YES**
  * Lift gate with curbside delivery
  * Lift gate and inside delivery
  * Lift gate with white glove delivery

Misty

---

**From:** Misty Hampton
**Sent:** Sunday, September 13, 2020 7:53 PM
**To:** Kyle Affeldt kyle@mhcfac.com
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Kyle,

I was finally able to source the portable x-ray machines. We can offer refurbished and new options. Attached are brochures for each system.

The price for four refurbished GE AMX4+ is $277,500.00. **We found another Vendor for the Portable X-ray Machines. Their average price is $46,000 each.**

The price for four new Agfa DX-D 100+ is $534,250.00.

Wish model would you like me to include on this quote? **I do not need a quote for these units since I already have another supplier for this capability.**

Also, after speaking with our production director, we need to revise your quote to replace the PB840 vent with the Vivo 65 shown here: https://www.breas.com/products/vivo/vivo-65-usa/ **Is the reason current inventory? How does this ventilator compare to the PB840?**

I hope to have answers to your questions regarding payment terms and shipping estimate soon. **OK**

Thank you,
Misty

---

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Friday, September 11, 2020 4:55 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good Afternoon Misty,

The other thing that I saw on the quote was not pricing for shipping. The location where this will be shipped to is: Texas Division of Emergency Management at Camp Mabry, Austin, Texas. The exact address on this military base is still to be determined.

Very Respectfully,
Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Date:** Friday, September 11, 2020 at 9:58 AM

MHF000532

**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Misty,

Here is a copy of our Purchase Order with the State of Texas so you know this deal is real and something that you can show your management team so they too know this is a real deal.

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Darren Roberson <Darren.Roberson@tdem.texas.gov>
**Date:** Thursday, August 27, 2020 at 5:16 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>, Kyle Affeldt <kyle@mhcfac.com>
**Cc:** Darren Roberson <Darren.Roberson@tdem.texas.gov>, Quenya Evans <Quenya.Evans@tdem.texas.gov>, Cody Hays <Cody.Hays@tdem.texas.gov>, Robin Sheard <Robin.Sheard@tdem.texas.gov>
**Subject:** 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good afternoon Kyle,

The following purchase order **20-0003-585** is issued to your company with the corresponding quote provided for Mobile ICU w/ Truck Tractors

Please feel free to contact me with any questions upon reviewing the purchase order details.

Thank you for supporting Texas through this time!

**Thanks,**
**Darren K. Roberson, Sr., CTCD, CTCM**
**Contract Administrator**
**Texas Division of Emergency Management**
**(O) 512-424-7856 | (M) 512-574-1426**
tdem.texas.gov | www.tamus.edu



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:**              kyle@mhcfac.com
**Sent:**              Sat, 14 Nov 2020 17:35:45 +00:00
**To:**                Sara Jensen
**Subject:**           Spreadsheets
**Attachments:**       Equipment List for Texas Division of Emergency Management.xlsx, Texas
Department of Emergency Management Quote Complete 1.xlsx, TDEM Equipment List2.xlsx


Sara,
Here are the Spreadsheets for the Quotes and Equipment Lists
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316



AFFELDT

EXHIBIT 67

09/08/22



# Texas Division of Emergency Management (TDEM) Purchase Quote

| To: | | Date: | August 23, 2020 |
|---|---|---|---|
| Suzannah Jones | | | |
| Deputy Chief | | Quote: | MHCFAC 08-23-2020-001 |
| Recovery and Mitigation | | | |
| Texas Divison of Emergency Management | | Contact: | Kyle Affeldt |
| PO BOX. 15467 | | | 1-678-232-4316 |
| Austin, TX. 78761 | | | kyle@mhcfac.com |
| 512-424-5825.    Suzannah.Jones@tdem.texas.gov | | | |

Quote expiration 45 days

## Terms:
Initial Down Payment = 70% (due at Contract Signing). 30% Prior to shipping

Delivery and Installation = Texas

| No. | Manufacture | Model | Description | Origin | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1.00 | MHCFAC/ Brewco/ Featherlite | 53' Refurbished Double Expandable ICU Facility | SEE DETAILS ON ICU QUOTE ATTACHED (Qutoe MHCFAC 08-23-01A) | USA | 1 | $1,135,250.00 | **$1,135,250.00** |
| | | | | | | | |
| **Optional Service Contract for ICU (5 Years). SEE DETAILS ON ICU QUOTE ATTACHED (Qutoe MHCFAC 08-23-01A)** | | | | | | | $398,912.50 |
| | | | | | | | |
| **Optional Weekly Service Contract for ICU (5 Years). SEE DETAILS ON ICU QUOTE ATTACHED (Qutoe MHCFAC 08-23-01A)** | | | | | | | $362,500.00 |
| | | | | | | | |
| **Optional Medical Equipment (including X-Ray and Tow Vehicle Equipment) for ICU SEE DETAILS ON ICU QUOTE ATTACHED (Qutoe MHCFAC 08-23-01B)** | | | | | | | $509,285.50 |
| QUOTE ATTACHED (Qutoe MHCFAC 08-23-01C)= | | | | | | | **$227,937** |
| | | | | | | | |
| **Total Contract Purchase Price for 1 ea. Mobile ICU Facility (With All Options and 5 Year Service Contract and 5 Year Weekly Service Contract) =** | | | | | | | **$2,633,885** |



# Texas Division of Emergency Management (TDEM) Purchase Quote

| To: | | Date: | August 23, 2020 |
| Suzannah Jones | | | |
| Deputy Chief | | Quote: | MHCFAC 08-23-2020-01A |
| Recovery and Mitigation | | | |
| Texas Divison of Emergency Management | | Contact: | Kyle Affeldt |
| PO BOX, 15467 | | | 1-678-232-4316 |
| Austin, TX, 78761 | | | kyle@mhcfac.com |
| 512-424-5825.    Suzannah.Jones@tdem.texas.gov | | | |

Quote expiration 45 days

## Terms:

Initial Down Payment = 70% (due at Contract Signing). 30% Prior to shipping

Delivery and Installation = Texas

| No. | Manufacture | Model | Description | Origin | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| **1.00** | MHCFAC/ Brewco/ Featherlite | 53' Refurbished Double Expandable ICU Facility | Modify and Integrate Mobile ICU | USA | 1 | $1,139,750.00 | **$1,139,750.00** |
| 1.01 | MHCFAC/ Brewco/ Featherlite | Double Expandable ICU | Double Expandable Transporter Shell | USA | 1 | Included | Included |
| 1.02 | MHCFAC/ Brewco/ Featherlite | Handicap Lift | Integrate Rear 2500 lb Gurney Lift | USA | 1 | Included | Included |
| 1.03 | MHCFAC/ Brewco/ Featherlite | 40KW Generator | Purchase and Integrate 40 KW Generator | USA | 1 | Included | Included |
| 1.04 | MHCFAC/ Brewco | Negative Pressure HVAC System with Iwave System | Purchase and Integrate Specialized HVAC System into Negative Pressure System | USA | 1 | Included | Included |
| 1.05 | MHCFAC/ Brewco | Patients Curtains | Purchase and Integrate Patient Curtains to Separate Patient Stations | USA | 9 | Included | Included |
| 1.06 | MHCFAC | Nurses Station | Purhcase and Integrate Nurses Station Desk and Chair | USA | 1 | Included | Included |
| 1.07 | MHCFAC/ Brewco | Hand Wash Sink | Purchase and Install Hand Wash Sinks | USA | 1 | included | Included |
| 1.08 | MHCFAC/ Brewco | Doctors Swing Out Wall Stool | Purchase and Swing Out Wall Stool with Adjustable Heights | USA | 9 | included | Included |
| 1.09 | MHCFAC/ Brewco | ADA Lavatory | ADA Compliant Lavatory with toilet, sink, counter, and hand rails. | USA | 1 | Included | Included |
| 1.10 | MHCFAC/ Brewco | ADA Lavatory | ADA Compliant Lavatory with toilet, sink, counter, and hand rails. | USA | 1 | Included | Included |
| 1.11 | MHCFAC/ Brewco/ Medical Gas Installation Company | Patient Stations | Plumbed Medical Gas System with Outlets for Oxygen at each patient station | USA | 9 | Included | Included |
| 1.12 | MHCFAC/ Brewco/ Medical Gas Installation Company | Patient Stations | Plumbed Medical Gas System with Outlets for Vacuum at each patient station | USA | 9 | Included | Included |

| 1.13 | MHCFAC/ Brewco/ Medical Gas Installation Company | Patient Stations | Plumbed Medical Gas System with Outlets for Medical Air at each patient station | USA | 9 | Included | Included |
|------|---|---|---|---|---|---|---|
| | | | | | | | |
| **Shipping to Texas** | | Shipping to Texas | | $7,500.00 | | | **$7,500.00** |
| | | | | | | | |
| **Start Up Support** | | Support for Initial Start-Up in Texas | | $8,000.00 | | | **$8,000.00** |
| | | | | | | | |
| **Warranty** | | 2 Yr Warranty on ICU | | | | Included | |
| | | 3 Yr/36,000 mile Warranty on Truck Tractors | | | | Included | |
| **Optional Service Contract (5 Years)** | | | | | | | $398,912.50 |
| **Service Contract** | | Service Contract is 7% per year (of the purchase price) for the ICU and covers the service of the ICU Only.  YEAR 1 | | 7.00% | $79,782.50 | | $79,782.50 |
| | | Service Contract is 7% per year (of the purchase price) for the ICU and covers the service of the ICU Only.  YEAR 2 | | 7.00% | $79,782.50 | | $79,782.50 |
| | | Service Contract is 7% per year (of the purchase price) for the ICU and covers the service of the ICU Only.  YEAR 3 | | 7.00% | $79,782.50 | | $79,782.50 |
| | | Service Contract is 7% per year (of the purchase price) for the ICU and covers the service of the ICU Only.   YEAR 4 | | 7.00% | $79,782.50 | | $79,782.50 |
| | | Service Contract is 7% per year (of the purchase price) for the ICU and covers the service of the ICU Only.  YEAR 5 | | 7.00% | $79,782.50 | | $79,782.50 |
| **Optional Weekly Operational Service Option  (5 Years)** | | | | | | | $362,500.00 |
| **Weekly Operational Service** | | Weekly Operational Service Contract is $12,700 per week (move) per ICU for 5 weeks minimum. YEAR 1 | | 5.00 | $14,500.00 | | $72,500.00 |
| | | Weekly Operational Service Contract is $12,700 per week (move) per ICU for 5 weeks minimum. YEAR 2 | | 5.00 | $14,500.00 | | $72,500.00 |
| | | Weekly Operational Service Contract is $12,700 per week (move) per ICU for 5 weeks minimum. YEAR 3 | | 5.00 | $14,500.00 | | $72,500.00 |
| | | Weekly Operational Service Contract is $12,700 per week (move) per ICU for 5 weeks minimum. YEAR 4 | | 5.00 | $14,500.00 | | $72,500.00 |
| | | Weekly Operational Service Contract is $12,700 per week (move) per ICU for 5 weeks minimum. YEAR 5 | | 5.00 | $14,500.00 | | $72,500.00 |
| Estimated Delivery | 3 to 4 Weeks  (After receipt of order and deposit). | | | | | | |
| | | | | | Service Contract = | | **$1,155,250** |
| Total Contract Purchase Price for 1 ea. Mobile ICU Facility (With 5 Year Service Contract for both Maintenance service and Operational service) = | | | | | | | **$1,916,663** |



# Texas Division of Emergency Management (TDEM) Optional Medical Equipment Purchase Quote

| To: | | Date: | August 23, 2020 |
|---|---|---|---|
| Suzannah Jones | | | |
| Deputy Chief | | Quote: | MHCFAC 08-23-2020-01B |
| Recovery and Mitigation | | | |
| Texas Divison of Emergency Management | | Contact: | Kyle Affeldt |
| PO BOX. 15467 | | | 1-678-232-4316 |
| Austin, TX. 78761 | | | kyle@mhcfac.com |
| 512-424-5825.   Suzannah.Jones@tdem.texas.gov | | | |

Quote expiration 45 days

## Terms:

Initial Down Payment = 70% (due at Contract Signing). 30% Prior to shipping

Delivery and Installation =  Camp Mabry TX

| No. | Manufacture | Model | Description | Origin | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| **Optional Medical Equipment for ICU** | | | | | | | **$465,285.50** |
| **1.00** | Styker II | Refurbished Electrical Hospital Beds | Purchase and Integrate Electrical Hospital Bed | USA | 9 | $4,500.00 | $40,500.00 |
| 1.01 | TBD | Ventillators | Purchase and Integrate Ventillators | USA | 9 | $16,000.00 | $144,000.00 |
| 1.02 | TBD | Resuscitator Bag | Purchase and Integrate Resusitator Bags | USA | 45 | $29.50 | $1,327.50 |
| 1.03 | TBD | Oxygen Masks | Purchase and Integrate Oxygen Masks | USA | 45 | $150.00 | $6,750.00 |
| 1.04 | TBD | Naal Prongs | Purchase and Integrate Nasal Prongs | USA | 45 | $145.00 | $6,525.00 |
| 1.05 | TBD | Nasagstic Tubes | Purchase and Integrate Nasagstric Tubes | USA | 45 | $250.00 | $11,250.00 |
| 1.06 | TBD | Endotracheal Tubes | Purchase and Integrate Endotracheal Tubes | USA | 45 | $50.00 | $2,250.00 |
| 1.07 | Cole-Palmer | Syringe Pump | Purchase and Integrate Syringe Pump | USA | 18 | $500.00 | $9,000.00 |
| 1.08 | Q Corp Medical | Multi Therapy Infusion Pump | Purchase and Integrate Infusion Pump | USA | 18 | $3,200.00 | $57,600.00 |
| 1.09 | TBD | Indwelling Urinary Catheter (IDC) | Purchase and Integrate Indwelling Urinary Catheter (IDC) | USA | 45 | $200.00 | $9,000.00 |
| 1.10 | Kendel | Sequential Compression Devices | Purchase and Integrate Sequential Compression Devices | USA | 9 | $5,000.00 | $45,000.00 |
| 1.11 | Welch Allen | 767 Integrated | Wall Diagnostic Station including Wall Transformer with Pan Optic Ophthalmoscope, MacroView Otoscope, Otoscope Specula Dispenser, Aneroid Sphygmomanometer & Sure Temp Plus Electronic Thermometers | USA | 9 | $1,859.00 | $16,731.00 |
| 1.12 | GE | BTO 18 | Purchase and Install GE Ultrasound Machine with 4 Probes | USA | 1 | $52,500.00 | $52,500.00 |
| 1.13 | TBD | IV Stand | Purchase and Install IV Stand | USA | 9 | $180.00 | $1,620.00 |
| 1.14 | TBD | Crash Cart | Crash Cart | USA | 1 | $4,537.00 | $4,537.00 |
| 1.15 | TBD | Floor/Multi-Use Plastic Film 200' X 36" with Adhesive Coated Backing | 10 Deployments Worth of Disposable Plastic Flooring Film | USA | 20 | $160.00 | $3,200.00 |
| 1.16 | TBD | Blanket Warmer | Blanket Warmer | USA | 1 | $9,845.00 | $9,845.00 |
| 1.17 | Philips/Siemens | Patient Monitors | Patient Monitors | USA | 9 | $4,200.00 | $37,800.00 |
| 1.18 | TBD | Patient Monitors Extension Arms | Patient Monitor Extension Arms | USA | 9 | $650.00 | $5,850.00 |
| **Optional Tow Vehicle (Truck Tractor)** | | | | | | | **$172,500.00** |
| **2.00** | Freightliner or Peterbuilt | Day Truck Tractor | Day Truck Tractor | USA | 1 | $172,500.00 | $172,500.00 |
| **Optional X-Ray Equipment** | | | | | | | **$44,000.00** |
| **3.00** | Phillips | Portable X-Ray Machine | Purchase and Integrate Portable X-Ray Machine for ICU/Triage Area | USA | 1 | $44,000.00 | $44,000.00 |
| Warranty | | | Warranty on Medical Equipment as per manufacturers warranty | | | Included | |

| | | | | |
|---|---|---|---|---|
| 3 Yr/36,000 mile Warranty on Truck Tractors | | | Included | |
| Estimated Delivery | 3 to 4 Weeks  (After receipt of order and deposit). | | | |
| | | | | |
| Total Contract Purchase Price for All optional Medical Equipment (including X-Ray Equipment) = | | | | **$509,286** |
| | | | | |
| | | Equipment) = | | **$681,786** |
| | | | | |



# Texas Division of Emergency Management
# Optional Triage Canopy and Medical Equipment Purchase Quote

| To: | | Date: | August 23, 2020 |
|---|---|---|---|
| Suzannah Jones | | | |
| Deputy Chief | | Quote: | MHCFAC 08-23-2020-01C |
| Recovery and Mitigation | | | |
| Texas Divison of Emergency Management | | Contact: | Kyle Affeldt |
| PO BOX. 15467 | | | 1-678-232-4316 |
| Austin, TX. 78761 | | | kyle@mhcfac.com |
| 512-424-5825.    Suzannah.Jones@tdem.texas.gov | | | |

