# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MOBILE HEALTHCARE FACILITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTE HEALTH SOLUTIONS,<br><br>Defendant, | Civil Action File<br>No.: 1:21-cv-4038-SEG |

## ORDER

The Court hereby GRANTS Defendant, Avante Health Solutions's Motion to Bring Materials and Electronic Equipment into the Courthouse in connection with the hearing scheduled at 10:00 AM in ALTA Courtroom 2306 on August 17, 2023 in front of the Honorable Sarah E. Geraghty. Defense counsel Sarah Trevino, Sarah Phillips, and Jason Scheiderer may bring in documents, a laptop and associated power cords, cables, remote controls, and mobile phones with cameras on August 17, 2023.

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service.

-2-

SO ORDERED this 3rd day of August, 2023.

_____
Sarah E. Geraghty
United States District Judge