IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOBILE HEALTHCARE FACILITIES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVANTE HEALTH SOLUTIONS,<br><br>　　　　Defendant. | Civil Action File<br>No.: 1:21-CV-04038-SEG |

### UNOPPOSED MOTION TO EXTEND
### CONSOLIDATED PRE-TRIAL FILING DEADLINE

COMES NOW Plaintiff Mobile Healthcare Facilities, LLC ("MHF" or "Plaintiff"), by and through undersigned counsel, and pursuant to this Court's September 27, 2023 order, respectfully move this Court for an extension of time for the parties to file their proposed consolidated pre-trial order. In support of this unopposed motion, MHF shows the Court as follows:

1.　This is an action for breach of contract that was commenced by Mobile on September 29, 2021.

2.　This Court ruled on the Parties' Motions for Summary Judgment on September 27, 2023. This Court ordered the proposed consolidated pre-trial order to be filed within 30 days. This Court also stated: "If the parties would like a stay of

this deadline to allow them to conduct mediation or engage in settlement discussion, they may file a motion to that effect. [*See* Doc. No. 59].

3. On October 30, 2023, this Court granted an extension through December 15, 2023. [Doc. No. 61].

4. On December 12, 2023, this Corut granted a second extension through January 15, 2024. [Doc. No. 63]. [1]

5. During that time, the parties have been diligently pursuing settlement discussions, but it appears that settlement is not likely at this time.

6. Due to scheduling conflicts, counsel for the parties were unable to complete the pre-trial order jointly by the deadline.

7. Defendant has filed their portion of the pre-trial order, and Plaintiff will be filing their portion contemporaneously to this unopposed motion.

8. Counsel for Plaintiff and Defendant have conferred this evening by telephone in an attempt to resolve the issues with the pre-trial order.

9. As a result of the telephone conference, counsel for Defendant informed counsel for Plaintiff that Defendant would not oppose any motion to extend the deadline for the parties to submit their consolidated pre-trial order.

---

[1] January 15, 2024 was a federal holiday (Martin Luther King, Jr. Day), and therefore, the deadline for the pre-trial order is January 16, 2024—the date this unopposed motion to extend the consolidated pre-trial order was filed.

10. Additionally, counsel for the Plaintiff and Defendant have scheduled a conference call to discuss any remaining issues concerning submitting the consolidated pre-trial order on Monday, January 22, 2024, at 10:00 a.m.

11. Therefore, the parties appear to be on track to submit their consolidated pre-trial order no later than January 23, 2024.

12. It is in the best interests of the parties and in the interest of judicial economy to allow the parties additional time to submit their consolidated pre-trial order no later than January 23, 2024 so that this case may move forward to trial as efficiently as possible.

13. Therefore, good cause exists to briefly extend the deadline to file the consolidated pre-trial order through and including January 23, 2024.

14. Plaintiff respectfully submits that this brief extension is not for the purpose of undue delay and will not prejudice any party.

**WHEREFORE**, Plaintiff respectfully request that the Court

(a) extend the deadline for the parties to file their consolidated pre-trial order through and including January 23, 2024.

(b) A proposed order is attached.

Respectfully submitted this 16th day of January, 2024.

/s/ Brian S. Goldberg
Brian S. Goldberg
Georgia Bar No. 128007
*Attorney for Plaintiff*

FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(T) 678-996-9140
(F) 678-236-9154
Brian.Goldberg@FMGLaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, by my signature below, I hereby certify that the foregoing **UNOPPOSED MOTION TO EXTEND CONSOLIDATED PRE-TRIAL FILING DEADLINE** has been prepared in Times New Roman, 14-point font, in compliance with Local Rules 5.1B and C.

This 16th day of January 2024.

                                                 */s/ Brian S. Goldberg*
                                                 Brian S. Goldberg
                                                 Georgia Bar No. 128007

                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I have this day filed the within and foregoing **UNOPPOSED MOTION TO EXTEND CONSOLIDATED PRE-TRIAL FILING DEADLINE** with the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

This 16th day of January 2024.

                                              */s/ Brian S. Goldberg*
                                              Brian S. Goldberg
                                              Georgia Bar No. 128007

                                              *Counsel for Plaintiff*