# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MOBILE HEALTHCARE FACILITIES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-04038-CAP |
| ) | |
| AVANTE HEALTH SOLUTIONS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT AVANTE HEALTH SOLUTIONS' AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel for Defendant Avante Health Solutions ("Defendant") hereby files this Amended Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Mobile Healthcare Facilities, LLC

Defendant: Avante Health Solutions – Avante Health Solutions, a Delaware company with its principal office located in the State of Kentucky, is the assumed name of D.R.E. Medical Group, Inc., which is a corporation organized under the laws of the State of Delaware with its principal office located in the State of Illinois and which is registered to do business in the State of Kentucky.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To Defendant's knowledge, Jordan Health Products, LLC.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Plaintiff</u>:

Brian S. Goldberg
Leo Kogan
FREEMAN MATHIS & GARY LLP

Alan C. Manheim

<u>Defendant</u>:

Shannon Y. Shin
Sarah E. Trevino
Sarah Hannah Phillips
DENTONS US, LLP

-3-

Respectfully submitted this 16th day of April, 2024.

      /s/ *Sarah Trevino*
      Sarah Trevino
      Georgia Bar No. 660094

      **DENTONS US LLP**
      303 Peachtree St., NE, Suite 5300
      Atlanta, Ga 30308
      Telephone: 404-527-4000
      sarah.trevino@dentons.com

      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Avante Health Solutions' Amended Certificate Of Interested Persons And Corporate Disclosure Statement* was served on all parties this day via statutory electronic service, as follows:

>Brian S. Goldberg
>Leo Kogan
>FREEMAN MATHIS & GARY, LLP
>100 Galleria Parkway
>Suite 1600
>Atlanta, Georgia 30339
>E-mail: bgoldberg@fmglaw.com
>lkogan@fmglaw.com
>
>Alan C. Manheim
>25 Alexander Street
>Suite 3
>Marietta, Georgia 30060
>E-mail: alan@acmlaw.net

>>*/s/ Sarah Trevino*
>>Sarah Trevino
>>Georgia Bar No. 660094