Quote expiration 45 days

## Terms:

Initial Down Payment = 70% (due at Contract Signing). 30% Prior to shipping

Delivery and Installation =  Camp Mabry, Texas

| No. | Manufacture | Model | Description | Origin | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| **Optional Triage Canopies** | | | | | | | $175,000.00 |
| 4.00 | MHCFAC/ Brewco/ Medical Gas Installation Company | Soft Walled Shelter Canopy for Right Side | Purchase and Integrate Right Side Canopy for Triage Area | USA | 1 | $50,000.00 | $50,000.00 |
| 4.01 | MHCFAC/ Brewco/ Medical Gas Tent Manufacture Company | Soft Walled Shelter Canopy for Right Side | Purchase and Integrate Right Side Canopy for Triage Area | USA | 1 | $50,000.00 | $50,000.00 |
| 4.02 | Wisperkool 20 Ton HVAC | Soft Walled Shelter HVAC | Soft Walled Shelter HVAC | USA | 1 | $75,000.00 | $75,000.00 |
| **Optional Triage Canopy Medical Equipment** | | | | | | | $52,937.00 |
| 5.00 | TBD | Hospital Cots | Purchase and Integrate Hospital Cots for Triage Area | USA | 25 | $600.00 | $15,000.00 |
| 5.01 | TBD | Lighting System for Canopies | Purchase and Integrate LED Lighting System | USA | 4 | $3,000.00 | $12,000.00 |
| 5.02 | TBD | Power Outlets for Canopies | Purchase and Integrate Power Outlets | USA | 8 | $2,000.00 | $16,000.00 |
| 5.03 | Nurses Station | Nurses Station | Purhcase Portable  Nurses Station Desk | USA | 1 | $2,400.00 | $2,400.00 |
| 5.04 | MHCFAC | Hand Wash Sink | Purchase Portable Hand Wash Sinks | USA | 3 | $1,000.00 | $3,000.00 |
| 5.05 | TBD | Crash Cart | Crash Cart | USA | 1 | $4,537.00 | $4,537.00 |
| **Warranty** | | As per Medical Equipment Manufacturers Warranty | | | | Included | |
| | | 2 years on the Softwall Canopy | | | | Included | |
| **Estimated Delivery** | | 3 to 4 Weeks  (After receipt of order and deposit). | | | | | |
| **Total Contract Purchase Price for 1 ea. Mobile Canopy Triage System for ICU Facility =** | | | | | | | **$227,937** |

| Equipment | Manufacturer | Make | Website of the Product | Number | Deliver To BrineCo | Deliver Directly to Texas | To Keep and | NOTES |
|---|---|---|---|---|---|---|---|---|
| Mobile Facility | Brewco | Featherlite ICU | Shane Kennedy | 4 | X | | | Shane Manufacturing |
| Medical Gases | Brewco | Featherlite ICU | Shane Kennedy | 8 | X | | | Shane Ordering |
| Canopy | Brewco | Brewco 36Ft | Shane Kennedy | 8 | X | | | Shane Ordering |
| Bridges | Brewco | Brewco Bridge | Shane Kennedy | 3 | X | | | Shane Ordering |
| Swing Out Stool | Southwest Solutions | Swing Out Stool | PDF Document | 36 | X | | | Needs to be installed and mounted to the walls at each patient station for the Doctor to sit on it. Shipment to arrive late October. Steel information on PDF sent on email to Shane. |
| ICU Nurses Station Desk | Modern Office | Modern Reception Desk | https://www.modernoffice.com/modern-tables-front-reception-desks | 4 | X | | | To be assembled once delivered to Texas during the Set Up. |
| ICU Nurses Station Chairs | Smug Desk | Tall Office Chair | https://smugdesk.net/products/draft-chair-ergonomic-tall-office-chair-with-flip-up-arms-mesh-mid-back-height-adjustable-stool-for-standing-desk-black?variant=31784136708154_mdm=cpc&utm_source=google&utm_campaign=Google%20Shopping | 4 | X | | | To be assembled once delivered to Texas during the Set Up. |
| Peterbilt Tractor | Peterbilt of Atlanta | Day Cab | Spec Sheets in PDF | 6 | X | | | Trucks Purchased and ready to be delivered to BrewCo. Spec Sheets sent to shane via PDF. Shane to tell us when we can have them shipped to his location. |
| Electrical Hospital Beds | Drive Health Solutions | PREMO 5200 | https://zweliehs.com/pcalcenter-premio-a250-electric-hospital-bed/1114 | 36 | | X | | You likely will not need to drop and rough ship. To be shipped directly to Texas during Set Up. |
| Ventilators | Drive Health Solutions | BREAS VIVO 65 RESPIRATORY VENTILATOR | https://www.breas.com/products/vivo/vivo-65-usa/ | 36 | X | | | Ship to BrewCo a week prior to Shipping to Texas |
| Resuscitator Bag | AED Superstore | | https://www.aedsuperstore.com/ambu-spur-ii-adult-resuscitator-with-adult-mask-and-oxygen-reservoir.html | 180 | X | | | Small boxes of Disposable One Use Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas. |
| Oxygen Masks | Health Products for You | | https://www.healthproductsforyou.com/p-hudson-rci-medium-concentration-mask-with-mask.html | 4 Cases | X | | | Small boxes of Disposable One Use Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas. |
| Nasal Prongs | Direct Home Medical | | https://www.directhomemedical.com/v/merchant.mvc?Screen=PROD&Store_Code=westmed-nasal-comfort-soft-cannula&Category_Code=OxMask-nCannula-p6ft | 200 | X | | | Small boxes of Disposable One Use Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Nasgatix Tubes | Allegro Medical | | https://www.allegromedical.com/patient-care-c517/bard-leg-bag-with-anti-reflux-chamber-and-bacteria-barrier-p224123.html?utm_source=google&utm_medium=cpc&utm_campaign=PMax_Low_Volume_DKU&utm_term=&utm_content=&gclid=EAIaIQobChMI... | 180 | X | | | Small boxes of Disposable One Use Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Endotracheal Tubes | Bound Tree | | https://www.boundtree.com/teleflex-Oxygen-Delivery/EET-TubesTL/04 | 180 | | X | | This has to be ordered by a licensed doctor. Working with Peter to use his license to order. |
| Syringe Pump | Drive Health Solution | Medfusion 3500 Syringe Pump | https://zweliehs.com/p/smeffusion-3500-syringe-pump/1017 | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas. Shipping to BrewCo a week before shipping system to Texas. |
| Multi Therapy Infusion Pump | Drive Health Solution | Baxter Sigma Spectrum Infusion System | https://zweliehs.com/p/baxter-sigma-spectrum-infusion-system/1027 | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas. Shipping to BrewCo a week before shipping system to Texas. |
| Dwelling Urinary Catheter 100% | Shop Catheters | | https://www.shopcatheters.com/p-bard-touchless-plus-unisex-intermittent-vinyl-closed-system-catheter/ | 4 cases of 50 of 2 Difference Sizes | X | | | Small boxes of Disposable One Use Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Sequential Compression Devices | Drive Health Solution | Kendall 700 Smart Compression Controller | https://www.healthproductsforyou.com/p-cardinal-health-kendall-scd-700-smart-compression-controller.html?gclid=EAIaIQobChMIA4brKFm3g... | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas. Shipping to BrewCo a week before shipping system to Texas. |
| Integrated Diagnostic Equipment | Avante Health Solutions | | https://zweliehs.com/p/dre-wx350-wall-mount-diagnostic-system/1381 | 36 | X | | | Electronic Medical Equipment to be installed to the walls at each patient station. This should be one of the last things to be completed just prior to shipping. |
| GE Versana Active or Venue Go Ultrasound Machine | GE | | Chris | 4 | | | X | This is a very expensive imaging machine that the MAGTAC Team will Keep and Transport to the site of last things to be completed just prior to shipping. |
| IV Stand | Global Industrial | | https://www.globalindustrial.com/p/medical-handling/service-carts/medical-stands/stainless-steel-medical-iv-stand-5-hook-weighted-base-with-casters-3-diameter?infoParam.campaignId=T9F&gclid=... | 36 | X | | | Small boxes of Medical Equipment. Just stack out of the way and my team will inventory and prep for shipment to Texas. Assembly will be done in Texas. |
| Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/medline-emergency-crash-carts.html?vitintellcdfsaskdlj-mhmfsnvt=mdv-cfs-intell-general-purpose-crash-cart&utm_source=EAIaIQobChMIA4brKFm... | 4 | X | | | Medium size boxes of a online medical cart. Just stack out of the way and my team will inventory and prep for shipment to Texas. Assembly will be done in Texas. |
| Defibulator | Avante Health Solution | Zoll Series Defibulator | https://zweliehs.com/p/zoll-m-series-defibrillator/826 | 4 | X | | | Electronic Medical Equipment to be installed to the walls at each patient station. This should be one of the last things to be completed just prior to shipping. |
| Floor/Multi Use Plastic Film 200' X 50' with Adhesive Coated Backing | | | | 4 | X | | | Shane Has a better solution - This is the Vinyl Wrap Material |
| Blanket Warmer | Avante Health Solution | MAC Comfort Blanket Warmer | https://zweliehs.com/p/dre-comfort-xc3-blanket-warmer/923 | 4 | X | | | To be delivered and go into Main Trailer |
| Patient Monitors | Avante Health Solution | Avante Waveline E2 Portable Patient Monitor with Touch Screen | https://zweliehs.com/p/avante-waveline-xc-portable-patient-monitor-with-touchscreen/1230 | 36 | X | | | This is a very expensive imaging machine to be delivered to Texas assembled by the Processor Team, and Trained by the Processor Team in Texas |
| Dragon Digital X-Ray Machine | Proximus | Dragon X-Ray Machine | https://www.proximusmedical.com/dragon-dr-portable-xray | 4 | X | | | This is a very expensive imaging machine to be delivered to Texas _ assembled by the Processor Team, and Trained by the Processor Team in Texas |
| Canopy Nurses Station Desk | School Outfitters | | https://www.schooloutfitters.com/catalog/product_family_info/pfamily_id/CAT0/GROUP/5151/MEDIUM | 4 | X | | | To be assembled at BrewCo and Go into Main ICU Trailer |
| Canopy Nurses Station Chairs | Advantage Church Chairs | | https://www.advantagechurchchairs.com/cart-products-folding-chairs/folding-chairs/plastic-folding-chair-white/2.html | 8 | X | | | To be assembled once delivered to Texas during the Set Up |
| Hospital Cots for Canopies | Dicks EMS Supply | | https://www.globalindustrial.com/p/furniture-hospitality/folding-special-needs-American-Cot-Folding-Bed-w/Vinyl-Mattress-Pillow-75x-31-Green?infoParam.campaignId=T9F&gclid=... | 180 | X | | | To be delivered to BrewCo and go into Main Storage Trailer |
| HVAC Units for Canopies | Global Industrial | | https://www.globalindustrial.com/p/hvac-air-conditioning/air-conditioners/portable/portable-ac-15000-btu-cooling-air-conditioner-9500-btu-heat-pump-dehumidifier-fan-115v?infoParam.campaignId=T9F&gclid=... | 16 | X | | | To be delivered to BrewCo and go into Main Storage Trailer |
| Lighting System for Canopies | Amazon | | https://www.amazon.com/gp/product/B08SHFRMW4/ref=ox_sc_act_title_1?smid=ATVPDKIKX0DER&psc=1 | 16 String Sets | X | | | String Lights for Canopies. Need to ensure during the manufacturing of the canopies that there is a way to attach them inside the canopy |
| Power Outlets for Canopies | Parts Express | | https://www.parts-express.com/SJTOW-16-3-Gauge-Amp-Indoor-Outdoor-SJTW-Extension-Cord-Black-100-ft-129-752?autexp=1&gclid=... | 24 String Sets | X | | | String Lights for Canopies. Need to ensure during the manufacturing of the canopies that there is a way to attach them inside the canopy |
| Outside Canopy Nurses Station Desk | School Outfitters | | https://www.schooloutfitters.com/catalog/product_family_info/pfamily_id/CAT0/GROUP/5151/MEDIUM | 16 | X | | | To be assembled once delivered to Texas during the Set Up. These are portable tables |
| Outside Canopy Nurses Station Chairs | Advantage Church Chairs | | https://www.advantagechurchchairs.com/cart-products-folding-chairs/folding-chairs/plastic-folding-chair-white/2.html | 32 | X | | | To be assembled once delivered to Texas during the Set Up. These are portable tables |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/product/mobile-3-tub-sink-hand-washing-station-with-hot-water-standpipe-5-gallon-capacity/ | 7 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/product/mobile-4-sink-hand-wash-station-with-hot-water-standpipe-10-gallon-capacity/ | 5 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Canopy Area Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/medline-emergency-crash-carts.html?vitintellcdfsaskdlj-mhmfsnvt=mdv-cfs-intell-general-purpose-crash-cart&utm_source=EAIaIQobChMIA4brKFm... | 8 | X | | | Medium size boxes of a online medical cart. Just stack out of the way and my team will inventory and prep for shipment to Texas. Assembly will be done in Texas. |
| Canopy Area Defibulator | Avante Health Solution | Zoll Series Defibulator | https://zweliehs.com/p/zoll-m-series-defibrillator/826 | 4 | X | | | Electronic Medical Equipment to be installed to the walls at each patient station. This should be one of the last things to be completed just prior to shipping. |

| Equipment | Manufacturer | Make | Website of the Product | Received | Number | Deliver To BrewCo | Deliver Directly to Texas | Deliver To Final unit | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Mobile Facility | Brewco | Featherlite ICU | Shane Kennedy | | 4 | X | | | Shane Manufacturing |
| Medical Gases | Brewco | Featherlite ICU | Shane Kennedy | | 8 | X | | | Shane Ordering |
| Canopy | Brewco | Brewco EMS | Shane Kennedy | | 8 | X | | | Shane Ordering |
| Bridges | Brewco | Brewco Bridge | Shane Kennedy | | 1 | X | | | Shane Ordering |
| Swing Out Stool | Southwest Solutions | Swing Out Stool | PDF Document | Received | 36 | X | | | Needs to be installed and mounted to the walls at each patient station for the Doctor to sit on it.  Shipment to arrive late October.  Steel Information on PDF sort on email to Shane. |
| ICU Nurses Station Desk | Modern Office | Modern Receptionist Desk | https://www.modernofficefurniture.com/p/ridgeline-front-reception-desk/4197.html | Received | 4 | X | | | To be assembled once delivered to Texas during the Set Up. |
| ICU Nurses Station Chairs | Smug Desk | Tall Office Chair | https://www.amazon.com/Ergonomic-Adjustable-tall-office-chair-with-Flip-up-arms-feet-rest-back-support-rolling-stable-height-mesh-drafting-stool-for-standing-desk-Black/dp/B07QC7NNB1/ref=sr_1_6?dchild=1&keywords=tall+office+chair&qid=1610&sr=8-6 | Received | 4 | X | | | To be assembled once delivered to Texas during the Set Up. |
| Peterbilt Tractor | Peterbilt of Atlanta | Day Cab | Spec Sheets in PDF | Received | 4 | X | | | Trucks Purchased and need to be delivered to BrewCo.  Spec Sheets sent to shane via PDF Shane to tell us when we can have them shipped to his location. |
| Electrical Hospital Beds | Avante Health Solutions | FY8340 E350 | https://avantehs.com/b/electric-premio-e250-electric-hospital | | 36 | | X | | Use Heavy and Not Easily to ship and their rooftop. To be shipped directly to hospital |
| Ventilators | Brewco | 840 RESPIRATORY VENTILATOR | https://www.trena.com/products/ventilators/vion-43-usa/ | Received | 36 | X | | | Ship to BrewCo a week prior to Shipping to Texas |
| Resuscitation Bag | JKD Superstore | | https://www.jkdsuperstore.com/amb-a-bag-gear-1-adult-resuscitator-with-adult-mask-and-oxygen-reservoir.html | Received | 100 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas. |
| Oxygen Masks | Health Products for You | | https://www.healthproductsforyou.com/p-hudson-rci-medium-concentration-oxygen-masks.html | Received some | 4 Cases | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Nasal Prongs | Direct Home Medical | | https://www.directhomemedical.com/p/westmed-nasal-cannula-2-prong-O2-oxygen-therapy/adult-nasal-cannula-7ft-tubing-0556-westmed-cpap.html?cat=0_cat=cpap&1=WMD-0556&ch=35&mc=froogle&utm_source=google&utm_medium=cpc&utm_campaign=feed&gclid=CjwKCAiA17P9BRB2EiwAMvwNy_1H59_mA_Dyuh_g | Received | 200 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Nasogstic Tubes | Allegro Medical | | https://www.allegromedical.com/patient-care-c1624/CORE-oxygen-ssu-nasogastric-feeding-tube-46470051.html?SEO=916468-8675-0-0-16767820-0&mkgoogleshopping&gclid_type=shopping&utm_source=google&gclid=CjwKCAiA17P9BRB2EiwAMvwNy_1c7 | Received | 100 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Endotracheal Tubes | Bound Tree | | https://www.boundtree.com/h/teleflex/Oxygen-Delivery/O2-Tubes/c/p/4 | | 100 | | X | | The list can be ordered by a licensed doctor. Working with Peter to use his license to purchase. |
| Syringe Pump | Avante Health Solutions | Medfusion 3500 Syringe Pump | https://avantehs.com/p/medfusion-3500-syringe-pump/2227 | | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas.  Shipping to BrewCo a week before shipping system to Texas. |
| Multi Therapy Infusion Pump | Avante Health Solutions | Baxter Sigma Spectrum Infusion System | https://avantehs.com/p/baxter-sigma-spectrum-infusion-system/1627 | Received | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas.  Shipping to BrewCo a week before shipping system to Texas. |
| Dwelling Urinary Catheter (DUL) | Shop Catheters | | https://www.shopcatheters.com/p-bard-touchless-plus-unisex-intermittent-red-rubber-catheter.html | | 4 Cases of 50 of 2 different Sizes | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Sequential Compression Device | Avante Health Solutions | Kendal 700 Smart Compression Controller | https://www.healthproductsforyou.com/p-kendall-health-kendall-scd-700-smart-compression-controller.html?gclid=EAIaIQobChMItd6rBKA2Ao9CAw2hABEgwCD4O4CbnkqBg4U_8zwE | | 36 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas.  Shipping to BrewCo a week before shipping system to Texas. |
| Integrated Diagnostic Equipment | Avante Health Solutions | | https://avantehs.com/p/dre-ws150-wall-mount-diagnostic-system/1581 | received | 36 | X | | | Electronic Medical Equipment to be installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| GE Versana Active or Venue Gu Ultrasound Machine | GE | | Chris | | 4 | | | X | This is a very expensive imaging machine that the NACPAC Team will keep and Transport to Texas.  BE will Have to put a sheet station at NACPAC |
| IV Stand | Global Industrial | | https://www.globalindustrial.com/p/medical-surgical/patient-care/iv-stands/medline-6-hook-adjustable-chrome-iv-stand-6-legs-8-hooks-ms-8-hooks | | 36 | X | | | Small boxes of Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas.  Assembly will be done in Texas. |
| Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/waterloo-mpd-series-emergency-medical-cart-5-drawer-uhmpd.html?utm_source=google&utm_medium=cpc&utm_campaign=&utm_content=&mkwid=&gclid=CjwKCAiA17P9BRB2EiwAMvwNyb&utm&gclid=CjwKCAiA17P9BRB2EiwAMvwNya_1B7S | | 4 | X | | | Medium size boxes of a rolling medical cart.  Just stack out of the way and my team will inventory and prep for shipment to Texas.  Assembly will be done in Texas. |
| Defibulator | Avante Health Solutions | LIF Series Defibrillators | https://avantehs.com/p/zoll-m-series-defibrillator/601 | Received 11 | 4 | X | | | Electronic Medical Equipment to be installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| Floor/Multi Use Plastic Film 200' X 50' with Adhesive Coated Backing | | | | | | | | | Shane Has a better solution - This is the Vinyl Wrap Material |
| Blanket Warmer | Avante Health Solutions | DRC Comfort Blanket Warmer | https://avantehs.com/p/dre-comfort-cc5-blanket-warmer/416 | Received | 4 | X | | | To be delivered and go onto Main Trailer |
| Patient Monitors | Avante Health Solutions | Avante Waveline X2 Portable Patient Monitor with Touch Screen | https://avantehs.com/p/avante-waveline-x2-portable-patient-monitor-with-touchscreen/1230 | Received | 36 | X | | | Electronic Medical Equipment to be installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| Dragon Digital X-Ray Machine | Proximus | Inogen X-Ray Machine | https://www.proximusmedical.com/dragon-di-portable-xray | | 4 | X | | | This is a very expensive Imaging Machine to be delivered to Texas, Setup by NACPAC and assembled by the Proximus Team, and Trained by the Proximus Team in Texas |
| Canopy Nurses Station Desk | School Outfitters | | https://www.schooloutfitters.com/catalog/product_family_info/pfam_id/PFA1600039&CSID | | 3 | | X | | To be assembled once delivered to Site Main ICU Trailer |
| Canopy Nurses Station Chairs | Advantage Church Chairs | | https://www.schooloutfitters.com/catalog/product_family_info/pfam_id/PFA16022&CSID | | 3 | | X | | To be assembled once delivered to the Set Up |
| Hospital Cots for Canopies | Dixie EMS Supply | | https://www.dixieems.com/Advanced-Oversized-Special-Needs-Medical-Cot-p-bst.asp?type=5578&jzitem=Exigent-75-export=b&product=&type=&uq&rocket=category+1020+Cots+medical_1030+Stretcher+&gid=1610 | Received | 100 | X | | | To be delivered to BrewCo and go onto Support Trailer |
| HVAC Units for Canopies | Global Industrial | | https://www.globalindustrial.com/p/hvac/air-conditioning/commercial-portable-ac/serenelife-portable-air-conditioner-3-ton-60000-btu-dehumidifier-compact-14700-btu-cooling-unit-remote-control/b12-pw0&utm_source=google | 6.30 | 8 | X | | | To be delivered to BrewCo and go onto Support Trailer |
| Lighting System for Canopies | Amazon | | https://www.amazon.com/gp/product/B08LPT5GM/ref=ppx_yo_dt_b_asin_title_o01_s00?ie=UTF8&psc=1 | | 16 String Sets | X | | | String Lights for Canopies.  Need to ensure during the manufacturing of the canopies that there is a way to attach them inside the canopy along the ceiling. |
| Power Outlets for Canopies | Parts Express | | https://www.parts-express.com/NEMA-SS2-50-stage-bars-32/50-43-3-multi-outlets-3-way-duplex-power-extension-cord/utm&gclid=CjwKCAiA17P9BRB2EiwAMvwNyb&mkwid=%7Cpcrid%7C4 | Received | 24 String Sets | X | | | String Lights for Canopies.  Need to ensure during the manufacturing of the Canopies that there is a way to attach them inside the canopy. |
| Outside Canopy Nurses Station Desk | School Outfitters | | https://www.schooloutfitters.com/catalog/product_family_info/pfam_id/PFA1600039&CSID | | 16 | X | | | To be delivered once delivered to Texas during the Set Up.  These are portable tables |
| Outside Canopy Nurses Station Chairs | Advantage Church Chairs | | https://www.advantagechurchchairs.com/portage-white-x-all-folding-chair-bfg-wh-gg.html?gclid=CjwKCAiA17P9BRB2EiwAMvwNyb | | 32 | X | | | To be delivered once delivered to Texas during the Set Up. |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/product/portable-sink-4-compartment-hot-water-hand-washing-70-20gal-electric/ | Received | 7 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/product/portable-sink-2-compartment-hot-water-hand-washing-70-20gal-electric/ | Received | 5 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Canopy Area Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/waterloo-mpd-series-emergency-medical-cart-5-drawer-uhmpd.html?utm_source=google&utm_medium=cpc&utm_campaign=&utm_content=&mkwid=&gclid=CjwKCAiA17P9BRB2EiwAMvwNyb&utm&gclid=CjwKCAiA17P9BRB2EiwAMvwNya_1B7S | | 4 | X | | | Medium size boxes of a rolling medical cart.  Just stack out of the way and my team will inventory and prep for shipment to Texas.  Assembly will be done in Texas. |
| Canopy Area Defibulator | Avante Health Solutions | LIF Series Defibrillators | https://avantehs.com/p/zoll-m-series-defibrillator/601 | | 4 | X | | | Electronic Medical Equipment to be installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |

| Equipment | Manufacturer | Make | Website of the Product | Received | Number | Deliver To BrewCo | Deliver Directly to Texas | MHCFAC To Keep and Transport | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Mobile Facility | Brewco | Featherlite ICU | Shane Kennedy | | 1 | X | | | Shane Manufacturing |
| Medical Gases | Brewco | Featherlite ICU | Shane Kennedy | | 1 | X | | | Shane Ordering |
| Swing Out Stool | Southwest Solutions | Swing Out Stool | PDF Document | Received | 9 | X | | | Needs to be installed and mounted to the walls at each patient station for the Doctor to sit on it.  Shipment to arrive late October.  Stool Information on PDF sent on email to Shane. |
| ICU Nurses Station Desk | Modern Office | Modern Receptionist Desk | https://www.modernofficefurniture.com/glass-front-reception-desk-s1198t.html | Received | 1 | X | | | To be assembled once delivered to Texas during the Set Up |
| ICU Nurses Station Chairs | Smug Desk | Tall Office Chair | https://smugdesk.net/products/drafting-chair-ergonomic-tall-office-chair-with-flip-up-arms-foot-rest-back-support-adjustable-height-mesh-drafting-stool-for-standing-desk-black?variant=35378612076696&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping | Received | 1 | X | | | To be assembled once delivered to Texas during the Set Up |
| Electrical Hospital Beds | Avante Health Solution | PREMO E250 | https://avantehs.com/g/avante-premio-e250-electric-hospital-bed/459 | | 9 | | X | | Too Many and Too Bulky to ship and then reship. To be shipped directly to Texas during set up. |
| Ventilators | Avante Health Solution | BREAS VIVO 65 RESPIRATORY VENTILATOR | https://www.breas.com/products/vivo/vivo-65-usa/ | Received | 9 | X | | | Ship to BrewCo a week prior to Shipping to Texas |
| Resuscitator Bag | AED Superstore | | https://www.aedsuperstore.com/ambu-bag-spur-ii-adult-resuscitator-with-adult-mask-and-oxygen-reservoir.html | Received | 45 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Oxygen Masks | Health Products for You | | https://www.healthproductsforyou.com/p-hudson-rci-medium-concentration-masks.html | Received some | 1 Case | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Nasal Prongs | Direct Home Medical | | https://www.directhomemedical.com/cart/merchant.mvc?Screen=PROD&Product_Code=westmed-comfort-soft-plus-cannulas-4-foot&Store_Code=DHM&gclid=EAIaIQobChMAnODUJ-nX6wIVUdyGCh3nmOyMEAQYAIABEgKCYPD_BwE | Received | 25 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Nasagstic Tubes | Allegro Medical | | https://www.allegromedical.com/patient-care-c530/corflo-ultra-lite-clear-nasogastric-feeding-tube-p547343.html?CS_003=9164468&CS_010=ff608081112344d01123cf96a00c44&gclid=EAIaIQobChMIy_nw_OrX6wIVDY-GCh0PbAJgEAQYCA8EgL7GyD_BwE&I2z1-COR201366 | Received | 45 | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Endotracheal Tubes | Bound Tree | | https://www.boundtree.com/Airway-Oxygen-Delivery/ET-Tubes/c/24 | | 45 | | X | | This has to be ordered by a licensed doctor. Working with Peter to use his license to purchase |
| Syringe Pump | Avante Health Solution | Medfusion 3500 Syringe Pump | https://avantehs.com/p/medfusion-3500-syringe-pump/1017 | Received | 9 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas.  Shipping to BrewCo a week before shipping system to Texas. |
| Multi Therapy Infusion Pump | Avante Health Solution | Baxter Sigma Spectrum Infusion System | https://avantehs.com/p/baxter-sigma-spectrum-infusion-system/1627 | Received | 9 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas.  Shipping to BrewCo a week before shipping system to Texas. |
| In dwelling Urinary Catheter (IDC) | Shop Catheters | | https://www.shopcatheters.com/p-bard-touchless-plus-unisex-intermittent-vinyl-coude-tip-catheter-kit.html | Received | 1 case of 50 of 2 Different Sizes | X | | | Small boxes of Disposable One Use Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas |
| Sequential Compression Device | Avante Health Solution | Kendal 700 Smart Compression Controller | https://www.healthproductsforyou.com/p-cardinal-health-kendall-scd-700-smart-compression-controller.html?gclid=EAIaIQobChMI6-6XI04DY6wIVC2KGCh3amAT3EAQYCSABEgJjV_D_BwE | Received | 9 | X | | | Electronic Medical Equipment to be shipped with product so it does not get lost down in Texas. Shipping to BrewCo a week before shipping system to Texas. |
| Integrated Diagnostic Equipment | Avante Health Solutions | | https://avantehs.com/p/dre-ws350-wall-mount-diagnostic-system/1581 | received | 9 | X | | | Electronic Medical Equipment to be Installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| GE Versona Active or Venue Go Ultrasound Machine | GE | | Chris | | 1 | | | X | This is a very expensive imaging machine that the MHCFAC Team will Keep and Transport to Texas.  GE will train medical staff in Texas. |
| IV Stand | Global Industrial | | https://www.globalindustrial.com/p/material-handling/service-carts/medical-stands/blickman-height-adjustable-chrome-iv-stand-with-tru-loc | | 9 | X | | | Small boxes of Medical Equipment.  Just stack out of the way and my team will inventory and prep for shipment to Texas. Assembly will be done in Texas. |
| Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/detecto-rescue-series-medical-carts.html?network=g&device=c&keyword=&campa=https://www.vitalitymedical.com/rescue-general-purpose-medical-carts.html&m=1744234533&adgroup=pla-343185708438&gclid=EAIaIQobChMIysM6wIzY6wIVYa8R0Eq6Ea5EAQYAIABEgKt96PD_BwE | | 1 | X | | | Medium size boxes of a rolling medical cart. Just stack out of the way and my team will inventory and prep for shipment to Texas. Assembly will be done in Texas. |
| Defibulator | Avante Health Solution | Zoll Series Defibrillator | https://avantehs.com/p/zoll-m-series-defibrillator/601 | Received 11 | 1 | X | | | Electronic Medical Equipment to be Installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| Floor/Multi-Use Plastic Film 200' X 36" with Adhesive Coated Backing | | | | | | | | | Shane Has a better solution - This is the Vinyl Wrap Material |
| Blanket Warmer | Avante Health Solution | DRE Comfort Blanket Warmer | https://avantehs.com/p/dre-comfort-vc5-blanket-warmer/416 | Received | 1 | X | | | To be delivered and go into Main Trailer |
| Patient Monitors | Avante Health Solution | Avante Waveline EZ Portable Patient Monitor with Touch Screen | https://avantehs.com/p/avante-waveline-ez-portable-patient-monitor-with-touchscreen/1230 | Received | 9 | X | | | Electronic Medical Equipment to be Installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |
| Dragon Digital X-Ray Machine | Proximus | Dragon X-Ray Machine | https://www.proximusmedical.com/dragon-dr-portable-xray | | 1 | X | | | This is a very expensive imaging machine to be delivered to Texas, assembled by the Proximus Team, and Trained by the Proximus Team in Texas |

| Equipment | Manufacturer | Make | Website of the Product | Received | Number | Deliver To BrewCo | Deliver Directly to Texas | MHCFAC To Keep and Transport | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Cargo Trailer | MHCFAC | MHCFAC | Kyle Affeldt | **Received** | 1 | X | | | Kyle Purchased and Delviered |
| Canopy | Brewco | Brewco SWS | Shane Kennedy | **Received** | 2 | X | | | Shane Ordering |
| Bridges | Brewco | Brewco Bridge | Shane Kennedy | | 1 | X | | | Shane Ordering |
| Hospital Cots for Canopies | Dixie EMS Supply | | http://www.dixieems.com/Enhanced-Oversized-Special-Needs-Medical-Cot-Surge-Bed.asp?par=167&catname=Patient+Transport+Equipment&par=68&catname=Cots+and+Stretchers&pid=1832 | Received | 25 | X | | | To be delivered to BrewCo and go into Storage Trailer |
| HVAC Units for Canopies | Global Industrial | | https://www.globalindustrial.com/p/hvac/air-conditioning/commercial-portable-ac/indoor-outdoor-portable-air-conditioner-5-ton-60000-btu-230v?infoParam.campaignId=T9F&gclid=EAIaIQobChMI6vS1td7h6wIVIJOrCh1CrA42EAQYByABEgJNzvD_BwE | **Received** | 4 | X | | | To be delivered to BrewCo and go into Storage Trailer |
| Lighting System for Canopies | Amazon | | https://www.amazon.com/gp/product/B0834P5K4N/ref=ox_sc_act_title_1?smid=A3SQZNEADSIZAQ&psc=1 | Received | 4 String Sets | X | | | String Lights for Canopies.  Need to ensure during the manufacturing of the canopies that there is a way to attach them inside the canopy along the ceiling. |
| Power Outlets for Canopies | Parts Express | | https://www.parts-express.com/talent-sb12-32-stage-boss-325-ft-12-3-multi-outlet-heavy-duty-extension-cord-with-7-ac-sock--234-104?gclid=EAIaIQobChMIuie06HY6wIVjo7ICh2crA_8EAkYBABEgIk0_D_BwE | Received | 6 String Sets | X | | | String Lights for Canopies.  Need to ensure during the manufacturing of the canopies that there is a way to attach them inside the canopy. |
| Outside Canopy Nurses Station Desk | School Outfitters | | https://www.schooloutfitters.com/catalog/product_family_info/pfam_id/PFAM33286 | Received | 4 | X | | | To be assembled once delivered to Texas during the Set Up.  These are portable tables |
| Outside Canopy Nurses Station Chairs | Advantage Church Chairs | | https://www.advantagechurchchairs.com/advantage-white-poly-folding-chair-oversized-with-charcoal-frame-dad-ycd-50-wh-gg/ | Received | 8 | X | | | To be assembled once delivered to Texas during the Set Up.  These are portable tables |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/portable-sink-mobile-hand-wash-station-with-hot-water-handwashing-35-0092/?gclid=EAIaIQobChMIotfmgp_Y6wIVCk2GCh0qtQCEEAQYAIABEgLeYPD_BwE | Received | 2 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Hand Wash Sink for Canopy | Water Works Concession Sinks | | https://concession-sinks.com/cart.php?suggest=15107993-042b-4229-8406-70c33d40102a | Received | 1 | X | | | To be assembled at BrewCo and Go into Transport Support Trailer |
| Canopy Area Crash Cart | Vitality Medical | | https://www.vitalitymedical.com/detecto-rescue-series-medical-carts.html?network=g&device=c&keyword=&campahttps://www.vitalitymedical.com/rescue-general-purpose-medical-carts.htmlgn=1744234533&adgroup=plа-3431857084388&gclid=EAIaIQobChMIvMiJEwIzY6wIVaYVa8R0E1gEsEAQYAIABEgK0GPD_BwE | Received | 1 | X | | | Medium size boxes of a rolling medical cart.  Just stack out of the way and my team will inventory and prep for shipment to Texas.  Assembly will be done in Texas. |
| Canopy Area Defibulator | vante Health Solution | oll Series Defibrillato | https://avantehs.com/p/zoll-m-series-defibrilator/601 | Received | 1 | X | | | Electronic Medical Equipment to be Installed on the walls at each patient station.  This should be one of the last things to be completed just prior to shipping. |

From:      Kyle Affeldt <kyle@mhcfac.com>
To:        Sara Jensen <Sara.Jensen@strac.org>
CC:        Suzannah Jones <Suzannah.Jones@tdem.texas.gov>
           Quenya Evans <Quenya.Evans@tdem.texas.gov>
           Eric Epley <Eric.Epley@strac.org>
           Dudley Wait <Dudley.Wait@strac.org>
           Joe Palfini <Joe.Palfini@strac.org>
           Shannon Weeks <Shannon.Weeks@strac.org>
           Matt Mitchell <mmsafd@gmail.com>
           Shane Kennedy <skennedy@brewco.com>
           Dustin Hanks <dustin@mhcfac.com>
           David Gilliland <david@mhcfac.com>
           Marlin C. Anderson <marlin@mhcfac.com>

Date:      11/18/2020 5:56:49 PM

Subject:   FW: TDEM Timing - REVISED

Attachments: 220192 NFPA 99 Verification Brewco FEMA Trailer 2.pdf
             220192 NFPA 99 Verification Brewco FEMA Trailer 1.pdf

Good Evening Sara,

Let me assure you that we are really working hard to get this done as quickly as possible.

Below is a complete rundown report on where we are with this project:

Below what I received from our manufacturing team a er today's assessment of where we are at with this project:

**MOBILE ICUs** -

Since we have spent a significant amount of time with you and your team from San Antonio and after reviewing the TDEM Mobile ICU #1 punch list we now have a better understanding of our path forward from a program completion standpoint for the Mobile ICUs.  With all of the additional work required to complete the punch list, we are in line to finish our work based upon the schedule below (for the Mobile ICUs).  This schedule is based upon our work load and the work load of our medical gas installation partner and their medical gas equipment supply group.  Based upon the information currently at hand, the schedule is as follows:

1. **Mobile ICU #1**:  Mobile ICU #1 completion with a second round of inspection by TDEM representation on or after Wednesday, November 25th.  Mobile ICU #1 departure as early as Friday, November 27th.

AFFELDT
EXHIBIT 68

12/9/2021

2. **Mobile ICU #2**: Mobile ICU #2 completion with a round of inspection by TDEM representation on or after Friday, December 11th. Mobile ICU #2 departure as early as Saturday, December 12th.

3. **Mobile ICU #3**: Mobile ICU #3 completion with a round of inspection by TDEM representation on or after Friday, December 11th. Mobile ICU #3 departure as early as Saturday, December 12th.

4. **Mobile ICU #4**: Mobile ICU #4 completion with a round of inspection by TDEM representation on or after Friday, December 18th. Mobile ICU #4 departure as early as Saturday, December 19th.

Sara, we believe it is in everyone's best interest to gain as much informa on from you and your team as possible in order to make these Mobile ICUs fully compa ble with your expectations and to have the necessary support equipment in order to be successful. We understand the challenges TDEM has been under with all of the natural disasters (Hurricanes) and COVID-19 this fall and their manpower required to handle all of these emergencies. However, this has made it difficult for us to receive the planning and direction we needed early on in this project. Not until this last week when your team came on-board, has there been the required focus on this project and communications with us so we can ensure the products meets your expectations. However, we are up to the task of making the necessary adjustments to make it all work as quickly as possible without reducing the level of product quality.

In addition, I have attached the Verification documents for the medical gas systems for the first two Mobile ICUs. We will make sure to print a copy that will stay in the Mobile ICUs, but it is of everyone's recommenda on to obtain addi onal tes ng upon arrival to Site / Event #  1, but not required. We also believe that it would be in everyone's best interest to have a second round of inspec on a er travel to Texas. That is totally your call on how you would proceed with that, but it would be our opinion to account for such.

### 53' Dry Van Support Trailers –

Now as for the (4 ea.) 53' support dry van trailers. We have exhausted all of our contacts and distributors to obtain new trailers. As I stated on my previous email, everyone is sold out until June 2021. As per your last response back to me, you told me to investigate used trailers since timing is critical. I was able to find a supplier with (4 ea.) just alike 2011 trailers in very good condition. They too can make the modifications that you are requiring. I am waiting on a quote for them for these trailers with the modifications completed. I was told that I would have the quote tomorrow.

### (4 ea.) Peterbilt Truck Tractors –

I met with my dealership for these truck tractors. They have the four (4) that would meet your needs in-stock. I provided you with details and specifications for these Truck Tractors. We are waiting on your response to which way you would like for us to pursue.

### Some Medical Equipment Changeout –

1. **HVAC Units** – As stated previous, we cannot return 8 ea. of the AC units that we already purchased. They do not meet the suppliers return policy. As for the new HVAC units that you specified, I tried to call and reached out to Jeff Collins for these units. Awaiting reply back from him.

2. **LIFEPAK 15 V4 Monitor/Defib** – I called and talked with Chad Lewis and sent him an email with what you would like for us to purchase for you. He told me that he was going to call you to discuss the way forward for these items.

3. **Zoll Model AEV PORTABLE VENTILATOR, 731 SERIES** – I tried to call them and it went to voicemail. Therefore, up until now, No one has called me back. Do you have a POC for me with direct phone number so I can call them?

As for the medical equipment that the items above will be replacing, I have sent off a request for return of these items from our supplier.  I am still waiting on response to their return policy.

As I said above, there are a lot of moving parts going in many different directions.  However, we are working through all of these issues as quickly as we possibly can.

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**CAUTION:** This email was received from an EXTERNAL source. Use caution when opening attachments or clicking links.
If this could be a malicious email or phishing attempt, then please forward this email to SPAM@idem.texas.gov and then DELETE the email from your Inbox.

12/9/2021

**From:** Sara Jensen
**Sent:** Wed, 18 Nov 2020 21:47:54 +00:00
**To:** Kyle Affeldt; Suzannah Jones; Quenya Evans
**Cc:** Eric Epley; Dudley Wait; Joe Palfini; Shannon Weeks; Matt Mitchell; Shane Kennedy; Dustin Hanks; David Gilliand; Marlin C. Anderson
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

I will check on my end for availability but let's explore the used market as well. Time is not on our side. Thanks Kyle.

**Sara M. Jensen**
TX EMTF Program Manager
STRAC
210-233-5826 - work
210-889-9992 - mobile
sara.jensen@strac.org
**www.TXEMTF.org**

**From:** Kyle Affeldt
**Date:** Wednesday, November 18, 2020 at 3:17 PM
**To:** Sara Jensen , Suzannah Jones , Quenya Evans
**Cc:** Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy , Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

Hello Sara,

We are having a huge problem with finding any new 53' Dry Vans not to mention ones with lift gates to meet your specifications. Right now we are just looking at finding basic 53' dry vans and then modify them by adding the lift gate and the side doors as per your specs. I have called many major dealers and they said "We had a huge run on these type of trailers". One of the large dealers said that he is sold out until June 2021. He has orders in for over 600 trailers and all of them are already sold. Amazon has most of the current supply chain tied up. Do you have any trailer dealerships that you have worked with that has any of these types of trailers in-stock? We are still working with our primary suppliers and we are still waiting to hear back from them. If we cannot find any to purchase, are used trailers acceptable if we can even find them?

This run on these 53' Dry Vans are also impacting all of the other trailer parts to make our own double expandable facilities (wheel sets, air-ride suspension, etc., etc.). I do not foresee getting any new double expandable trailers anytime soon for any additional Mobile ICUs. The only thing available for any additional mobile ICUs is a totally different design that are used that can be refurbished and modified into these types of facilities.

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316



**From:** Sara Jensen
**Date:** Wednesday, November 18, 2020 at 12:26 PM
**To:** Kyle Affeldt , Suzannah Jones , Quenya Evans
**Cc:** Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy ,
Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

HVACs are 3 per awning, 6 per ICU trailer (with the 2 awnings).
I sent you a quote for one trailer package (6 HVAC units and ducting) and then a second quote for everything
needed for all 4 ICU Trailers.
I will follow up with the team on my end and get back to you on the 8 portable ACs you've purchased.

Thank you,

**Sara M. Jensen**
TX EMTF Program Manager
STRAC
210-233-5826 - work
210-889-9992 - mobile
sara.jensen@strac.org
**www.TXEMTF.org**

**From:** Kyle Affeldt
**Date:** Wednesday, November 18, 2020 at 11:20 AM
**To:** Sara Jensen , Suzannah Jones , Quenya Evans
**Cc:** Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy ,
Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

Hello Sara,
For the HVAC Units for the Canopies, how many do you want per each side of the canopies? Also, what
do you want to do with the 8 currently purchased from Global Industrial that are no longer returnable
(as per my previous email)?
Very Respectfully,
Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Sara Jensen
**Date:** Wednesday, November 18, 2020 at 11:18 AM
**To:** Kyle Affeldt , Suzannah Jones , Quenya Evans
**Cc:** Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy ,
Dustin Hanks , David Gilliand , "Marlin C. Anderson" , Sara Jensen
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

Good morning Kyle,
I hope this finds you well. I have the additional details we discussed yesterday for you and your team on the three
items we are looking to swap out. I have also included my TDEM partners on this thread for visibility so when we

get ready for change orders and modifications to Purchase orders they are tracking what you and I are working on. Please make sure to 'reply all' when responding so we can keep everyone on the same page and save some time.
I attached the specification and quotes for what we are looking to exchange, please feel free to share with your vendor:

1. Ventilators: exchange to the Zoll AEV 731 (specifications attached from our previous order, same model, current version)
2. Cardiac Monitors: exchange to LifePak 15s (specifications attached from our previous order, same model but current version)
3. HVAC system for the awnings: exchange as able to PEP (quote attached for units to match our current MMU HVAC systems)

**these items may direct ship to the San Antonio Hanger address already provided

I understand that these may not be a one-for-one exchange based upon cost differences and the current items being returned but ask that every attempt be made to maximize the returns for the items listed above. Please quote cost difference for the above separately than the below.

We have also requested:

1. Both the specifications for the Peterbilt trucks you have already purchased and a quote for [4] additional trucks
   a. Additional, separate quote for these trucks with a sleeper (102-108 inches) bunk bed with APU as long as they are still capable of pulling the ICU trailers
2. Quote for [4] 53 foot dry box van with lift gate (large, bifold ~ 8ft), E-Tracks at 24 and 48 inches along both sides, led lighting, and with rear axle slide.
   a. Modification; addition of an access door 36" along the side (your vendor or the trailer manufacturer) with steps to match the ICU trailers

Thank you and as always, please contact me with any questions!

**Sara M. Jensen**
TX EMTF Program Manager
STRAC
210-233-5826 - work
210-889-9992 - mobile
sara.jensen@strac.org
**www.TXEMTF.org**

**From:** Kyle Affeldt
**Date:** Wednesday, November 18, 2020 at 7:33 AM
**To:** Sara Jensen
**Cc:** Dustin Hanks , David Gilliand , "Marlin C. Anderson" , Shane Kennedy
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

Hello Sara,

After our talk on the phone yesterday we are looking for your changes as a change order request from TDEM. When can we expect to receive this document?

Prior to receiving this document, we have been looking for a van trailer to meet your requirements. The

MHF000989

challenge is finding one that has side doors. The ones we find are straight sided vans with only the rear door. Therefore, the only ones we can find with side doors installed are moving vans. When we find these vans, we cannot find ones that also have the rear lift gate. Below is a photo of one of the moving type vans with several side doors. Please let me know if this is what you are seeking. If so and also want a rear hydraulic lift, this will have to be added.



**2021 KENTUC**

**Moving Drop Frame Van Trai**

## For Sale Price: U

 Financial Calculator

**Stock Number:** 13687

**Length:** 53 ft

**VIN:** 1KKVF5320ML2477

**Number of Rear Axles:** T

Another issue has reared its ugly head. That is with Global Industrial's Return Policy. Please see their policy below:

**What is Global Industrial's return policy?**

If you are not satisfied with a product, contact us within 30 days of receipt. A refund may be arranged excluding freight charges upon inspection. Returned merchandise must be shipped in original packaging, freight prepaid, unused, and in resalable condition, and are subject to 15% restocking fee. Global inspects all returns and reserves the right to refuse credits on damaged, misused or non-resalable items. Your only obligation is the freight charge and stocking fee where applicable, provided your return is complete with original packaging, all documentation, warranty cards, cables etc. Global reserves the right to authorize product returns after 30 days have passed from the invoice date. If the product is accepted after this period, it is subject to a 15% restocking fee and credit will be issued toward future purchases only.

Return authorizations may be obtained by calling Customer Service at 1-800-645-2986.

Here are the challenges we are facing to meet these requirements:

1. We do not have the original packaging for 8 of the 16 AC Units. We have the pallets they were shipped on; however, we do not have any of the boxes, and wrapping materials. Also, we have surpassed the 30 day time period, so even if we return it, we cannot get our money back. We would only receive credit

MHF000991

for future purchases. We do not buy much from them; therefore, this credit is useless to us. Therefore, we cannot return these items. If you want another type of AC Unit, we can buy them and also send you these AC units for other usage.

2. At this time, we have 8 of the other 16 AC units that we do have packaging and can be returned within the next 20 days to still get cash refunds (minus shipping and restocking fees) .

On another note, I have a call into my Peterbilt salesman to get pricing and delivery for the truck tractor to haul the cargo van trailer.

Very Respectfully,

Kyle

Kyle D. Affeldt

President and CEO

Mobile Healthcare Facilities

[www.mhcfac.com](www.mhcfac.com)

[kyle@mhcfac.com](kyle@mhcfac.com)

678-232-4316

**From:** Kyle Affeldt
**Date:** Monday, November 16, 2020 at 8:29 PM
**To:** Sara Jensen
**Cc:** Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: READ: TX101 MMU ICU Trailer Inspection Follow up

Hello Sara,

Below are my comments to each of these items in **BLUE.** We typically do not supply medical equipment of this magnitude with the sale of our Mobile Facilities. What we are seeing right now, with the change of mission of these ICUs (From TDEM and the National Guard to Your Group), is an example of the primary reason why we typically do not do this. It is a lot of work to source, pay for, and handle all of this equipment. All that Mobile Healthcare Facilities was told was TDEM needed these types of

equipment for use now to fight COVID 19 and other missions in the future for natural disasters (by the National Guard). Your group drastically changes the mission and scope of this project.

For the sourcing of these pieces of equipment was never specified by TDEM. All of these items were sourced and put onto a quote by Mobile Healthcare Facilities primarily as just a convenience service to TDEM. We don't typically source this kind of equipment because it is also another way to quickly lose money.

In addition to no specifications for the equipment, this project had another problem from the receipt of the Purchase Order. If you look at our quotes (as part of our terms), we required 70% down. Now look at the purchase order, it has terms of NET 30. This was a huge problem. We could not purchase all of this equipment without some initial payment from TDEM. All of these equipment suppliers require payment before the shipping the order to us. The only company that provided NET 30 was GE for the Ultrasound Machines.

After over 6 weeks, we finally received an advanced payment of 25% so we could order the rest of the equipment (including medical gas, canopies, etc.). TDEM did not have the money and needed to get it from FEMA. This is why we have not completed this project earlier.

Lastly, during the entire project, no one was put in charge of this project on the TDEM side (No POC or Project Manager). Trying to get answers to our questions and concerns was almost impossible. Not until you and your team coming on-line have we had much of any communications.

Very Respectfully,

Kyle

Kyle D. Affeldt

President and CEO

Mobile Healthcare Facilities

www.mhcfac.com

kyle@mhcfac.com

678-232-4316

---

**From:** Sara Jensen
**Date:** Monday, November 16, 2020 at 3:34 PM
**To:** Kyle Affeldt
**Subject:** FW: READ: TX101 MMU ICU Trailer Inspection Follow up

Resending.

**Sara M. Jensen**

TX EMTF Program Manager
STRAC
210-233-5826 - work
210-889-9992 - mobile
sara.jensen@strac.org
**www.TXEMTF.org**

---

**From:** Sara Jensen
**Date:** Monday, November 16, 2020 at 1:17 PM
**To:** Kyle Affeldt , Suzannah Jones , Quenya Evans
**Cc:** Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy , Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** READ: TX101 MMU ICU Trailer Inspection Follow up

Kyle,

Good afternoon. Thank you to you and your team's quick coordination with supporting this weekend's ICU Trailer operational overview and inspection. We are excited about this asset and the package we are building for Texas. To that end, I have attached the punch list we went over with your team for the TX101 trailer we inspected this weekend. Please let me know if you have any questions and I'll get clarification from Shannon or Matt.

Also, I will call you today to discuss the needed timeframe to address these items and a delivery extension.

In addition to the trailer punch list, I logged the following deviations from the Quote TDEM has on file and what was actually purchased that we will need to deconflict. We are evaluating these deviations and will advise if these will be approved.

* 1.07 – purchase and install hand wash sinks (doc 3) – not installed
   o This is for the trailer in addition to the ADA lavatory and the sinks for the awnings. **This was a typo; however, we can add this as a portable hand wash sink. There is no place to add in another permanent sink.**

* 2.oo – purchased NEW Premio E250 Electric beds (Stryker II refurbished were specified) **The refurbished beds were not available at the time to meet deadline. Therefore, I upgraded (at our cost) the beds being purchased. Refurbished Styker II Beds cost $2000. The Beds purchased were $3750 each and this is with large volume discount purchase of much of the medical equipment purchased from them. We charged TDEM $4500 each. This was a profit of $700 ea. or $25,200 (this does not include handling charges and taxes)**

* 2.06 – no ET tubes purchased – **We legally could not purchase these items since we do not have a medical license. This was to be purchased once we met and work with a TDEM doctor.**

* 2.07 – Medfusion 3500 Syringe Pump instead of Cole-Palmer Syringe Pump – **Cole-Palmer is a distributor and not a manufacturer. Cole-Palmer sells masterflex infusion pumps. The pumps that were priced at $450 ea (when specified) were not available at time of purchase. Therefore, we had to purchase the Medfusion infusion pump price was $1750 with the discount. We only charged TDEM $500 each. We purchased 36 of these. Therefore, this was a loss of $45000. Here is a website with this pump: https://www.medexsupply.com/iv-administration-iv-admin-supplies-iv-syringes-medfusion-3500-syringe-pump-x_pid-31457.html**

* 2.11- Avante wall diagnostic station installed instead of Welch Allen – **The Welch Allen 767 system is no longer available. Their system has changed with increase in cost. We charged TDEM $1859 ea. The Avante system was $1276 (after a huge discount). This provided us a profit of $20,988. (this does not include handling charges and taxes)**

* 2.15 - Avante Waveline E2 Portable PT monitors instead of Phillips/Siemens – Prior to order, **The discounted price for this monitor was $3426 ea. We charged TDEM $4200 ea. Therefore, we had a profit of $27,864 (this does not include handling charges and taxes)**

* 4.02 - (2) Global Industrial 5-ton portable ACs instead of Wiskerkool 20-ton HVAC. **When we went to purchase this piece of equipment, it was not available, also after reviewing the specifications and how these units were to be used, it was too large and heavy. The size of this unit is: Dimensions: 92" Long x 35" Deep x 94 7/16" High and weighs - Weight: 2,200 lbs (998 kg). It also does not have casters. Therefore, wherever it is deployed, it would take special truck to load and unload it as well as a large forklift to move it. Because of this fact, we changed the AC unit to multiple 5-ton units on casters. What I discovered during our meeting, I did not order enough of these 5-ton units to provide 20 tons of AC. Therefore, I have order additional 5-Ton units to provide a total of 20-tons of AC.**

* 6.00 - TXR Dragon DR Proximus portable X-Ray instead of Phillips – **The Phillips X-Ray machines that I originally sourced were on clearance and at a super low price. Therefore, I was providing TDEM these at this drastically discounted price. However, after finally receiving the 25% funding, these were sold. Therefore, I had to find another portable X-Ray machine that provided the same capability at the price quoted to TDEM. What we sourced has a price of $40,100 ea. What we charged TDEM was $44,000 ea. This provided only a profit of $3,900**

* 28' cargo trailer to support ICU Trailer awnings and medical cache and equipment – insufficient capacity to support the entire cache and equipment and currently sans a prime mover - **This was just a FREE add that we**

are giving to this project. As per the purchase order, we are just supposed to buy the equipment for Texas and it is Texas's responsibility to organize, store, and transport this equipment. These trailers cost Mobile Healthcare Facilities over $9000 ea. (not to mention the decals going to be added to these trailers. This is an additional cost to Mobile Healthcare Facilities of over **$40,000**. We believe there will be sufficient space inside of these trailers to handle all of the canopy equipment. I will provide you a photo of the trailer with all of the equipment loaded to see the additional space available for other use.

If you do not want these, please let me know and we will keep them for use with another customer. Since these are going to be provided for free, there is no residual value to TDEM for not using wanting or using them.

**Additional Items for FREE that is not part of the PO:**

**Nurses' Call System**

**Ladders – 2 per system for use during setups and strikes**

**Carts for moving and storing the stairs and landings – 12 ea.**

**Hand Trucks 4 ea. – for storing and handling of the drop in panels.**

We are also evaluating the diagnostic medical equipment purchased and will likely need to swap out some of these for what we currently carry with our MMU caches for interoperability: (these were listed as TBD on the quotes attached)

* 2.01 TBD Ventilators (BREAS VIVO 65 RESPIRATORY VENTILATOR).
* 2.13 TBD Crash Carts (Vitality Medical)
* 2.14 TBD Blanket Warmer (DRE Comfort Blanket Warmer)

We may also ask for an appropriate, similar capability swap for the following, again to match our current MMU equipment:

* 2.08 Q Corp Medical Multi Therapy Infusion Pump
* 2.10 Kendel Sequential Compression Devices
* GE Versona Active Ultrasound Machine
* Zoll Series Defibrillators
* Cots from Dixie EMS Supply

**For each of these items that you would like to change out, there would be the following costs to TDEM and would need to be paid prior to doing this change out:**

1. **Shipping Fees to return these items and any handling and restocking fees from our suppliers.**
2. **Handling Fees for obtaining these items (10% of the price of the item)**
3. **Handling Fees for returning these items (10% of the price of the item)**
4. **Handling Fees for ordering and handling the new item (10% of the price for the item)**
5. **Profit for the item (10% of the cost of the item)**

I understand that timing for the above is key and we will be working with you directly to fine tune the equipment and trailer packages to make a great new capability for Texas. As always, please feel free to contact me with any questions and I look forward to continuing to work with you and your team.

**Sara M. Jensen**
Texas Emergency Medical Task Force Program Manager
Southwest Texas Regional Advisory Council (STRAC)
7500 U.S. Highway 90 West, AT&T Building, Suite 200

San Antonio, TX 78227

210-233-5826 - work
210-889-9992 - mobile
210-233-5851 - fax
sara.jensen@strac.org
**www.TXEMTF.org**



MHF000996

**From:**            kyle@mhcfac.com
**Sent:**            Fri, 20 Nov 2020 14:15:55 +00:00
**To:**              Misty Hampton; Crystal Butler; Medical Surgical - Accounting
**Cc:**              April Janok; Marlin C. Anderson; Dustin Hanks; David Gilliand
**Subject:**         Re: Mobile Healthcare Facilities Invoice


Thank You Misty!
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton
**Date:** Friday, November 20, 2020 at 9:15 AM
**To:** Kyle Affeldt , Crystal Butler , Medical Surgical - Accounting
**Cc:** April Janok , "Marlin C. Anderson" , Dustin Hanks , David Gilliand
**Subject:** RE: Mobile Healthcare Facilities Invoice
Kyle,
Thank you for the follow up email. I have sent your request to management and hope to have
information for you soon.
Misty
**Misty Hampton**
Sales Representative
Capital Equipment
T: **877-321-8201**
**AvanteHS.com**



One Source To Maximize Equipment Performance
Medical ⬥ Monitoring ⬥ Imaging ⬥ Ultrasound ⬥ Oncology
**Learn about our ISO quality standards**
CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying ,
distribution and use are prohibited; please notify us immediately and delete this copy from your system.

**From:** Kyle Affeldt
**Sent:** Friday, November 20, 2020 9:13 AM
**To:** Misty Hampton ; Crystal Butler ; Medical Surgical - Accounting
**Cc:** April Janok ; Marlin C. Anderson ; Dustin Hanks ; David Gilliand
**Subject:** Re: Mobile Healthcare Facilities Invoice
**Hello Again Misty,**
I sent you the following email and have tried to call you a couple of times to get answers to your
return policy. Pleases let me know how I can return these items.



AFFELDT

EXHIBIT 70
09/08/22

MHF000465

My customer does not like the following pieces of equipment that we purchased from you since they already have and use a different manufacturer for these types of units and only after all of this time tell me what. Therefore, I would like to return these items to you. We never used any of these items or even plugged them in. The items they would like for me to return are:

SKU DESCRIPTION QTY. UOM PRICE EACH AMOUNT
40VIVO65N BREAS VIVO 65 RESPIRATORY VENTILATOR 36.0000. EA 10,000.0000 360,000.00
71000BARS ZOLL M-SERIES BIPHASIC DEFIBRILLATOR 8.00000. EA 1,350.0000 10,800.00
Please let me know what I need to do to return these items to you.

Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
[www.mhcfac.com](www.mhcfac.com)
[kyle@mhcfac.com](kyle@mhcfac.com)
678-232-4316

**From:** Misty Hampton <[misty.hampton@avantehs.com](misty.hampton@avantehs.com)>
**Date:** Tuesday, November 17, 2020 at 1:28 PM
**To:** Crystal Butler <[crystal.butler@avantehs.com](crystal.butler@avantehs.com)>, Medical Surgical - Accounting <[med.accounting@avantehs.com](med.accounting@avantehs.com)>
**Cc:** Kyle Affeldt <[kyle@mhcfac.com](kyle@mhcfac.com)>, April Janok <[april.janok@avantehs.com](april.janok@avantehs.com)>
**Subject:** RE: Mobile Healthcare Facilities Invoice

Thank you for looking into this for us!

Kyle, everything is paid on our end. Sorry for the confusion.
Misty

**From:** Crystal Butler <[crystal.butler@avantehs.com](crystal.butler@avantehs.com)>
**Sent:** Tuesday, November 17, 2020 1:21 PM
**To:** Misty Hampton <[misty.hampton@avantehs.com](misty.hampton@avantehs.com)>; Medical Surgical - Accounting <[med.accounting@avantehs.com](med.accounting@avantehs.com)>
**Cc:** Kyle Affeldt <[kyle@mhcfac.com](kyle@mhcfac.com)>; April Janok <[april.janok@avantehs.com](april.janok@avantehs.com)>
**Subject:** RE: Mobile Healthcare Facilities Invoice

This invoice is paid however we are not stamping paid on the invoices with the new system.

**From:** Misty Hampton <[misty.hampton@avantehs.com](misty.hampton@avantehs.com)>
**Sent:** Tuesday, November 17, 2020 11:41 AM
**To:** Medical Surgical - Accounting <[med.accounting@avantehs.com](med.accounting@avantehs.com)>
**Cc:** Kyle Affeldt <[kyle@mhcfac.com](kyle@mhcfac.com)>; April Janok <[april.janok@avantehs.com](april.janok@avantehs.com)>
**Subject:** Mobile Healthcare Facilities Invoice

Dear Accounting,

Our customer paid for their order in full and received the attached invoice. Normally there would be a "PAID" stamp but it appears this invoice indicates a balance due.

Can you please investigate this? Customer is copied to this email.

Thank you,
Misty

Misty Hampton
Sales Representative

MHF000466

Capital Equipment
T: **877-321-8201**
**AvanteHS.com**



One Source To Maximize Equipment Performance
Medical ⬛ Monitoring ⬛ Imaging ⬛ Ultrasound ⬛ Oncology
**Learn about our ISO quality standards**

CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying ,
distribution and use are prohibited; please notify us immediately and delete this copy from your system.

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Tuesday, November 17, 2020 10:38 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good Morning Misty,

I just received another invoice (AR0010637) from Avante Health Solutions for 36ea DRE WS350 Wall
Mounted Diagnostic Wall Systems. I already paid for these items. Why am I getting billed for them
again? I will be sending you a photo of this invoice to you on another separate email coming from my
phone.

Please get this corrected ASAP. Thank You

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** kyle@mhcfac.com
**Sent:** Sat, 21 Nov 2020 02:02:17 +00:00
**To:** Sara Jensen
**Cc:** Suzannah Jones; Quenya Evans; Eric Epley; Dudley Wait; Joe Palfini; Shannon Weeks; Matt Mitchell; Shane Kennedy; Dustin Hanks; David Gilliand; Marlin C. Anderson
**Subject:** Re: TDEM Timing - REVISED

**Good Evening TDEM and STRAC Team,**
**20 Nov 20 Update:**
**The completion of the Mobile ICUs are progressing well and we are on schedule. Based upon the schedule provided, please let me know when the STRAC team is planning to come up and provide an inspection prior to shipment.**
As per your requests on Thursday:
1. As we discussed on the call I will need three quotes from you before we can proceed with any purchases. The quote for difference in costs to cover the three items we are swapping out (Cardiac Monitors, Vents, HVAC system) -
   **As per my previous email this evening, the medical equipment that STRAC wants to replace is not returnable. Both the ventilators and defibrillators are non-returnable. Since these are non-returnable, there will be no residual value to be placed against the purchasing of the exchanged items. Based upon this, if STRAC wants these different medical items, these items would have to be purchased with additional TDEM or STRAC funding. Either way, we will be supplying TDEM with the medical items purchased.**
   **Based upon not being able to return 8 AC Units, all of the Ventilators, and all of the Defibrillators, the only residual value that can be used to purchase these other items is only $36,146.87. The quotes for the new medical items is as follows:**
      a. **Progressive Emergency Products quote for the HVAC system for the canopies is $226,816.40.**
      b. **Stryker quote for the Cardiac Monitors/Defibrillators is $353,523.20.**
      c. **After talking with the salesperson from Zoll, it is expected that the price quote will be around $10,000 ea. Therefore, the cost for these systems will be around $360,000. As soon as I receive the quote, I will provide that price on an update.**
   **Based upon these new expenses – refunds from returned items = $940,339.60 - $36,146.87**
   **= $904,192.73**
   **As stated, once I receive a quote from Zoll for the Ventilators, I will submit a Change Order request for the funds to purchase these new items.**
2. Quote for the [4] 53' dry box vans and [4] day cab tractors to match what was already purchased
   **My current supplier that I was working with for these trailers cannot get the lifts for the trailers that they have in-stock. Therefore, they are no longer an option. After hunting and hunting and calling I finally found some used trailers that have both a rear door, lift, and a side door. The side door is larger than what you wanted; however, we still can add stairs and landing to this trailer. We could possibly add a smaller door inside one of these larger door if needed. With these side doors, you can also load and off-load items through this door if needed. Also this trailer has belly boxes for additional storage capacity.**
   **We need to act now since there are only 4 of these available and identical. Just like new dry vans, all used dry vans are flying off the shelfs. Since the new trailer market is empty and**



**AFFELDT**
**EXHIBIT 71**
09/08/22

MHF000998

everything is on backorder for 6 month, the used trailers are now also flying off the shelves. Therefore, they will not last long. I provided STRAC with the specifications for these used trailers and need to have a decision if these trailers are acceptable. I need to know now so this trailer sales company will hold them for us. I need to receive a commitment one way or another ASAP!

3. Quote for the [4] sleeper tractors -

The quote was submitted yesterday. As I mentioned yesterday, they are holding these truck tractors for only a couple more days. Therefore, I need to receive some kind of commitment one way or another so I can let my salesperson know your decision.

Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Kyle Affeldt
**Date:** Thursday, November 19, 2020 at 8:01 PM
**To:** Sara Jensen
**Cc:** Suzannah Jones , Quenya Evans , Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy , Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: TDEM Timing - REVISED

Good Evening Sara and Team,

Daily Update:

We continue to correct all of the punch list items and are on-schedule as per our schedule below.

As per your questions today, answers are below in BLUE.

Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Sara Jensen
**Date:** Thursday, November 19, 2020 at 6:39 PM
**To:** Kyle Affeldt
**Cc:** Suzannah Jones , Quenya Evans , Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy , Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** Re: TDEM Timing - REVISED

Thank you for the update sir!

As we discussed on the call I will need three quotes from you before we can proceed with any purchases.

1. The quote for difference in costs to cover the three items we are swapping out (Cardiac Monitors, Vents, HVAC system) – We are working on these. I am still waiting on response back from suppliers as follows:
   a. Purchased HVAC from Global Industrial –

MHF000999

i. **8 ea. No Return**
ii. **8 ea. Return with 15% Restock Fee**
   b. **Purchased HVAC from Progressive Emergency Products – We have received the quote from them and issued a PO for these; however, they have been put on-hold until approval with a change order from TDEM.**
   c. **Purchase of cardiac monitors – Contacted supplier and now awaiting quote from supplier so a changeover quote can be provided to TDEM**
   d. **Purchase Ventilators - Contacted supplier and now awaiting quote from supplier so a changeover quote can be provided to TDEM**
2. Quote for the [4] 53' dry box vans and [4] day cab tractors to match what was already purchased
   a. **Quote for 4 ea. day cab tractors is attached. Please note, these are no longer available "In-Stock". All of them have been sold. Truck Tractors are being sold like hotcakes just like the Dry Box Vans. The earliest these will be available will be mid spring 2021. My salesman said he has never seen anything like this before.**
   b. **We have exhausted all avenues for new 53' Dry Box Vans. There are none to be purchased. The earliest that these will be available is June 2021.**
   c. **I am still waiting on pricing for the used Dry Box Vans with the required modifications. I should receive this pricing tomorrow and as soon as I receive it, I will provide you with a quote for these trailers.**
3. Quote for the [4] sleeper tractors
   a. **Quote for 4 ea. Sleeper cab tractors is also attached. Please note, these all truck tractors around the country are selling out fast! I talked with my Dealership and he is going to hold 4 of these for me for a couple of days. He has put "Sold" on 4 of them to keep the other 10 salesmen from selling them to other customers. A decision needs to be quickly or these will be sold out from underneath us. Therefore, I need to provide him a definite answer if we are going to purchase these truck tractors. If they get sold, new ones will not be available until mid-spring 2021.**

I realize timelines and production times are changing daily but if you have that information as well with the quotes that would be helpful on my end with the decision making.

Thanks again,

**Sara M. Jensen**
TX EMTF Program Manager
STRAC
210-233-5826 - work
210-889-9992 - mobile
sara.jensen@strac.org
**www.TXEMTF.org**

**From:** Kyle Affeldt
**Date:** Wednesday, November 18, 2020 at 5:57 PM
**To:** Sara Jensen
**Cc:** Suzannah Jones , Quenya Evans , Eric Epley , Dudley Wait , Joe Palfini , Shannon Weeks , Matt Mitchell , Shane Kennedy , Dustin Hanks , David Gilliand , "Marlin C. Anderson"
**Subject:** FW: TDEM Timing - REVISED

Good Evening Sara,

Let me assure you that we are really working hard to get this done as quickly as possible.

Below is a complete rundown report on where we are with this project:

Below what I received from our manufacturing team after today's assessment of where we are at with this project:

**MOBILE ICUs** -

Since we have spent a significant amount of time with you and your team from San Antonio and after reviewing the TDEM Mobile ICU #1 punch list we now have a better understanding of our path forward from a program completion standpoint for the Mobile ICUs. With all of the additional work required to complete the punch list, we are in line to finish our work based upon the schedule below (for the Mobile ICUs). This schedule is based upon our work load and the work load of our medical gas installation partner and their medical gas equipment supply group. Based upon the information currently at hand, the schedule is as follows:

1. **Mobile ICU #1**: Mobile ICU #1 completion with a second round of inspection by TDEM representation on or after Wednesday, November 25th. Mobile ICU #1 departure as early as Friday, November 27th.

2. **Mobile ICU #2**: Mobile ICU #2 completion with a round of inspection by TDEM representation on or after Friday, December 11th. Mobile ICU #2 departure as early as Saturday, December 12th.

3. **Mobile ICU #3**: Mobile ICU #3 completion with a round of inspection by TDEM representation on or after Friday, December 11th. Mobile ICU #3 departure as early as Saturday, December 12th.

4. **Mobile ICU #4**: Mobile ICU #4 completion with a round of inspection by TDEM representation on or after Friday, December 18th. Mobile ICU #4 departure as early as Saturday, December 19th.

Sara, we believe it is in everyone's best interest to gain as much information from you and your team as possible in order to make these Mobile ICUs fully compatible with your expectations and to have the necessary support equipment in order to be successful. We understand the challenges TDEM has been under with all of the natural disasters (Hurricanes) and COVID-19 this fall and their manpower required to handle all of these emergencies. However, this has made it difficult for us to receive the planning and direction we needed early on in this project. Not until this last week when your team came on-board, has there been the required focus on this project and communications with us so we can ensure the products meets your expectations. However, we are up to the task of making the necessary adjustments to make it all work as quickly as possible without reducing the level of product quality.

In addition, I have attached the Verification documents for the medical gas systems for the first two Mobile ICUs. We will make sure to print a copy that will stay in the Mobile ICUs, but it is of everyone's recommendation to obtain additional testing upon arrival to Site / Event #1, but not required. We also believe that it would be in everyone's best interest to have a second round of inspection after travel to Texas. That is totally your call on how you would proceed with that, but it would be our opinion to account for such.

**53' Dry Van Support Trailers** –

Now as for the (4 ea.) 53' support dry van trailers. We have exhausted all of our contacts and distributors to obtain new trailers. As I stated on my previous email, everyone is sold out until June 2021. As per your last response back to me, you told me to investigate used trailers since timing is critical. I was able to find a supplier with (4 ea.) just alike 2011 trailers in very good condition. They too can make the modifications that you are requiring. I am waiting on a quote for them for these trailers with the modifications completed. I was told that I would have the quote tomorrow.

**(4 ea.) Peterbilt Truck Tractors** –

I met with my dealership for these truck tractors. They have the four (4) that would meet your needs in-stock. I provided you with details and specifications for these Truck Tractors. We are waiting on your response to which way you would like for us to pursue.

MHF001001

**Some Medical Equipment Changeout** –

1. **HVAC Units** – As stated previous, we cannot return 8 ea. of the AC units that we already purchased. They do not meet the suppliers return policy. As for the new HVAC units that you specified, I tried to call and reached out to Jeff Collins for these units. Awaiting reply back from him.

2. **LIFEPAK 15 V4 Monitor/Defib** – I called and talked with Chad Lewis and sent him an email with what you would like for us to purchase for you. He told me that he was going to call you to discuss the way forward for these items.

3. **Zoll Model AEV PORTABLE VENTILATOR, 731 SERIES** – I tried to call them and it went to voicemail. Therefore, up until now, No one has called me back. Do you have a POC for me with direct phone number so I can call them?

As for the medical equipment that the items above will be replacing, I have sent off a request for return of these items from our supplier. I am still waiting on response to their return policy.

As I said above, there are a lot of moving parts going in many different directions. However, we are working through all of these issues as quickly as we possibly can.

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
[www.mhcfac.com](www.mhcfac.com)
[kyle@mhcfac.com](kyle@mhcfac.com)
678-232-4316

**From:**           kyle@mhcfac.com
**Sent:**           Mon, 30 Nov 2020 15:25:53 +00:00
**To:**           Misty Hampton
**Cc:**           Marlin C. Anderson; Dustin Hanks; David Gilliand; Alan Manheim
**Subject:**           Re: Delivery Location for 9 of the Patient Beds

Misty,
I just went on the Bres website and it states "The device is intended to be used in home, institution, hospitals and portable applications such as wheelchairs and gurneys. It may be used for both invasive and non-invasive ventilation. **The Vivo 65 is not intended to be used as a transport or critical care ventilator. Therefore, it is TRUE!**
As I stated in my first email that this was for a MOBILE ICU. See my email below:
Hi Misty,
As per my previous email, our current contract is for 4 Mobile ICU Facilities. This contract is with the Texas Division of Emergency Management. They are being funded for this contract by FEMA under the COVID-19 emergency situation.
When I asked you about the Ultrasound Machines, I did not realize you provided other equipment as well. Can you please provide me quotes for both new and refurbished? What I am seeking are:
1. 4 ea. Ultrasound Machines with probes (as discussed)
2. 36 ea. Ventilators
3. 36 ea. Syringe Pumps
4. 36 ea. Infusion Pumps
5. 36 ea. Patient Monitors
6. 8 ea. Defibrillators
7. 4 ea. Blanket Warmers
8. 4 ea. Portable X-Ray Machines
9. 36 ea. Welch Allyn 777 Integrated wall systems
10. 36 ea. sequential compression devices

I look forward to receiving the quote as soon as possible
**Since your company is a major medical equipment supplier, you know that an ICU is "CRITICAL CARE" and the ventilators that you were to supply required Critical Care. All of the other equipment that you provided us meets that criteria except for these ventilators. Therefore, you need to get with your supplier and force them to accept the return of these items. They have not been used in any aspect and are in their original packaging.**
**I have copied our corporate attourny (Alan Manheim) on this email so he is aware of the situation if required.**
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Kyle Affeldt
**Date:** Monday, November 30, 2020 at 10:11 AM



AFFELDT

EXHIBIT 73

09/08/22

MHF000690

**To:** Misty Hampton
**Cc:** "Marlin C. Anderson"
**Subject:** Re: Delivery Location for 9 of the Patient Beds
Good Morning Misty,
I am having a huge problem with the ventilators that you sold me. You sold me the following ventilator"
40VIVO65N BREAS VIVO 65 RESPIRATORY VENTILATOR 36.0000. EA 10,000.0000 360,000.00

My customer is refusing to pay for them since they said " It was brought to our attention that the ventilators you purchased are clearly marked **unable to be used in a critical care setting**. Unfortunately, we will not be able to use or pay for those. Those are items which would never have been able to be used in a mobile ICU." **Is this TRUE?** If so, you should have never sold us those since you knew how these were going to be used.
**If FALSE, PLEASE PROVIDE ME WITH IMMEDATE documentation to the contrary. If TRUE, I expect total refund for these items.**
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton
**Date:** Monday, November 30, 2020 at 9:16 AM
**To:** Kyle Affeldt
**Subject:** RE: Delivery Location for 9 of the Patient Beds
Understood. Thank you

**From:** Kyle Affeldt
**Sent:** Monday, November 30, 2020 9:06 AM
**To:** Misty Hampton
**Subject:** Re: Delivery Location for 9 of the Patient Beds
Yes Please!
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton
**Date:** Monday, November 30, 2020 at 9:00 AM
**To:** Kyle Affeldt
**Cc:** Skyler Carpenter
**Subject:** RE: Delivery Location for 9 of the Patient Beds

MHF000691

Good morning and thank you for the address, Kyle. Is it safe to ship the beds now?

**From:** Kyle Affeldt
**Sent:** Monday, November 30, 2020 8:58 AM
**To:** Misty Hampton
**Cc:** Skyler Carpenter
**Subject:** Re: Delivery Location for 9 of the Patient Beds

Good Monday Morning Misty,

Please ship the remaining beds to the following address:

Shane Kenneday
BrewCo Marketing Group
106 Brewer Drive
Central City, KY. 42330

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Friday, November 13, 2020 at 12:49 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Cc:** Skyler Carpenter <skyler.carpenter@avantehs.com>
**Subject:** RE: Delivery Location for 9 of the Patient Beds

Kyle,

May we please know who the shipping contact is for the nine hospital beds shipping to the new location?

Thanks

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Wednesday, November 11, 2020 6:07 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Delivery Location for 9 of the Patient Beds

Hello Misty,

The delivery of the hospital beds has been fluid with the increase in cases of COVID-19 in Texas. We were to initially deliver all of them to Camp Mabry in San Antonio; however, they need them as soon as we complete the build of the mobile ICU this week. Therefore, we would like to have 9 of these new hospital beds shipped to the following address with delivery NLT Wednesday 18 Nov 20. The location for the shipment is below:

Delivery address: STRAC Hanger: 310 Old Street, San Antonio, TX 78226

    a. image below and google maps link: https://goo.gl/maps/qemttwMVLLcTW7vD9
    b. Hanger is staffed M-F 0900-1700. Please CALL 210-233-5850 to coordinate deliveries.

MHF000692



Please confirm receipt of this email. As for the remainder of the hospital beds, the delivery location is still fluid; however, the delivery date will be 2 Dec 20. I will confirm with you the delivery location as soon as I receive it from my client.

Thanks,

Kyle

Kyle D. Affeldt

President and CEO

Mobile Healthcare Facilities

www.mhcfac.com

kyle@mhcfac.com

678-232-4316

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Date:** Monday, October 26, 2020 at 2:09 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Great News Misty!!!

Thanks

Kyle

On Oct 26, 2020 1:39 PM, Misty Hampton <misty.hampton@avantehs.com> wrote:

Looks like we are good to go and not charge sales tax!! 🙂🙂

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, October 26, 2020 11:34:36 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Misty

This is for Texas Division of Emergency Management. We are a reseller who is providing these to Texas as Tax Exempt. If we cannot make this work, we then will have to ship all of this to Texas.

NOT PREFERRED!!!

On Oct 26, 2020 8:12 AM, Misty Hampton <misty.hampton@avantehs.com> wrote:

Good morning Kyle,

MHF000693

My accounting department notified me today that if anything ships to Kentucky, sales tax will apply unless you have a KY exemption number. Are you tax exempt in KY?
Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Thursday, September 24, 2020 7:08 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Cc:** Marlin C. Anderson <marlin@mhcfac.com>
**Subject:** FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Morning Misty,
As per my phone call with you yesterday, we are going to purchase all of the equipment listed on the attached quote. Also attached in this email are:

1. Purchase Order for the purchase of this equipment.
2. Photo of the Payment Check for this purchase (As per your request). Let me know if you need me to mail this check.
3. Copy of the Texas Tax Exempt Form for the Texas Division of Emergency Management

Please do not ship this equipment until I let you know. I am still working the exact building on Camp Mabry to ship this to. I don't want this equipment to arrive and it goes to somewhere on the base and that is the wrong location. Also, I want the timing on the delivery to match the time when I am there to receive the shipping along with our customer.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Tuesday, September 15, 2020 at 9:18 AM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good morning Kyle,
Thank you for sharing your quote with me. We reviewed the quote, made some adjustments, and now we are able to offer a competitive price. If you are tax exempt, we will need your tax exempt certificate. We will pay the shipping fees on the ultrasound machines. You will also not be charged the logistics surcharge.
Because the ultrasound machines are coming from Samsung, they must be quoted separately.
Attached are two quotes: one for the ultrasounds, the other for the remaining items.
If your customer need a printer, EtCO2, wall mount or mobile stand for the monitors, pricing for these options is listed in the description on the quote.
Please let me know how I can help with any questions?
Thank you,
Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 3:50 PM

MHF000694

**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Afternoon Misty,
As per your request, attached is a copy of the quote that I received from GE. At this point, I am planning on purchasing most of the equipment from Avante. However, for some of the equipment, I am looking at other suppliers like GE since they are willing to provide NET 30-day terms. As I mentioned to your CEO, it now appears that I will be receiving an upfront payment from Texas. They told me on Sunday that they should receive some upfront funds from FEMA which will be sufficient to pay for the medical equipment. If so, then I can pay for all of the medical equipment when I order it. However, at this point, I am waiting to see if this comes to pass. If not, then I still need to get NET 30 days from my suppliers in order to meet the Purchase Order and complete the project.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Monday, September 14, 2020 at 1:48 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Kyle,
I understand that you spoke with our CEO, Joel. Thank you for taking the time to help him better understand your needs. He mentioned that you had received a quote from GE for 4 ultrasound machines for around $150k. There is a possibility we can come in lower than that but it would be really great to see how GE configured the machines. Is there any way that you could send me a copy of the quote? Feel free to remove the pricing and anything else you feel uncomfortable with sharing. It would be helpful to compare apples to apples.
Thank you!

Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 11:18 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Excellent!
Thanks
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com

MHF000695

678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Monday, September 14, 2020 at 9:49 AM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Your question was, "**Is the reason current inventory? How does this ventilator compare to the PB840?**"
Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product.

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 10:29 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Morning Misty,
Answers to your questions are below in **BLUE**
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Sunday, September 13, 2020 at 7:32 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Kyle,
Will all items ship to the same location? This is not explicitly indicated on the PO. A lift gate is required if you do not have a shipping dock.
What shipping method is preferred? **Ground**
   * Dock to dock delivery **YES**
   * Lift gate with curbside delivery
   * Lift gate and inside delivery
   * Lift gate with white glove delivery
Misty

**From:** Misty Hampton
**Sent:** Sunday, September 13, 2020 7:53 PM
**To:** Kyle Affeldt kyle@mhcfac.com
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Kyle,
I was finally able to source the portable x-ray machines. We can offer refurbished and new options. Attached are brochures for each system.

MHF000696

The price for four refurbished GE AMX4+ is $277,500.00. **We found another Vendor for the Portable X-Ray Machines. Their average price is $46,000 each.**
The price for four new Agfa DX-D 100+ is $534,250.00.
Wish model would you like me to include on this quote? **I do not need a quote for these units since I already have another supplier for this capability.**
Also, after speaking with our production director, we need to revise your quote to replace the PB840 vent with the Vivo 65 shown here: https://www.breas.com/products/vivo/vivo-65-usa/ **Is the reason current inventory? How does this ventilator compare to the PB840?**
I hope to have answers to your questions regarding payment terms and shipping estimate soon. **OK**
Thank you,
Misty

---

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Friday, September 11, 2020 4:55 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Afternoon Misty,
The other thing that I saw on the quote was not pricing for shipping. The location where this will be shipped to is: Texas Division of Emergency Management at Camp Mabry, Austin, Texas. The exact address on this military base is still to be determined.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Date:** Friday, September 11, 2020 at 9:58 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Misty,
Here is a copy of our Purchase Order with the State of Texas so you know this deal is real and something that you can show your management team so they too know this is a real deal.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

---

**From:** Darren Roberson <Darren.Roberson@tdem.texas.gov>
**Date:** Thursday, August 27, 2020 at 5:16 PM

**To:** Kyle Affeldt <kyle@mhcfac.com>, Kyle Affeldt <kyle@mhcfac.com>
**Cc:** Darren Roberson <Darren.Roberson@tdem.texas.gov>, Quenya Evans
<Quenya.Evans@tdem.texas.gov>, Cody Hays <Cody.Hays@tdem.texas.gov>, Robin Sheard
<Robin.Sheard@tdem.texas.gov>
**Subject:** 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good afternoon Kyle,

The following purchase order **20-0003-585** is issued to your company with the corresponding quote
provided for Mobile ICU w/ Truck Tractors

Please feel free to contact me with any questions upon reviewing the purchase order details.

Thank you for supporting Texas through this time!
**Thanks,**
**Darren K. Roberson, Sr., CTCD, CTCM**
**Contract Administrator**
**Texas Division of Emergency Management**
**(O) 512-424-7856 | (M) 512-574-1426**
**tdem.texas.gov | www.tamus.edu**



**This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any
information contained in the message. If you have received the message in error, please advise the sender by
reply e-mail and delete the message.**



**Page Vault**

| | |
|---|---|
| Document title: | TDEM Covid 19 Mobile ICU/Emergency Room Facilities - Mobile Healthcare Facilities LLC |
| Capture URL: | https://mhcfac.com/previous-projects/tdem-covid-19-mobile-icu-emergency-room-facilities/ |
| Captured site IP: | 178.63.171.13 |
| Page loaded at (UTC): | Tue, 14 Sep 2021 20:39:39 GMT |
| Capture timestamp (UTC): | Tue, 14 Sep 2021 20:39:41 GMT |
| Capture tool: | 2.32.0 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 7 |
| Capture ID: | nn7QwxPWLGPMivq9uW2uUs |
| User: | pv-leslie |

AFFELDT

**EXHIBIT 80**

09/08/22

PDF REFERENCE #:       fea9Q8eZAh8faKtyp4mV1t

Call Us Today! 1-678-232-7316 | sales@mhcfac.com



Customized Mobile
Facilities that Meet
Your Specific Medical
Service Needs...



Home    Mobile Facilities    Previous Projects    About Us    Meet the Staff    Contact US    🔍

**TDEM Covid 19 Mobile ICU/Emergency Room Facilities**



# Photos of four (4) TDEM Covid-19 Mobile ICU/Emergency Room Facilities in Texas


















Document title: TDEM Covid 19 Mobile ICU/Emergency Room Facilities - Mobile Healthcare Facilities LLC
Capture URL: https://mhcfac.com/previous-projects/tdem-covid-19-mobile-icu-emergency-room-facilities/
Capture timestamp (UTC): Tue, 14 Sep 2021 20:39:41 GMT









Document title: TDEM Covid 19 Mobile ICU/Emergency Room Facilities - Mobile Healthcare Facilities LLC
Capture URL: https://mhcfac.com/previous-projects/tdem-covid-19-mobile-icu-emergency-room-facilities/
Capture timestamp (UTC): Tue, 14 Sep 2021 20:39:41 GMT













Document title: TDEM Covid 19 Mobile ICU/Emergency Room Facilities - Mobile Healthcare Facilities LLC
Capture URL: https://mhcfac.com/previous-projects/tdem-covid-19-mobile-icu-emergency-room-facilities/
Capture timestamp (UTC): Tue, 14 Sep 2021 20:39:41 GMT

# Our commitment to customer satisfaction is our #1 Priority

*That is why we work with our customers to provide them a solution and not just a product.*

MOBILE HEALTHCARE FACILITIES LLC



5601 Maxon Marsh Drive
Powder Springs Ga 30127
Phone: 1-678-232-4316
Email: Get in Touch Today
Web: mhcfac.com



**We Build What You Need**

*With the BEST in Quality at the LOWEST Prices in this Market!*



All products are of the utmost quality and ISO:9001 compliant

CO

Your Name

Your Email

Subject

Your Message

Send

MOBILE HEALTHCARE FACILITIES

> COVID-19 Mobile ICU Facilities

> Mobile Dialysis Facilities

> Mobile Clinics

> Mobile Hospital Facilities

> Mobile Emergency Response Facilities

> Women's Healthcare Clinics



Document title: TDEM Covid 19 Mobile ICU/Emergency Room Facilities - Mobile Healthcare Facilities LLC
Capture URL: https://mhcfac.com/previous-projects/tdem-covid-19-mobile-icu-emergency-room-facilities/
Capture timestamp (UTC): Tue, 14 Sep 2021 20:39:41 GMT

# Our commitment to customer satisfaction is our #1 Priority

*That is why we work with our customers to provide them a solution and not just a product.*



### We Build What You Need

*With the BEST in Quality at the LOWEST Prices in this Market!*

**MOBILE HEALTHCARE FACILITIES LLC**



5601 Maxon Marsh Drive
Powder Springs Ga 30127
Phone: 1-678-232-4316
Email: Get in Touch Today
Web: mhcfac.com


9001 Compliant

All products are of the utmost quality and ISO:9001 compliant

CO

Your Name

Your Email

Subject

Your Message

Send

**MOBILE HEALTHCARE FACILITIES**

> COVID-19 Mobile ICU Facilities

> Mobile Dialysis Facilities

> Mobile Clinics

> Mobile Hospital Facilities

> Mobile Emergency Response Facilities

> Women's Healthcare Clinics

© Copyright 2021 Mobile Healthcare Facilities LLC. All rights reserved.

Exhibit B

**In the Matter Of:**

Mobile Healthcare vs Avante Health Slutions

---

**Misty Hampton**

*August 22, 2022*

---



934 Glenwood Ave SE
Suite 250
Atlanta, GA 30316
855.478.7376

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

MOBILE HEALTHCARE,              )
FACILITIES LLC,                 )
                                )
   Plaintiff,                   )
                                )CASE NO.
      vs.                       )1:21-ev-04038 CAP
                                )
AVANTE HEALTH SOLUTIONS,        )
                                )
   Defendant.                   )
_____  )
```

DEPOSITION OF

MISTY HAMPTON

August 22, 2022

10:00 a.m.

Remote Videoconference


Signature reserved


Janine Hohm, CCR, CVR

_____

IST REPORTING
1341 Moreland Avenue, Southwest
Suite 2000
Atlanta, Georgia  30316
855-478-7376



```
                   APPEARANCES OF COUNSEL:



ON BEHALF OF THE PLAINTIFF:

BRIAN S. GOLDBERG, ESQ
LEO KOGAN, ESQ
FREEMAN MATHIS & GARY LLP
100 GALLERIA PARKWAY
Suite 1600
Atlanta, Georgia   30339
678-996-9140
Brian.Goldberg@FMGLaw.com
Lkogan@fmglaw.com



ON BEHALF OF THE DEFENDANT:

SARAH TREVINO, ESQ
JASON ROBERT SCHEIDERER, ESQ
DENTONS US LLP-MO
4520 Main Street
Kansas City, Missouri   64111
816-460-2400
sarah.trevino@dentons.com
jason.scheiderer@dentons.com
```



```
 1                         CONTENTS

 2    DEPONENT                                    PAGE

 3    MISTY HAMPTON

 4    Examination by Mr. Goldstein                  8

 5    Examination by Ms. Trevino                  187

 6    Reexamination by Mr. Goldstein              189

 7

 8    EXHIBITS:    Description                     PAGE

 9    Plaintiff 1 Notice of deposition             13

10    Plaintiff 2  email:  Ultra sound machines    25

11    Plaintiff 3  email:  Top date 9/8/20         29

12    Plaintiff 4  email:  Top date 9/10/20        33

13    Plaintiff 5  email:  Top date 9/11/20 re quote error  34

14    Plaintiff 6  email:  Response                36

15    Plaintiff 7  email: revised quote            36

16    Plaintiff 8  email:  re: ultra sound order   37

17    Plaintiff 9  email:  Top date 9/8/20         43

18    Plaintiff 10 email:  Top date 9/10/20        44

19    Plaintiff 11 email:  Top date 9/11/20        49

20    Plaintiff 12 email:  Top date 9/11/20        50

21    Plaintiff 13 email:  Top date 9/13/20        51

22    Plaintiff 14 email re: ultra sound order     56

23    Plaintiff 15 email:  Top date 9/8/20         57

24    Plaintiff 16 email: Top date 9/10/20         60

25
```



```
 1   EXHIBITS Con't

 2

 3   Plaintiff 17 email:  Top date 9/11/20           67

 4   Plaintiff 18 email:  Top date 9/14/20           68

 5   Plaintiff 19 email:  Top date 9/14/20 order     72

 6   Plaintiff 20 email:  Top date/15/20             74

 7   Plaintiff 21 email:  Medical equipment          76

 8   Plaintiff 22 email:  Texas Tax Exempt           79

 9   Plaintiff 23 email:  Top date 9/20/20 P/O       85

10   Plaintiff 24 email:  Check# 1588                89

11   Plaintiff 25 email:  Top date 9/24/20           89

12   Plaintiff 26 email:  Top date 10/13/20          94

13   Plaintiff 27 email:  Top date 9/24/20           94

14   Plaintiff 28 email:  Re invoicing               98

15   Plaintiff 29 email:  Top date 11/18/20          104

16   Plaintiff 30 email:  Top date 11/20/20          105

17   Plaintiff 31 email:  Top date 11/20/20          106

18   Plaintiff 32 email:  Top date 11/20/20          107

19   Plaintiff 33 email:  Top date 11/20/20          115

20   Plaintiff 34 email:  Avante return policy       118

21   Plaintiff 35 email:  Re remaining nine beds     123

22   Plaintiff 36 email:  Top date 11/30/20          124

23   Plaintiff 37 email:  Top date 11/30/20          135

24   Plaintiff 38 email:  Top date 11/30/20          139

25   Plaintiff 39 email:  Top date 11/30/20          144
```

```
 1    EXHIBITS con't

 2

 3    Plaintiff 40 email:  RMA request                    147

 4    Plaintiff 41 email:  Top date 12/3/20               150

 5    Plaintiff 42 email:  Top date 12/3/20               152

 6    Plaintiff 43 email:  Top date 12/7/20               155

 7    Plaintiff 44 email:  Top date 12/7/20               162

 8    Plaintiff 45 ISO certificate                        169

 9    Plaintiff 46 Website ISO standard                   171

10    Plaintiff 47 Listing disclaimer                     174

11    Plaintiff 48 LinkedIn screenshot                    177

12    Plaintiff 49 LinkedIn screenshot                    180

13    Plaintiff 50 email:  Re retractaBed order           183

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE DEPONENT:  I don't know.

 2              MR. GOLDBERG:  Or the quote?  Sorry.

 3              THE DEPONENT:  No.  There was a revision made.

 4    BY MR. GOLDBERG:

 5        Q.   I'm sorry.  What revision was that?

 6        A.   There is a point where I told -- I informed

 7    Kyle that the hospital beds he had ordered were no

 8    longer available.  So I had provided him with options

 9    that we had in stock that could meet his timeline.

10        Q.   Okay.  And is this revision documented

11    anywhere?

12              MS. TREVINO:  Object to form.

13              THE DEPONENT:  Conversation is documented --

14              MR. GOLDBERG:  Sorry?  Sorry, what was the

15        objection?

16              MS. TREVINO:  Documented is (audio break) an

17        exhibit that you want to question her about, we can

18        do that.

19              MR. GOLDBERG:  Well, I'm asking her if there's

20        any -- any written documentation about the revision

21        she is referring to.  And I'll represent I don't

22        have any documentation about the revision she's

23        talking about.

24              MS. TREVINO:  The revision that she's talking

25        about is --
```

 1          MS. TREVINO:  You asked her to -- if she can

 2      discuss what it means.

 3  BY MR. GOLDBERG:

 4      **Q.   Well, tell me what it means to you.  You wrote**

 5  **it, right?**

 6      A.   Expert medical surgical equipment and services

 7  means that we can provide medical equipment and specific

 8  services based upon their needs.

 9      **Q.   Okay.  It says, We specialize in helping**

10  **physicians and practice managers by consulting equipment**

11  **purchases, among other things.  What does consulting**

12  **mean in that context?**

13      A.   It means that I can provide them with

14  specifications, any sort of technical -- technical terms

15  from the manual.  I can provide them any features if

16  they ask.  If they need assistance or guidance in -- in

17  selecting a product, I can provide them with as much

18  information provided to us from the manufacturer.

19      **Q.   Okay.  So it also says, Specialties:  Capital**

20  **medical equipment, consulting, new design build,**

21  **refurbished equipment, equipment training, installation,**

22  **and service.  What about -- what do you do in -- I mean,**

23  **there's also consulting listed there.  Would you say**

24  **that as far as specialties are concerned that's a**

25  **specialty that you have?**



 1      A.   A lot of times when it's a new build,

 2   specifically, or if they're refurbishing an existing

 3   building to make it a medical practice, we will consult

 4   with their architects (audio break) requirements needed

 5   for specific equipment.

 6      **Q.   Would you say that Kyle consulted with you**

 7   **when he was asking about which of the ventilators was**

 8   **better?**

 9           MS. TREVINO:  Object to form.

10           THE DEPONENT:  I would say that he could've

11       done better at consulting with me.

12   BY MR. GOLDBERG:

13      **Q.   He could've done better?**

14      A.   Yes.

15      **Q.   How so?**

16           MS. TREVINO:  Object to form.

17           THE DEPONENT:  I would say that if his

18       customer told him that he works with a specific

19       manufacturer for ventilators and defibrillators

20       after he had already ordered from us.

21   BY MR. GOLDBERG:

22      **Q.   Okay.  Well, do you just assume that he's**

23   **going to ask all the right questions -- or your**

24   **customers are going to ask all the right questions?**

25           MS. TREVINO:  Object to form.

```
 1                THE DEPONENT:  No.  I don't assume that.
 2                MR. GOLDBERG:  Okay.  All right.  This may be
 3         our last document, which I'm sure you're very happy
 4         to hear.  All right.  This is Plaintiff's Exhibit
 5         49.
 6                     (Whereupon, Plaintiff's Exhibit 49
 7                     was marked for the record.)
 8    BY MR. GOLDBERG:
 9         Q.   Do you recognize this document?
10         A.   Yes.  It looks like it's my -- my LinkedIn
11    page.
12         Q.   I'm sorry.  I didn't hear that.
13                THE COURT REPORTER:  Excuse me.  This is the
14         court reporter.
15                MR. GOLDBERG:  Sounded like you were --
16                THE COURT REPORTER:  I'm not -- yeah.  I'm
17         sorry.  I didn't get that.
18                MR. GOLDBERG:  You sounded like you were in a
19         tin can.  Sorry.
20                THE DEPONENT:  It looks like it's a screenshot
21         from my LinkedIn page.
22    BY MR. GOLDBERG:
23         Q.   Okay.  It says here that Avante medical -- I'm
24    sorry -- Avante Health Solutions is a premier surgical
25    and medical equipment supplier.  So you provide premier
```

 1   surgical and medical equipment.  And I think you said

 2   earlier, in the very beginning, across the globe, right?

 3              MS. TREVINO:  Object to form.

 4              THE DEPONENT:  The company does.  That's

 5        correct.

 6              MR. GOLDBERG:  Yes.  Thank you for correcting

 7        me.  That's what I meant.

 8   BY MR. GOLDBERG:

 9        Q.   So Avante Health Solutions is a premier

10   surgical and medical equipment supplier, and they are a

11   supplier that provides medical equipment across the

12   globe, right?

13        A.   Correct.

14        Q.   Says that you average over $1 million in

15   annual equipment sales.  Is that correct?

16              MS. TREVINO:  Object to form.

17              THE DEPONENT:  Yes.  At the time that this was

18        written, that is -- that was accurate.

19   BY MR. GOLDBERG:

20        Q.   Is that still the case?

21        A.   This year has yet to be seen.

22        Q.   Okay.  Do you know why Joel Weihe, however you

23   say his name, left the company?

24              MS. TREVINO:  Object to form.

25              THE DEPONENT:  I do not.



```
 1   BY MR. GOLDBERG:
 2        Q.   Do you know where he's at now?
 3        A.   No, I do not.
 4        Q.   So you don't know whether or not he was fired
 5   or he left voluntarily?
 6             MS. TREVINO:  Object to form.  Asked and
 7        answered.
 8             THE DEPONENT:  I had not heard that he had
 9        been fired.
10   BY MR. GOLDBERG:
11        Q.   Okay.  And you've not been in contact with him
12   since he left?
13        A.   Correct.
14        Q.   Okay.
15             MR. GOLDBERG:  Well, let me take a 10-minute
16        break.  That may be the end.  Okay?
17             MS. TREVINO:  Okay.
18             (Whereupon, a short break ensued.)
19             THE COURT REPORTER:  All right.  We're back on
20        the record.
21             MR. GOLDBERG:  I'm going to share my screen.
22        This is an email that, Sarah, you just sent to me.
23        I'm going to call it, although we have not added it
24        to our list we sent out -- this is Plaintiff's
25        Exhibit 50.  I'm going to share this.
```

```
 1                     (Whereupon, Plaintiff's Exhibit 50

 2                     was marked for the record.)

 3           MR. GOLDBERG:  Are you able to see it, Misty?

 4           THE DEPONENT:  Yes, I can see it.

 5  BY MR. GOLDBERG:

 6       Q.   Okay.  Now, we were talking about whether

 7  there was anything in writing about Kyle or Mobile

 8  Healthcare changing their order to the RetractaBed.  And

 9  I believe, correct me if I'm wrong, you stated that

10  there was an email you had sent about two different

11  options, right?

12       A.   That's correct.

13       Q.   Okay.  And that was because, essentially,

14  these Premio beds were not in stock, right?

15       A.   Right.  We were having supply issues.

16       Q.   Okay.  So is this the email that you were

17  referring to?

18       A.   No.  It was the email that --

19           MS. TREVINO:  Object to form.  Sorry.

20           MR. GOLDBERG:  I'm sorry.  I didn't hear any

21      of that.  Were there two people talking?

22           MS. TREVINO:  Yeah.  I objected to form.

23      Misty, sorry, go ahead and repeat your answer.

24           THE DEPONENT:  I was referring to the email

25      that was attached.
```

```
 1              MR. GOLDBERG:  Okay.  And we don't have that,
 2         though, do we?  Or do you have it -- we haven't
 3         been provided that, Sarah?
 4              MS. TREVINO:  I don't -- I'm not aware of
 5         whether it's in the discovery or not.  I can go
 6         back and look.  And if you haven't been provided
 7         it, I'm sure we can do another sweep and find the
 8         attachment to this.
 9              MR. GOLDBERG:  Okay.
10              MS. TREVINO:  It's possible -- off the record,
11         please.
12              (Whereupon, a short break ensued.)
13              MR. GOLDBERG:  Okay.  I'm going to ask one --
14         well, no, like, one little thing left here.  I'm
15         sharing.  Back to your about me section.  Are you
16         able to see this?
17              THE DEPONENT:  Yes.
18              MR. GOLDBERG:  This is Plaintiff's Exhibit 48
19    BY MR. GOLDBERG:
20         Q.   And where it says expert medical surgical
21    equipment and services, are you referring to yourself as
22    an expert, or are you referring to Avante as an expert
23    or something else?
24              MS. TREVINO:  Object to form.
25              THE DEPONENT:  I am referring to Avante.
```

1  BY MR. GOLDBERG:

2      **Q.   Okay.  So you would not consider yourself an**

3  **expert?**

4          MS. TREVINO:  Object to form.

5          THE DEPONENT:  I do consider myself somewhat

6      of an expert.

7  BY MR. GOLDBERG:

8      **Q.   Okay.  In medical equipment?**

9          MS. TREVINO:  Object to form.

10         THE DEPONENT:  Some -- some more than others.

11 BY MR. GOLDBERG:

12     **Q.   In ventilators?**

13     A.   No.  No, I would not say that I'm an expert in

14 ventilators.

15     **Q.   In hospital beds?**

16         MS. TREVINO:  Object to form.

17         THE DEPONENT:  I -- I am not a clinician and

18     wouldn't be able to claim that I'm an expert in all

19     of the equipment that we sell.

20 BY MR. GOLDBERG:

21     **Q.   So you said you're not able -- it broke up at**

22 **the end.  I just wanted to make sure I understood what**

23 **you said.  Please repeat that.**

24     A.   I am not a clinician and would not claim to be

25 an expert in all of the equipment that we sell.



1        Q.   What are you an expert -- what equipment are
2   you an expert in?
3            MS. TREVINO:  Object to form.  She's not
4        qualified to qualify herself as -- as an expert.
5            MR. GOLDBERG:  She literally just said that
6        she's not an expert in -- in certain things and
7        maybe in some.  So I'm trying to ask -- follow that
8        line of questioning.
9            THE DEPONENT:  I would say that I know more --
10       I know a little bit about a lot.
11   BY MR. GOLDBERG:
12       Q.   Okay.  I don't know what that means.  Can you
13   explain that?
14       A.   Well, we sell a lot of equipment and so I know
15   a little bit about a lot of what we sell.  I would not
16   claim to be in expert on every single piece of equipment
17   that we sell.
18       Q.   Okay.  There's no specific equipment that you
19   consider yourself to be an expert in?
20       A.   Correct.
21       Q.   Okay.
22           MR. GOLDBERG:  All right.  I think that
23       probably wraps it up.  Sarah, did you have any
24       follow-up questions?
25           MS. TREVINO:  Yeah.  I just have a couple.

**From:** kyle@mhcfac.com
**Sent:** Thu, 10 Sep 2020 22:30:39 +00:00
**To:** Misty Hampton
**Subject:** Re: Ultrasound Quote

Hello Misty,
Can you please provide me with an update as to the quote for these items?
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Kyle Affeldt
**Date:** Tuesday, September 8, 2020 at 8:24 AM
**To:** Misty Hampton
**Subject:** Re: Ultrasound Quote
Hi Misty,
As per my previous email, our current contract is for 4 Mobile ICU Facilities. This contract is with the
Texas Division of Emergency Management. They are being funded for this contract by FEMA under the
COVID-19 emergency situation.
When I asked you about the Ultrasound Machines, I did not realize you provided other equipment as
well. Can you please provide me quotes for both new and refurbished? What I am seeking are:

1. 4 ea. Ultrasound Machines with probes (as discussed)
2. 36 ea. Ventilators
3. 36 ea. Syringe Pumps
4. 36 ea. Infusion Pumps
5. 36 ea. Patient Monitors
6. 8 ea. Defibrillators
7. 4 ea. Blanket Warmers
8. 4 ea. Portable X-Ray Machines
9. 36 ea. Welch Allyn 777 Integrated wall systems
10. 36 ea. sequential compression devices

I look forward to receiving the quote as soon as possible. In addition, I understand that your company
does provide NET 30-day terms. Since this is a government contract, our contract with our customer is
currently NET 30-day terms. We can supply your company a copy of the Purchase Order to verify this is a
real project that we have been rewarded.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com


EXHIBIT
4

678-232-4316

**From:** Misty Hampton
**Date:** Thursday, August 27, 2020 at 4:11 PM
**To:** Kyle Affeldt
**Subject:** FW: Ultrasound Quote

Hi Kyle,

Just following up in regards to the ultrasound machine request.

Did you have a chance to review the information sent on Tuesday?

Please let me know how I can help with questions.

Thank you,

Misty

877-321-8201

**From:** Misty Hampton
**Sent:** Tuesday, August 25, 2020 11:59 AM
**To:** kyle@mhcfac.com
**Subject:** Ultrasound Quote

Hi Kyle,

It was a pleasure speaking with you today! Thank you for considering Avante Health Solutions with regards to your need for ultrasound systems. I appreciate the time you spent with Monica and I to help us better understand your needs.

We truly believe the Samsung HS40 is going to be the best option, after considering your needs and space constraints. Attached is a brochure with additional specifications.

We are able to offer a 49% discount for the purchase of 10 systems! Included with each system is a two year warranty and one-day applications training. This information is available in your attached quotation.

Should you have any questions or if I can help with anything else, just let me know.

Thanks again and looking forward to hearing from you soon!

Misty

**Misty Hampton**
Sales Representative
Capital Equipment
T: **877-321-8201**
**AvanteHS.com**



One Source To Maximize Equipment Performance
Medical • Monitoring • Imaging • Ultrasound • Oncology
**Learn about our ISO quality standards**

CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.



**Quote**

**Capital Sales - Louisville**          800-462-8195
2601 Stanley Gault Parkway, Suite 101
Louisville, KY 40223
*https://avantehs.com/*

| | |
|---|---|
| **Document Nbr.:** | **Q015718** |
| **Document Date:** | 9/11/2020 |
| **Expiry Date:** | 10/11/2020 |
| **Customer ID:** | C086169 |

**Created by:**     Hampton, Misty
**Email:**     misty.hampton@avantehs.com

| Bill To |
|---|
| Mobile Healthcare Facilities |
| , |
| United States of America |

| Ship To |
|---|
| Mobile Healthcare Facilities |
| GA |
| United States of America |

**Created for:**     Kyle Affeltt
**Email:**     kyle@mhcfac.com
**Phone:**     678-232-4316

| PO Number | Terms | | FOB Point | Ship Via |
|---|---|---|---|---|
| | | | | |

| SKU | DESCRIPTION | QTY. | UOM | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| /89100 | SAMSUNG HS40 ULTRASOUND MACHINE WITH PROBES - NEW TO INCLUDE 24-MONTH WARRANTY | 4.0000 | EA | 46,568.1000 | 186,272.40 |
| 40840RS | PURITAN BENNETT PB840 VENTILATOR - REFURBISHED WITH NEW HOSES AND 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 10,350.0000 | 372,600.00 |
| 40840C | COMPRESSOR FOR PB 840 VENTILATOR - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 650.0000 | 23,400.00 |
| 73500SP50RS | MEDFUSION 3500 SYRINGE PUMP - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 1,050.0000 | 37,800.00 |
| 76000SRS | SIGMA SPECTRUM INFUSION PUMP - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 1,050.0000 | 37,800.00 |
| 66012B2RS | DRE WAVELINE EZ MONITOR - NEW TO INCLUDE 24-MONTH PARTS AND LABOR WARRANTY | 36.0000 | EA | 1,800.0000 | 64,800.00 |
| | * Add $450.00 for printer<br>* Add $1,500.00 for EtCO2<br>* Add $350 for wall mount or mobile stand | | | | |
| 71000BARS | ZOLL M-SERIES BIPHASIC DEFIBRILLATOR - REFURBISHED TO INCLUDE 12-MONTH DEFECTIVE PARTS WARRANTY | 8.0000 | EA | 1,350.0000 | 10,800.00 |
| 70024G | DRE COMFORT VC5 BLANKET WARMER - NEW TO INCLUDE 12-MONTH LABOR, 24-MONTH PARTS WARRANTY | 4.0000 | EA | 4,600.0000 | 18,400.00 |
| 70GH350WDSRS | DRE WS350 WALL MOUNT DIAGNOSTIC SYSTEM - NEW WITH 12-MONTH PARTS WARRANTY | 36.0000 | EA | 825.0000 | 29,700.00 |



EXHIBIT
8

 | **Quote**

**Capital Sales - Louisville**        800-462-8195
2601 Stanley Gault Parkway, Suite 101
Louisville, KY 40223
*https://avantehs.com/*

| | |
|---|---|
| **Document Nbr.:** | **Q015718** |
| **Document Date:** | 9/11/2020 |
| **Expiry Date:** | 10/11/2020 |
| **Customer ID:** | C086169 |

**Created by:**   Hampton, Misty
**Email:**   misty.hampton@avantehs.com

| Bill To |
|---|
| Mobile Healthcare Facilities |
| , |
| United States of America |

| Ship To |
|---|
| Mobile Healthcare Facilities |
| GA |
| United States of America |

**Created for:**   Kyle Affeltt
**Email:**   kyle@mhcfac.com
**Phone:**   678-232-4316

| PO Number | Terms |
|---|---|
| | |

| FOB Point | Ship Via |
|---|---|
| | |

| SKU | DESCRIPTION | QTY. | UOM | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 7SCD700 | KENDALL SCD 700 SEQUENTIAL COMPRESSION DEVICE - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 750.0000 | 27,000.00 |
| 7JVIP2RS | AVANTE PREMIO PLUS E250 ELECTRIC HOSPITAL BED - NEW WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 2,550.0000 | 91,800.00 |
| /65080 | SHIPPING WILL APPLY AND WILL BE ESTIMATED ONCE THE ORDER IS PLACED | 0.0000 | EA | 0.0000 | 0.00 |

| | |
|---|---|
| **Sales Total:** | 900,372.40 |
| **Freight & Misc.:** | |
| **Tax Total:** | 0.00 |
| **Total (USD):** | 900,372.40 |

**From:**       kyle@mhcfac.com
**Sent:**       Fri, 11 Sep 2020 14:58:44 +00:00
**To:**         Misty Hampton
**Subject:**    FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
**Attachments:** 20-0003-585_MobileHealthcareFacilities_MobileICU_Units.pdf

Misty,
Here is a copy of our Purchase Order with the State of Texas so you know this deal is real and something
that you can show your management team so they too know this is a real deal.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Darren Roberson
**Date:** Thursday, August 27, 2020 at 5:16 PM
**To:** Kyle Affeldt , Kyle Affeldt
**Cc:** Darren Roberson , Quenya Evans , Cody Hays , Robin Sheard
**Subject:** 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good afternoon Kyle,

The following purchase order **20-0003-585** is issued to your company with the corresponding quote
provided for Mobile ICU w/ Truck Tractors

Please feel free to contact me with any questions upon reviewing the purchase order details.

Thank you for supporting Texas through this time!
**Thanks,**
**Darren K. Roberson, Sr., CTCD, CTCM**
**Contract Administrator**
**Texas Division of Emergency Management**
**(O) 512-424-7856 | (M) 512-574-1426**
**tdem.texas.gov | www.tamus.edu**



**This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any
information contained in the message. If you have received the message in error, please advise the sender by
reply e-mail and delete the message.**





**EXHIBIT 21**

**Quote**

**Capital Sales - Louisville**   800-462-8195

2601 Stanley Gault Parkway, Suite 101
Louisville, KY 40223
*https://avantehs.com/*

| | |
|---|---|
| **Document Nbr.:** | Q015718 |
| **Document Date:** | 9/11/2020 |
| **Expiry Date:** | 10/11/2020 |
| **Customer ID:** | C086169 |

**Created by:**   Hampton, Misty
**Email:**   misty.hampton@avantehs.com

**Bill To**
Mobile Healthcare Facilities
,
United States of America

**Ship To**
Mobile Healthcare Facilities
GA
United States of America

**Created for:**   Kyle Affeltt
**Email:**   kyle@mhcfac.com
**Phone:**   678-232-4316

| PO Number | Terms |
|---|---|
| | |

| FOB Point | Ship Via |
|---|---|
| | |

| SKU | DESCRIPTION | QTY. | UOM | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 40VIVO65N | BREAS VIVO 65 RESPIRATORY VENTILATOR | 36.0000 | EA | 10,000.0000 | 360,000.00 |
| 73500SP50RS | MEDFUSION 3500 SYRINGE PUMP - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 1,050.0000 | 37,800.00 |
| 76000SRS | SIGMA SPECTRUM INFUSION PUMP - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 1,050.0000 | 37,800.00 |
| 66012B2RS | DRE WAVELINE EZ MONITOR - NEW TO INCLUDE 24-MONTH PARTS AND LABOR WARRANTY | 36.0000 | EA | 1,800.0000 | 64,800.00 |
| | * Add $450.00 for printer<br>* Add $1,500.00 for EtCO2<br>* Add $350 for wall mount or mobile stand | | | | |
| 71000BARS | ZOLL M-SERIES BIPHASIC DEFIBRILLATOR - REFURBISHED TO INCLUDE 12-MONTH DEFECTIVE PARTS WARRANTY | 8.0000 | EA | 1,350.0000 | 10,800.00 |
| 70024G | DRE  COMFORT VC5 BLANKET WARMER - NEW TO INCLUDE 12-MONTH LABOR, 24-MONTH PARTS WARRANTY | 4.0000 | EA | 4,600.0000 | 18,400.00 |
| 70GH350WDSRS | DRE WS350 WALL MOUNT DIAGNOSTIC SYSTEM - NEW WITH 12-MONTH PARTS WARRANTY | 36.0000 | EA | 825.0000 | 29,700.00 |
| 7SCD700 | KENDALL SCD 700 SEQUENTIAL COMPRESSION DEVICE - REFURBISHED WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 750.0000 | 27,000.00 |
| 7JVIP2RS | AVANTE PREMIO PLUS E250 ELECTRIC HOSPITAL BED - NEW WITH 12-MONTH DEFECTIVE PARTS WARRANTY | 36.0000 | EA | 2,550.0000 | 91,800.00 |
| /65080 | DOCK TO DOCK DELIVERY | 1.0000 | EA | 3,900.0000 | 3,900.00 |



**Quote**

**Capital Sales - Louisville**    800-462-8195
2601 Stanley Gault Parkway, Suite 101
Louisville, KY 40223
*https://avantehs.com/*

| | |
|---|---|
| **Document Nbr.:** | **Q015718** |
| **Document Date:** | 9/11/2020 |
| **Expiry Date:** | 10/11/2020 |
| **Customer ID:** | C086169 |

**Created by:**   Hampton, Misty
**Email:**   misty.hampton@avantehs.com

| Bill To |
|---|
| Mobile Healthcare Facilities |
| , |
| United States of America |

| Ship To |
|---|
| Mobile Healthcare Facilities |
| GA |
| United States of America |

**Created for:**   Kyle Affeltt
**Email:**   kyle@mhcfac.com
**Phone:**   678-232-4316

| PO Number | Terms |
|---|---|
| | |

| FOB Point | Ship Via |
|---|---|
| | |

| SKU | DESCRIPTION | QTY. | UOM | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| **Sales Total:** | 682,000.00 |
| **Freight & Misc.:** | |
| **Tax Total:** | 0.00 |
| **Total (USD):** | 682,000.00 |

Exhibit C

**From:** Misty Hampton
**Sent:** Thu, 24 Sep 2020 13:40:02 +00:00
**To:** Kyle Affeldt
**Cc:** Marlin C. Anderson
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good morning Kyle,

Thank you for your order and sending a photo of the check. Please do not mail the check. We will process payment electronically. 😊

Do you have a rough idea on lead time? Some of these items require manufacturing and will take time.

Also, I just spoke with my production manager and was told we have a shortage on the Premio E250 hospital bed however more will be available the first week of December. If you require delivery before then, the good news is we have two options in stock which would work as a replacement.

Here are links to the hospital beds we have in stock:

- Avante Premio M3 manual hospital bed – Available for $1,300.00 each
- Avante Premio RB electric patient bed – available for $2,000.00 each

Here is a link for more information. The https://avantehs.com/p/avante-premio-rb/17284

Both are new, come with the mattress and one-year defective parts warranty.

I apologize for this inconvenience. If you need something right away, these are the best options. We will revise your order and refund the difference if you choose one of these options.

Thank you again,

Misty

**Misty Hampton**
Sales Representative
Capital Equipment
T: **877-321-8201**
**AvanteHS.com**



One Source To Maximize Equipment Performance
Medical • Monitoring • Imaging • Ultrasound • Oncology
**Learn about our ISO quality standards**
CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.

**From:** Kyle Affeldt
**Sent:** Thursday, September 24, 2020 7:08 AM
**To:** Misty Hampton
**Cc:** Marlin C. Anderson
**Subject:** FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good Morning Misty,

MHF001310

MHF001310

As per my phone call with you yesterday, we are going to purchase all of the equipment listed on the attached quote. Also attached in this email is:

1. Purchase Order for the purchase of this equipment.
2. Photo of the Payment Check for this purchase (As per your request). Let me know if you need me to mail this check.
3. Copy of the Texas Tax Exempt Form for the Texas Division of Emergency Management

Please do not ship this equipment until I let you know. I am still working the exact building on Camp Mabry to ship this to. I don't want this equipment to arrive and it goes to somewhere on the base and that is the wrong location. Also, I want the timing on the delivery to match the time when I am there to receive the shipping along with our customer.

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Tuesday, September 15, 2020 at 9:18 AM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good morning Kyle,

Thank you for sharing your quote with me. We reviewed the quote, made some adjustments, and now we are able to offer a competitive price. If you are tax exempt, we will need your tax exempt certificate. We will pay the shipping fees on the ultrasound machines. You will also not be charged the logistics surcharge.

Because the ultrasound machines are coming from Samsung, they must be quoted separately. Attached are two quotes: one for the ultrasounds, the other for the remaining items.

If your customer need a printer, EtCO2, wall mount or mobile stand for the monitors, pricing for these options is listed in the description on the quote.

Please let me know how I can help with any questions?

Thank you,

Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 3:50 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good Afternoon Misty,

As per your request, attached is a copy of the quote that I received from GE. At this point, I am planning on purchasing most of the equipment from Avante. However, for some of the equipment, I am looking at other suppliers like GE since they are willing to provide NET 30-day terms. As I mentioned to your CEO, it now appears that I will be receiving an upfront payment from Texas. They told me on Sunday that they should receive some upfront funds from FEMA which will be sufficient to pay for the medical equipment. If so, then I can pay for all of the medical equipment when I order it. However, at this point,

I am waiting to see if this comes to pass. If not, then I still need to get NET 30 days from my suppliers in order to meet the Purchase Order and complete the project.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Monday, September 14, 2020 at 1:48 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Kyle,
I understand that you spoke with our CEO, Joel. Thank you for taking the time to help him better understand your needs. He mentioned that you had received a quote from GE for 4 ultrasound machines for around $150k. There is a possibility we can come in lower than that but it would be really great to see how GE configured the machines. Is there any way that you could send me a copy of the quote? Feel free to remove the pricing and anything else you feel uncomfortable with sharing. It would be helpful to compare apples to apples.
Thank you!


Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 11:18 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Excellent!
Thanks
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Monday, September 14, 2020 at 9:49 AM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Your question was, "**Is the reason current inventory? How does this ventilator compare to the PB840?**"

Finding 36 refurbished ventilators of the same model is very difficult due to the current pandemic. The Vivo 65 is new and also does not require an air compressor, like the PB840. You are saving money and providing a better quality product.

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Monday, September 14, 2020 10:29 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good Morning Misty,

Answers to your questions are below in **BLUE**

Very Respectfully,

Kyle

Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton <misty.hampton@avantehs.com>
**Date:** Sunday, September 13, 2020 at 7:32 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Kyle,

Will all items ship to the same location? This is not explicitly indicated on the PO. A lift gate is required if you do not have a shipping dock.

What shipping method is preferred? **Ground**

- Dock to dock delivery **YES**
- Lift gate with curbside delivery
- Lift gate and inside delivery
- Lift gate with white glove delivery

Misty

**From:** Misty Hampton
**Sent:** Sunday, September 13, 2020 7:53 PM
**To:** Kyle Affeldt kyle@mhcfac.com
**Subject:** RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Kyle,

I was finally able to source the portable x-ray machines. We can offer refurbished and new options. Attached are brochures for each system.

The price for four refurbished GE AMX4+ is $277,500.00. **We found another Vendor for the Portable X-Ray Machines. Their average price is $46,000 each.**

The price for four new Agfa DX-D 100+ is $534,250.00.

Wish model would you like me to include on this quote? **I do not need a quote for these units since I already have another supplier for this capability.**

Also, after speaking with our production director, we need to revise your quote to replace the PB840 vent with the Vivo 65 shown here: https://www.breas.com/products/vivo/vivo-65-usa/ **Is the reason current inventory? How does this ventilator compare to the PB840?**
I hope to have answers to your questions regarding payment terms and shipping estimate soon. **OK**
Thank you,
Misty

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Sent:** Friday, September 11, 2020 4:55 PM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** Re: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Good Afternoon Misty,
The other thing that I saw on the quote was not pricing for shipping. The location where this will be shipped to is: Texas Division of Emergency Management at Camp Mabry, Austin, Texas. The exact address on this military base is still to be determined.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Kyle Affeldt <kyle@mhcfac.com>
**Date:** Friday, September 11, 2020 at 9:58 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Subject:** FW: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor
Misty,
Here is a copy of our Purchase Order with the State of Texas so you know this deal is real and something that you can show your management team so they too know this is a real deal.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Darren Roberson <Darren.Roberson@tdem.texas.gov>
**Date:** Thursday, August 27, 2020 at 5:16 PM
**To:** Kyle Affeldt <kyle@mhcfac.com>, Kyle Affeldt <kyle@mhcfac.com>
**Cc:** Darren Roberson <Darren.Roberson@tdem.texas.gov>, Quenya Evans <Quenya.Evans@tdem.texas.gov>, Cody Hays <Cody.Hays@tdem.texas.gov>, Robin Sheard <Robin.Sheard@tdem.texas.gov>
**Subject:** 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Good afternoon Kyle,

The following purchase order **20-0003-585** is issued to your company with the corresponding quote provided for Mobile ICU w/ Truck Tractors

Please feel free to contact me with any questions upon reviewing the purchase order details.

Thank you for supporting Texas through this time!
**Thanks,**
**Darren K. Roberson, Sr., CTCD, CTCM**
**Contract Administrator**
**Texas Division of Emergency Management**
**(O) 512-424-7856 | (M) 512-574-1426**
**tdem.texas.gov | www.tamus.edu**



**This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.**

MHF001315

MHF001310

Exhibit D

**From:**          Misty Hampton
**Sent:**          Mon, 07 Dec 2020 16:59:18 +00:00
**To:**            Kyle Affeldt; Marlin C. Anderson
**Cc:**            Alan Manheim
**Subject:**       RE: Return of Vivo 65 Ventilators
**Attachments:**   RE: 20-0003-585_Mobile Healthcare Facilities - Mobile ICU w/ Truck Tractor

Kyle,
Please see the attached email where we discussed the availability of the Premio hospital bed. I offered two alternatives because the Premio bed would not be available within your time frame. We had a phone conversation and you selected the $2,000.00 Premio RB Patient Bed which is privately labeled for us. Did you not share the specs on the replacement with your customer?
We are being told that delivery of the beds you ordered is being refused. We have already delivered 9 of these beds and are attempting to deliver the remaining 27 now.

**From:** Kyle Affeldt
**Sent:** Monday, December 7, 2020 11:40 AM
**To:** Marlin C. Anderson ; Misty Hampton <misty.hampton@avantehs.com>
**Cc:** Alan Manheim <alan@acmlaw.net>
**Subject:** Re: Return of Vivo 65 Ventilators
Misty,
What is Avante doing and trying to pull???
I purchased 36 Avante 250 Premo Plus Electrical Hospital Beds! What I received are pieces of crap Med Mizer Retract a Beds!!!!! The type of bed and level of quality is not even close!!!
Here is what I purchased:



Here is what I got:

MHF001306

MHF001306



**SS RetractaBed®**

Between the wrong VENTS and Now This, MY CUSTOMER FEMA IS NOT HAPPY!!
GET ME THE RIGHT ONES IMMEDIATELY!!! AND GIVE ME THE RMA FOR RETURN OF THE VENTS AND
THESE FIRST 9 BEDS AND YOU HAVE SOMEONE COME AND PICK THEM UP!!!!!!!!
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** "Marlin C. Anderson" <marlin@mhcfac.com>
**Date:** Friday, December 4, 2020 at 11:11 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Cc:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** Return of Vivo 65 Ventilators
Good afternoon Misty,
Please provide me the proper person to handle the return of the ventilators.
I have patiently waited all week for a response. I need to talk to your management team today.
Please provide contact information or provide mine and let them know I am requesting a meeting
today.
While you have been quite helpful, I am very disappointed that we are having to beg for a response
from your management.
If not resolved today, next week we will take another approach.
Thanks,
Marlin Anderson
VP MHCFAC
marlin@acmelan.com
www.mhcfac.com

**From:** Marlin C. Anderson
**Sent:** Thursday, December 3, 2020 12:38 PM
**To:** Misty Hampton; Kyle Affeldt; Shane Kennedy
**Subject:** RE: Delivery & Returns
Thanks for the call Misty.

Per our conversation, the rest the Beds will arrive at Brewco on Monday, December 7th.
Brewco will receive them, as the rest of us will be in Texas.

MHF001307

MHF001306

I am looking forward to your managements decision on the Ventilator returns.
If it is not favorable, they need to contact me immediately.
Regards,
Marlin Anderson
VP MHCFAC
612-865-0393
marlin@mhcfac.com
www.mhcfac.com

**From:** Marlin C. Anderson
**Sent:** Thursday, December 3, 2020 12:08 PM
**To:** Misty Hampton
**Cc:** Kyle Affeldt
**Subject:** Delivery & Returns
**Importance:** High
Good afternoon Misty,
Please call me to discuss our issues. I have attempted a couple calls and left a message.
We need to find out when we can expect delivery for the Beds. Need to schedule manpower for packing and scheduling next leg to Texas.
We need resolution for the 'Return of the Vivo 65 Ventilators'.
Thanks so much,
Marlin Anderson
VP MHCFAC
612-865-0393
marlin@mhcfac.com
www.mhcfac.com

Exhibit E

**From:**          Joe Palfini
**Sent:**          Mon, 07 Dec 2020 21:04:08 +00:00
**To:**            Kyle Affeldt
**Subject:**       Avante wave line EZx

Kyle,

How much would it be to add two invasive blood pressure modules and an end tidal $Co2$ module with cables for each of the nine monitors in each trailer?

It wasn't originally ordered, but we'll need them for COVID patients.

Thanks,
Joe

Sent from my iPhone

Exhibit F

**From:**          kyle@mhcfac.com
**Sent:**          Tue, 08 Dec 2020 08:34:41 +00:00
**To:**          Misty Hampton; Marlin C. Anderson
**Cc:**          Alan Manheim; Joe Segree; joel.weihe@avantehs.com
**Subject:**        Re: Return of Vivo 65 Ventilators

Misty,
That is totally unacceptable. We did not order the bed you shipped us. We are not going to pay a 20% restock fee for your company trying to commit fraud. I need to know when I will be receiving the beds that I ordered. I also need to know when I will be receiving the RMA for the wrong ventilators?
What also just came to my attention, you also sold me the wrong patient monitors. What we were to also have are the monitors that also have two invasive blood pressure modules and an end tidal $CO_2$ module with cables. I am sure there is a difference in the price for the right ones. I need to know what the additional cost would be for the right ones.
Very Respectfully,
Kyle
Kyle D. Affeldt
President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** Misty Hampton
**Date:** Monday, December 7, 2020 at 2:27 PM
**To:** Kyle Affeldt , "Marlin C. Anderson"
**Cc:** Alan Manheim , Joe Segree
**Subject:** RE: Return of Vivo 65 Ventilators
Kyle,
Because the hospital beds are a product that we stock and after consulting with management, we have decided to accept their return. We typically offer a full credit or a refund with 40% restocking fee. Management is allowing me to reduce this restocking fee to 20% if you would prefer a refund. We will also deduct the return shipment costs from the return of the beds. There will be two return shipments of the beds: the refusal for delivery of 27 beds today, and the pick up of the 9 beds which were already delivered.
If you would like to proceed with the return of the beds for a refund, please confirm the address and shipping contact for where we should pick up the 9 beds and I will process that return. Once all beds are returned, our accounting department will issue a check for the refund. If you have any questions, please send them to me in writing.
Thank you,
Misty
**Misty Hampton**
Sales Representative
Capital Equipment
T: **877-321-8201**
**AvanteHS.com**

MHF000660

MHF000660



One Source To Maximize Equipment Performance
Medical • Monitoring • Imaging • Ultrasound • Oncology

Learn about our ISO quality standards

CONFIDENTIALITY NOTICE: This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying , distribution and use are prohibited; please notify us immediately and delete this copy from your system.

**From:** Kyle Affeldt
**Sent:** Monday, December 7, 2020 11:40 AM
**To:** Marlin C. Anderson ; Misty Hampton
**Cc:** Alan Manheim
**Subject:** Re: Return of Vivo 65 Ventilators

Misty,

What is Avante doing and trying to pull???

I purchased 36 Avante 250 Premo Plus Electrical Hospital Beds! What I received are pieces of crap Med Mizer Retract a Beds!!!!! The type of bed and level of quality is not even close!!!

Here is what I purchased:



Here is what I got:



Between the wrong VENTS and Now This, MY CUSTOMER FEMA IS NOT HAPPY!!
GET ME THE RIGHT ONES IMMEDIATELY!!! AND GIVE ME THE RMA FOR RETURN OF THE VENTS AND THESE FIRST 9 BEDS AND YOU HAVE SOMEONE COME AND PICK THEM UP!!!!!!!!!
Very Respectfully,
Kyle
Kyle D. Affeldt

MHF000661

MHF000660

President and CEO
Mobile Healthcare Facilities
www.mhcfac.com
kyle@mhcfac.com
678-232-4316

**From:** "Marlin C. Anderson" <marlin@mhcfac.com>
**Date:** Friday, December 4, 2020 at 11:11 AM
**To:** Misty Hampton <misty.hampton@avantehs.com>
**Cc:** Kyle Affeldt <kyle@mhcfac.com>
**Subject:** Return of Vivo 65 Ventilators
Good afternoon Misty,
Please provide me the proper person to handle the return of the ventilators.
I have patiently waited all week for a response. I need to talk to your management team today.
Please provide contact information or provide mine and let them know I am requesting a meeting today.
While you have been quite helpful, I am very disappointed that we are having to beg for a response from your management.
If not resolved today, next week we will take another approach.
Thanks,
Marlin Anderson
VP MHCFAC
marlin@acmelan.com
www.mhcfac.com

**From:** Marlin C. Anderson
**Sent:** Thursday, December 3, 2020 12:38 PM
**To:** Misty Hampton; Kyle Affeldt; Shane Kennedy
**Subject:** RE: Delivery & Returns
Thanks for the call Misty.

Per our conversation, the rest the Beds will arrive at Brewco on Monday, December 7th.
Brewco will receive them, as the rest of us will be in Texas.
I am looking forward to your managements decision on the Ventilator returns.
If it is not favorable, they need to contact me immediately.
Regards,
Marlin Anderson
VP MHCFAC
612-865-0393
marlin@mhcfac.com
www.mhcfac.com

**From:** Marlin C. Anderson
**Sent:** Thursday, December 3, 2020 12:08 PM
**To:** Misty Hampton
**Cc:** Kyle Affeldt
**Subject:** Delivery & Returns
**Importance:** High
Good afternoon Misty,
Please call me to discuss our issues. I have attempted a couple calls and left a message.

MHF000662

MHF000660

We need to find out when we can expect delivery for the Beds. Need to schedule manpower for packing and scheduling next leg to Texas.
We need resolution for the 'Return of the Vivo 65 Ventilators'.
Thanks so much,
Marlin Anderson
VP MHCFAC
612-865-0393
marlin@mhcfac.com
www.mhcfac.com

MHF000663

MHF000660